IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 2 7 2017

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

| | |
|---|---|
| CLARENCE EDWARD WHITAKER, for himself and as Administrator of the Estate of Shannon Marie Whitaker, deceased,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR COMPANY, and HYUNDAI MOTOR AMERICA, INC.,<br><br>Defendants. | Civil Action No. 7:17CV00055<br><br>**ORDER**<br><br>By: Hon. Glen E. Conrad<br>United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

defendants' partial motions to dismiss, Docket Nos. 9 and 20, are **GRANTED**.

The Clerk is directed to send a certified copy of this order and memorandum opinion to all counsel of record.

ENTER: This 27th day of July, 2017.

/s/ Glen E. Conrad
United States District Judge