DEFENDANTS' MOTION FOR SUMMARY JUDGMENT—EXHIBIT 5
WILLIAM CARDEN DEPOSITION (FEB. 15, 2018)

Page 1

1          IN THE UNITED STATES DISTRICT COURT

           FOR THE WESTERN DISTRICT OF VIRGINIA

2                    ROANOKE DIVISION

3   CLARENCE EDWARD WHITAKER, etc.,

4           Plaintiff,

5

    vs                        CASE NO.:  7:17-CV-55-GEC

6

7   HYUNDAI MOTOR COMPANY, et al.,

8           Defendants.

                                              /

9

10

              DEPOSITION OF WILLIAM CARDEN

11

12

13          The deposition of WILLIAM CARDEN, taken by

14   the attorney for the Defendants, commencing at 8:54

15   a.m., on the 16th day of February 2018, at Wierzbicki

16   Court Reporting, 220 W. Garden Street, Suite 801,

17   Pensacola, Florida, before Cynthia Layer, Certified

18   Shorthand Reporter and Notary Public at Large, in and

19   for the State of Florida.

20

21

22

23

24

    Job No. CS2797503

25

Page 2

1                          APPEARANCES

2

3     FOR THE PLAINTIFF:

4

                         JAMES LOWE, ESQUIRE

5                        LOWE, EKLUND, WAKEFIELD

                         COMPANY, LPA

6                        1660 W. 2nd Street, Suite 610

                         Cleveland, Ohio 44113

7

8

9     FOR THE DEFENDANTS:

10

                         CHRISTOPHER SPENCER, ESQUIRE

11                       SPENCER SHUFORD, LLP

                         6806 Paragon Place, Suite 200

12                       Richmond, Virginia 23230

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1                    INDEX OF WITNESS

2

3    William Carden                              PAGE

4

5       Direct Examination by Mr. Spencer          5

6       Cross-Examination by Mr. Lowe            102

7       Redirect Examination by Mr. Spencer     106

8

9    CERTIFICATE OF OATH                         109

10   CERTIFICATE OF REPORTER                     110

11

12

13                      EXHIBITS

14

15   1 - William Carden's report                 38

16   A - Thumb drive                             69

17       2 - DP photos 380-986                   70

18       3 - KMDP photos 1-168                   73

19       4 - MDP-B photos 1-160                  75

20       5 - RT E-01-E-05                        75

21       6 - SEM-A photos 1-160/pairs            76

22       7 - NFPA document                       77

23       8 - Lab data folder                     79

24       9 - Locators                            79

25       10 - Videos                             80

Page 4

1    EXHIBITS (Continued):

2

3    B - Thumb drive                                   83

4       11 - Deposition notebook                       84

5       12 - Documents received                        87

6       13 - Photo documentation                       88

7       14 - Videos                                     89

8       15 - CT data                                    97

9       16 - Viewer software                           97

10

11          (All exhibits are marked electronically.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    WHEREUPON,

2                    W I L L I A M   C A R D E N

3    was called as a witness and, after having been first

4    duly sworn, was deposed and testified as follows:

5                        DIRECT EXAMINATION

6    BY MR. SPENCER:

7          Q.   Would you tell us your name, please?

8          A.   William Carden.

9          Q.   Mr. Carden, will you let me know if you

10   don't understand my question so I could rephrase it?

11         A.   Yes.

12         Q.   Would you agree that Ms. Whitaker left the

13   car in drive?

14         A.   That is the indication, yes.

15         Q.   You don't think she did anything other than

16   leave it in drive with the gearshift selector, correct?

17         A.   The gearshift selector was in drive and the

18   key was out of the ignition.

19         Q.   You think the gearshift selector was in

20   drive because Ms. Whitaker left it there, correct?

21         A.   I have no reason to think that would not be

22   the case.  That was the testimony of the investigating

23   officer.

24         Q.   You don't know what Ms. Whitaker did or when

25   she did it to put it in drive, correct?

Page 6

```
 1        A.   I wasn't there.  I know that that was the

 2   information that was provided from the investigation.

 3        Q.   You're not aware of any evidence that

 4   reveals when and how Ms. Whitaker left the gearshift

 5   selector in drive, true?

 6        A.   Not specifically.

 7        Q.   What I said is correct?

 8        A.   I believe -- if I understand you correctly,

 9   yes, the gearshifter was in drive, but I do not know

10   how it got that way specifically.

11        Q.   And nobody does?

12        A.   As far as I know, there's nobody that

13   witnessed that.

14        Q.   Right.  Do you agree with Mr. Clarke that

15   there is no evidence as to when Ms. Whitaker removed

16   the key from the ignition cylinder?

17             MR. LOWE:   Objection.

18        A.   Again, there is no witnesses to that.  I

19   know the key was out of the ignition cylinder and the

20   shifter was in drive.

21   BY MR. SPENCER:

22        Q.   When the investigators came on the scene and

23   started documenting these things, true?

24        A.   Yes, when they came on the scene, and when

25   they saw the vehicle and saw what happened, yes.
```

                                          Page 7

1          Q.   By that time, of course, the event was over,

2     correct?

3          A.   Well, she was still trapped in the car.

4          Q.   But neither she nor the car was continuing

5     to move, correct?

6          A.   As far as I know.  That's not indicated in

7     the testimony that I reviewed so far.

8          Q.   You're not aware of any evidence that tells

9     us whether Ms. Whitaker pulled the key out of the

10    ignition before her vehicle began to roll or after it

11    began to roll, are you?

12         A.   Again, I don't think there's any witnesses

13    that know that.

14         Q.   And there's no other evidence of any kind to

15    that effect, is there?

16         A.   Well, like I said, the key was out of the

17    ignition and the shifter was in drive.

18         Q.   Here's what I'm getting at:  You qualified

19    your last answer by saying, I'm not aware of any

20    witnesses.  There is evidence other than witnesses, and

21    so I'm trying to get a complete picture here.  Okay?

22         You've already told us you're not aware of any

23    witnesses who can tell us when Ms. Whitaker removed the

24    key from the ignition cylinder.  My question is, are

25    you aware of any other evidence of any kind that can

Page 8

1   answer the question, when did Ms. Whitaker pull the key

2   out of the ignition cylinder?

3          A.   As far as timing, I couldn't tell you that.

4   I did not witness that.  But we do know that the key

5   was capable of being removed from the ignition cylinder

6   with the shifter in a position other than park.

7          Q.   I take it that -- well, let me ask you this:

8   Do you believe that the evidence shows that the

9   ignition cylinder was found in the off lock position

10  once the investigators arrived?

11         A.   Yes.

12         Q.   Do you know who turned the ignition cylinder

13  into the off lock position?  Do you have any evidence?

14         A.   I have the circumstantial evidence from the

15  scene that the keys were out of the ignition.

16         Q.   So you surmise that Ms. Whitaker must have

17  turned the ignition cylinder into the off lock

18  position, true?

19         A.   That is most likely.

20         Q.   But you have no evidence as to when

21  Ms. Whitaker turned the ignition cylinder to off lock,

22  do you?

23         A.   I did not witness it, and I do not know

24  anybody else that would have other than Mrs. Whitaker.

25         Q.   So there's no evidence as to when

Page 9

1    Ms. Whitaker turned the ignition cylinder to the off

2    lock position, correct?

3         A.   I don't know of any evidence where you could

4    time it specifically.

5         Q.   Great.  Thank you.  When did you realize

6    that the harvesting of steering columns was a waste of

7    time?

8              MR. LOWE:  Objection.

9         A.   I don't think it would ever be a waste of

10   time.

11   BY MR. SPENCER:

12        Q.   Well, why did you harvest steering columns?

13        A.   I did not harvest steering columns.

14   Mr. Clarke did.

15        Q.   Why did Mr. Clarke harvest steering columns?

16        A.   To understand the mechanism and the system.

17        Q.   Of the steering column?

18        A.   Of the steering column and the shifter as

19   well.

20        Q.   But not the wiring harness?

21        A.   The wiring harness is part of that system.

22        Q.   Half of it is, anyway.

23        A.   Well, they're connected, so it is part of

24   the system that connects the two.

25        Q.   Well, the only part of the wiring harness

Page 10

1    that Mr. Clarke removed was that part that was

2    connected to the ignition cylinder, not the part that

3    was connected to the parking position switch, true?

4            A.   Are you talking about the subject vehicle or

5    other vehicles?

6            Q.   Other vehicles.

7            A.   I have one of the exemplars that he brought

8    and allowed me to keep, and both sides of that

9    connector were attached to the steering column.

10           Q.   Did you ever conduct any experiments of the

11   operation of the parking position switch before the

12   inspection in Georgia on the day when the parking

13   position switch harness was found to be disconnected?

14           A.   I did not.

15           Q.   Did anybody?

16           A.   Richard Clarke may have.

17           Q.   You've looked at Mr. Clarke's file?

18           A.   I have seen his deposition.  I haven't seen

19   his file.

20           Q.   Okay.  The parking position switch and its

21   wiring harness were not, in your mind, an issue in this

22   case until the inspection when the fascia under the

23   subject steering column was removed and the parking

24   position switch wiring harness was found to be

25   disconnected, true?

Page 11

1          A.    If I understand you correctly, I believe

2     that is true.  You may need to specify exactly what you

3     mean by the parking position switch.

4          Q.    Do you know what I mean by parking position

5     switch?

6          A.    Well, right now I'm assuming that you mean

7     the switch on the side -- or the connector on the side

8     of the steering column.

9          Q.    No.  The parking position switch is the

10    switch that is mounted on the transmission -- excuse

11    me.  The gearshift lever assembly that is actuated when

12    the gearshift lever is moved to park rest.  In other

13    words, it's moved to the park position and the spring

14    is allowed to push it to the left.

15         A.    So you're talking about the locking

16    mechanism, the pawl, as I have called it in my report.

17         Q.    No, the pawl is a different structure.

18         A.    Some of these things have different names

19    depending on what --

20         Q.    Not if you read the service manual and the

21    drawings.  So have you looked at the service manual?

22         A.    I don't believe I have looked at the service

23    manual.

24         Q.    Have you looked at any drawings for any of

25    these components?

Page 12

1        A.    I have looked at drawings for some of the

2    connectors.

3        Q.    Where did you get those?

4        A.    I looked at those on the KET site, which is

5    the manufacturer of those connectors.

6        Q.    Have you looked at any diagrams that

7    identify the system by which the ignition cylinder is

8    prevented from being turned to off lock unless the

9    gearshift lever is in the park rest position?

10        A.    I believe that we may have some of those

11    diagrams, but they were not very elaborate or detailed

12    in the ones that we have.

13        Q.    I didn't ask you what you have.  I asked you

14    what you looked at.

15        A.    I believe that we have some wiring diagrams,

16    but I don't believe that they're the ones you're

17    speaking of.

18        Q.    By what means is the ignition cylinder

19    prevented from being turned to the off lock position

20    unless the gearshift lever is in park rest?

21        A.    There's an electrical connection between the

22    shift lever, and if the shifter is in park, then you

23    can switch the ignition to the lock position and remove

24    the key.

25        Q.    Where is the switch?

Page 13

1      A.   There's a switch in the -- there should be a

2  switch in the shift mechanism, and then there's wiring

3  that goes from the shift mechanism to the steering

4  column, and that goes through the connector that we

5  have been talking about.

6      Q.   You said there should be.  I'm not asking

7  about what there should be.  Mikaela Shiffrin should

8  have won the gold medal, but she didn't.  I'm asking

9  what is.

10     So where is the switch in question, the one that

11  is associated with the gearshift lever and that is used

12  to prevent the ignition cylinder from being turned to

13  the off lock position?

14           MR. LOWE:  Objection.

15     A.   I would have to look at the exemplar again.

16  Again, you're getting into areas that are more for

17  Mr. Clarke to comment on.

18  BY MR. SPENCER:

19     Q.   What kind of switch is it?

20           MR. LOWE:  Objection.

21     A.   I would have to look at it.

22  BY MR. SPENCER:

23     Q.   Do you have -- you haven't done that, so you

24  can't answer the question, just to save time, true?

25     A.   That's not something I investigated as part

Page 14

1   of this.

2          Q.   So you don't know, right?

3          A.   Well, I could tell you.  As I sit here, I

4   would have to look up that information.

5          Q.   At this moment in time, you don't know

6   because you'd have to look it up, fair?

7          A.   For the specific switch and specific model

8   and location of that switch, yes, I'd have to look that

9   up.

10         Q.   Now, your original theory in this case -- by

11  the way, when were you retained?

12         A.   We have a case initiation date of

13  August 23rd, 2017.

14         Q.   The initial theory in this case, at least

15  according to the complaint, is that the stop lamp

16  switch was defective in this vehicle.  Is that your

17  understanding?

18         A.   I don't remember reading the complaint, but

19  I wouldn't argue with you.

20         Q.   You certainly, when you were retained,

21  understood that was the initial theory, correct?

22         A.   Well, we were doing an investigation to

23  determine how this accident occurred.

24         Q.   And that was the theory you were

25  investigating?

Page 15

1      A.   That wasn't necessarily the theory I was

2  investigating.  We were looking at the system to see

3  what the evidence showed.

4      Q.   You said it was not necessarily the theory.

5  Was it the theory?

6      A.   I didn't have a preconceived theory when I

7  went into the investigation.  We were looking at

8  possibilities of why the key could be removed from the

9  ignition, and why the shifter could be in drive and the

10  key out.

11      Q.   When did you eliminate the stop lamp switch

12  theory?

13      A.   I don't recall.

14      Q.   Did you eliminate that, or did Mr. Clarke

15  eliminate that?

16      A.   It may have been Mr. Clarke that eliminated

17  that.

18      Q.   At some point another theory arose, and that

19  concerned the design of the ignition cylinder itself

20  and the compatibility of the metals within on the one

21  hand, and the metals of the keys on the other hand,

22  true?

23      A.   I don't recall necessarily having that

24  theory.  That is a failure mechanism that we have seen

25  in other cases.

Page 16

1        Q.   So it was at least a possible theory that

2    you were entertaining?

3        A.   It would be a consideration of things to

4    look at.

5        Q.   When did you rule that out?

6        A.   Well, when we're examining the evidence and

7    we can see that the key may not be able to be removed

8    and in positions where it shouldn't be.

9        Q.   In fact, you never even disassembled an

10   ignition cylinder and performed tests of the metals

11   within or the metals of the keys, correct?

12       A.   Not in this case.

13       Q.   All right.  Because you went in another

14   direction; namely, the direction of the wiring harness,

15   correct?

16       A.   Well, we followed the evidence in the

17   findings that we had produced during the inspections.

18       Q.   Well, kind of not.  I mean, the complaint

19   had been filed long before you did your analysis,

20   hadn't it?

21            MR. LOWE:  Objection.

22   BY MR. SPENCER:

23       Q.   Hadn't it?

24       A.   Probably so, yes.

25       Q.   Yeah.  So in some respects, you would agree

Page 17

1   as a scientist, it's a question of shooting first and

2   asking questions later?

3              MR. LOWE:  Objection.

4       A.    Again, that's not my area to comment on.

5   I'm here to present the information that I found.

6   BY MR. SPENCER:

7       Q.    Well, you're a scientist, aren't you?

8       A.    I would say so.

9       Q.    You know what the scientific method is,

10  don't you?

11      A.    Basically, yes.

12      Q.    You look at the data, and you follow the

13  data and form a hypothesis, correct?

14      A.    Yes, basically.  You gather data, you write

15  down the information, and you compile that data, review

16  it, and see how it fits into, at least in an accident

17  investigation, what may have caused the accident.

18      Q.    There's a whole series of steps in the

19  scientific method, correct?

20      A.    There are steps, yes.

21      Q.    Sure.  And if you're following the

22  scientific method, you don't form your conclusions

23  until you get to the end of the process, correct?

24      A.    You have to continually review your

25  information as you go so that you can focus your

Page 18

1    efforts in an investigation like this.

2         Q.   And at the end of the process that one is

3    supposed to follow using the scientific method, that's

4    when you come to your conclusions, correct?

5         A.   That's when we usually write our report and

6    formulate our final opinions.

7         Q.   Right.  But in this case, the conclusion

8    that one or more of the Hyundai companies was

9    responsible was formed before the data had been

10   gathered and analyzed, correct?

11             MR. LOWE:   Objection.

12        A.   You know, you're getting into legal aspects.

13   We know that the car should not be able to be turned

14   off and the key removed from the ignition with the

15   gearshift selector in drive.

16   BY MR. SPENCER:

17        Q.   I'm really just getting at the scientific

18   method process.  You would agree with me that if the

19   complaint were filed before you did your analysis, that

20   the conclusion is inescapable that at least somebody

21   determined that one of the Hyundai companies must be

22   liable before the scientific method ran its course?

23        A.   I'm sure that's a possibility of people that

24   could be responsible, but we have to go through the

25   investigation process to know that for sure one way or

Page 19

1    another.

2          Q.    Now, when did you become aware that an

3    aftermarket radio had been installed in this vehicle?

4          A.    Probably at the October inspection.

5          Q.    The October 2017 inspection?

6          A.    Yes.

7          Q.    Where in Georgia was that?  I can't ever

8    remember.  I said it was in Braselton and Clarke got

9    all huffy with me.  So where was it?

10         A.    I saw the vehicle at Richard Clarke's place

11   in Braselton the day before when he was loading it up

12   because I was looking at another vehicle, but it was at

13   Buckner Automotive in Alpharetta, I believe.

14         Q.    What's the name, Buckner?

15         A.    Buckner.

16         Q.    Butner, B-u-t-n-e-r?

17         A.    Buck.

18         Q.    B-u-c-k-n-e-r.

19         A.    I'm sorry.  It's Buckingham Automotive,

20   Alpharetta, Georgia.

21         Q.    What was the date on which the inspection

22   was conducted in October 2017 at Buckingham Automotive?

23         A.    October 26th.

24         Q.    So you first realized there was an

25   aftermarket radio in the vehicle on October 25,

Page 20

1    correct?

2         A.   I don't know if I realized it was

3    aftermarket then or not.  I can't remember if we

4    discussed that prior to that date or on that date.

5         Q.   Well, you certainly saw the radio, and

6    whether you realized then it was aftermarket or not is

7    not something you're sure about, correct?

8         A.   That's correct.

9         Q.   All right.  Fair.  When did you realize for

10   sure -- let me start over again.

11        As you sit here today, what's the earliest point

12   that you recall realizing there's an aftermarket radio

13   in this vehicle?

14        A.   Probably October 26th.

15        Q.   And that's when Mr. Webster and Mr. Cooper

16   were present, correct?

17        A.   Mr. Cooper was there, and I never can

18   remember the name of the other gentleman, but I believe

19   it's Mr. Webster.

20        Q.   The gentleman from Hyundai America is

21   Mr. Webster.

22        A.   Okay.

23        Q.   That's who you're talking about?

24        A.   Yes.

25        Q.   All right.  Great.  So on October 26 is when

Page 21

1    the fascia was removed from under the steering column

2    of the subject vehicle, correct?

3         A.   Yes.

4         Q.   That's when you saw that there was a wiring

5    harness that was no longer connected, true?

6         A.   There was a wiring connector that was no

7    longer connected, that's right.

8         Q.   Sure.  The male plastic connector was

9    supposed to be mated with the female plastic connector,

10   but they were hanging loose, correct?

11        A.   That's correct.

12        Q.   And that's when you also noticed the wire,

13   the cord that ran from the aftermarket radio to the top

14   of the A-pillar on the driver's side, correct?

15        A.   There is a microphone cord that runs from

16   the aftermarket radio to the microphone in the

17   A-pillar.

18        Q.   Sure.  You saw that microphone cord on

19   October 26, correct?

20        A.   I did.

21        Q.   And you saw that it ran right past the area

22   where the connector had been parted, correct?

23        A.   I would not say it was right past.  It was

24   forward of that with respect to the vehicle, and it was

25   zip-tied to some other location.  So it wasn't exactly

Page 22

```
 1    laying over those components or anything like that.
 2           Q.   Right.  It was up above where the connector
 3    would have been had the connector still been mated?
 4           A.   It was forward of it, from my memory.
 5           Q.   And above it?
 6           A.   It was in the vicinity, but it was not right
 7    next to it.
 8           Q.   Sure.  It was a little forward, but
 9    definitely above it, correct?
10           A.   As far as its height above, it was
11    forward -- it may have been above because it has to
12    come down from the radio and it goes under the
13    instrument panel and then back up to the A-pillar.
14           Q.   You documented the position of the cord,
15    didn't you?
16           A.   I did.  I have photographs.
17           Q.   And the zip tie that held that cord into
18    place, correct?
19           A.   I did.
20           Q.   So anybody can look at those photographs and
21    tell exactly where that cord was, can't they?
22           A.   Yes.  If you'd like to bring them up, we can
23    look at them.
24           Q.   It's not necessary.  Now, at that point you
25    had an explanation for the reason why the ignition
```

Page 23

1   cylinder could be turned to off lock and the key

2   removed when the gearshift lever was in a position

3   other than park lock, true?

4        A.   Yes, that was determined at that inspection.

5   Well, not for certain.  We observed the effects of it

6   at that inspection, and then we had to test it further

7   at the inspection that we had in my laboratory at

8   McSwain Engineering.

9        Q.   In January of 2018?

10       A.   Yes.

11       Q.   But as of October 26, 2017, you had a pretty

12   good hypothesis for why one could turn the ignition

13   cylinder to off lock and remove the key when the

14   gearshift lever was in a position other than park rest,

15   true?

16       A.   If I understand your statement, yes, that is

17   true.  But, again, our scientific method, we had to

18   test and confirm that.

19       Q.   Now, you don't believe there's a design

20   defect in the wiring harness or the connectors, do you?

21       A.   Well, as far as the automotive design, that

22   may be an issue for Mr. Clarke to address.  But as far

23   as a specific design defect for one of the components,

24   no.

25       Q.   You're not going to say there's a design

Page 24

```
 1   defect in the vehicle, are you?
 2         A.   That would be for Mr. Clarke to address
 3   anyway.
 4         Q.   And you understand from Mr. Clarke's
 5   deposition that he says that as far as he's concerned,
 6   he's not going to express any opinion that there's a
 7   design defect, only that there was a problem in the
 8   assembly of the connectors at the plant?
 9              MR. LOWE:   Objection.
10         A.   I don't remember specifically what he said,
11   but the assembly is an issue.
12   BY MR. SPENCER:
13         Q.   Now, once you-all found that the wiring
14   harness was disconnected, there became two
15   possibilities for assigning fault.  One was that there
16   was a fault in the assembly of the vehicle, and the
17   other was that there was a fault in someone who had
18   disassembled the connectors, true?
19              MR. LOWE:   Objection.
20         A.   That was a possibility.
21   BY MR. SPENCER:
22         Q.   They're the only possibilities; either they
23   weren't connected properly at the factory, or somebody
24   disconnected them later, correct?
25              MR. LOWE:   Objection.
```

Page 25

1      A.   Well, there may be some other ways that they

2   could become disconnected, but those are two important

3   considerations to investigate, yes.

4   BY MR. SPENCER:

5      Q.   And as you sit here today, you can't think

6   of any other way in which these things could become

7   disconnected apart from either, one, they weren't

8   firmly mated at the plant; or two, somebody

9   disconnected them?

10      A.   Well, they could have been pulled apart, but

11   that would generate a fracture, which we don't see.  So

12   there's some other possibilities.  Or the wires could

13   have been pulled out of the back of the connector,

14   again, which would probably generate a fracture.

15      Q.   But we don't have any evidence of that

16   either?

17      A.   That's right.  Those are things that you

18   would consider, and you rule them out based on the

19   evidence that you are presented or see.

20      Q.   Sure.  So in this case, really, you were

21   presented with only two possibilities given the

22   evidence that you had as of October 26, 2018 (sic).

23   Either --

24           MR. LOWE:  2017.

25   BY MR. SPENCER:

Page 26

1          Q.   2017.  Thank you.  Either, one, they were

2    not firmly mated at the plant, or two, somebody

3    disconnected them later, true?

4               MR. LOWE:  Objection.

5          A.   Yes, those are two theories that are

6    possibilities.

7    BY MR. SPENCER:

8          Q.   The two theories in this case?

9          A.   I would say the primary two possibilities.

10   There may be another way, but I can't think of any

11   right now.

12         Q.   By October 26, 2017, the statute of

13   limitations had run on claims against whoever put in

14   the aftermarket radio, hadn't it?

15              MR. LOWE:  Objection, calls for a legal

16              conclusion.  He's not a lawyer.

17         A.   I wouldn't know that.

18   BY MR. SPENCER:

19         Q.   Did anybody ever discuss the possibility of

20   going after the people who put in the aftermarket

21   radio?

22         A.   I believe we discussed who put it in, but as

23   far as legally assigning responsibility, that's not for

24   me to decide.

25         Q.   I understand that.  But in what context did

Page 27

1    you have this discussion about who put in the

2    aftermarket radio?

3         A.   Well, that there was an aftermarket radio

4    present, and we were wondering who put it in, and had

5    discussions, I believe, with Mr. Clarke about what

6    would be required to install an aftermarket radio.

7         Q.   Did you have it in mind as you did the

8    remainder of your analysis after October 26, 2017, that

9    the only way to maintain a case against one of the

10   Hyundai entities was to try to show that there had been

11   a problem at the factory?

12             MR. LOWE:   Objection.

13        A.   No.   I report what the results of our

14   analysis are, whether it's good or bad, or assigns

15   blame or responsibility -- I don't assign blame or

16   responsibility, but we take what the evidence shows us.

17   BY MR. SPENCER:

18        Q.   Did anyone have such discussions in your

19   presence?

20        A.   No.

21        Q.   Did you read any such discussions that

22   anybody else had on any kind of screen --

23        A.   Not --

24        Q.   -- like e-mail?

25        A.   Not that I recall, no.

Page 28

1        Q.   Do you have your bills?

2        A.   I did put together a billing notebook.  That

3   is usually not part of our case file, but I did put one

4   together.

5        Q.   I appreciate that.  Thank you.  We'll look

6   at it in a little bit.

7        Do you do fire investigations?

8        A.   I do generally metallurgical analysis and

9   failure analysis and materials engineering analysis.

10  Occasionally fires are part of that, but not

11  specifically the things a fire investigator would do.

12       Q.   Are you familiar with the NFPA methodology

13  for fire investigation?

14       A.   Yes, and I reference that because it has a

15  good, concise description of the scientific method as

16  it relates to an investigation.

17       Q.   It does.  Do you have a copy of it here, by

18  any chance?

19       A.   I don't think I do.

20       Q.   I do here.  Unfortunately, it's on my

21  screen.  But do you want to take a quick look at it and

22  see if this is --

23       A.   I don't remember what your question was.

24       Q.   There isn't one.  So have you had a chance

25  to briefly go through the copy of Chapter 4 of the NFPA

Page 29

1   methodology that I showed you on my computer?

2           A.   I have scrolled through it.

3           Q.   I recognize you haven't read every word, but

4   does that generally look like the scientific method

5   description you and I were talking about a little while

6   ago?

7           A.   I don't have them side by side to compare,

8   but that generally looks like what I remember.

9           Q.   I'm going to mark that as an exhibit later.

10  I've got some that are already numbered, so I don't

11  want to mark it now because it will throw my numbering

12  off.  Is palm-reading a science?

13          A.   No.

14          Q.   Is palm-reading a science if you use a

15  scanning electron microscope --

16               MR. LOWE:  Objection.

17  BY MR. SPENCER:

18          Q.   -- to look at the palm?

19          A.   You're going to have to define what you mean

20  by palm-reading.  I mean, you can examine things with a

21  scanning electron microscope.

22          Q.   You've got palm-readers down here in

23  Pensacola, right?

24               MR. LOWE:  Objection.

25          A.   I don't know.

Page 30

1    BY MR. SPENCER:

2         Q.   You've never heard of the process whereby

3    you go and you pay a lady in a strip mall fifty bucks

4    and she looks at your palm and tells your future?

5    You've heard of that?

6              MR. LOWE:   Objection.

7         A.   I have heard of that.   I don't know if we

8    have any in Pensacola.

9    BY MR. SPENCER:

10        Q.   I bet you do.

11             MR. LOWE:   Objection.

12   BY MR. SPENCER:

13        Q.   If a lady who was doing that happened to use

14   a scanning electron microscope to look at the palm of

15   one's hand to tell the future, you wouldn't consider

16   that to be science, would you?

17             MR. LOWE:   Objection.

18        A.   Generally, no.

19   BY MR. SPENCER:

20        Q.   Right.   Whether and to what extent a

21   scanning electron microscope yields scientific results

22   depends on how you use it, true?

23        A.   You have to have a skilled operator to use a

24   scanning electron microscope, and you have to be able

25   to interpret the data that you see.

Page 31

1        Q.    In other words, you have to follow the

2    scientific method?

3        A.    The use of the scanning electron microscope

4    does not necessarily qualify or mean that you're using

5    the scientific method, but that is a tool that we use

6    to investigate as part of the scientific method.

7        Q.    To search for data and analyze data,

8    correct?

9        A.    Yes.  We obtain data and information from

10   the scanning electron microscope and the things we

11   observe in it.

12       Q.    Right.  Now, in your examination of the

13   subject vehicle on October 26, 2017 -- by the way, that

14   was your first examination of that vehicle, or

15   inspection of that vehicle, correct?  You saw it the

16   previous day, but you didn't really inspect it for the

17   first time until October 26, 2017?

18       A.    Basically, yes.

19       Q.    Perfect.  When was the next time you

20   actually inspected the subject vehicle?

21       A.    We held an inspection at our laboratory here

22   in Pensacola on January 10th and 11th of 2018.

23       Q.    Have you done any inspections of the subject

24   vehicle or any of its components since then?

25       A.    We have reviewed the information that we

Page 32

1   obtained from the inspection on the 10th and 11th.  I

2   have looked at the connector after the inspection, and

3   we have taken some additional dimensions from the

4   images and from the connectors.

5            Q.   Since when?

6            A.   Since the 10th and 11th inspection.

7            Q.   Are any -- have you made any measurements

8   other than those that are contained in your report?

9            A.   I took some dimensions of the plastic parts

10  of the connector that are not in my report.

11           Q.   So the answer to the question is yes?

12           A.   Yes.

13           Q.   Have you done any measurements -- strike

14  that.

15           Have you or anyone on your staff done any

16  measurements of any parts of the subject vehicle's

17  wiring harness other than the measurements that are

18  shown in your report, and some dimensions of the

19  plastic connectors that you took at a later date?

20           A.   From the images of the -- no, I don't

21  believe so.

22           Q.   Okay.  Great.  Thanks.

23           A.   There was some additional dimensions added

24  to some of the scanning electron microscope images, but

25  I think those are included in my report.

Page 33

1          Q.   So if we wanted to know what measurements

2     you or anyone in your lab have made and actually

3     recorded, we would look either at your report or

4     whatever record you have of taking some dimensions of

5     the plastic connectors since January 10 or 11, true?

6          A.   Yes.

7          Q.   Thank you.  Now, if I understand your file

8     correctly, the process that you followed in general was

9     to take some overall photos of the vehicles and the

10    connector using a normal lens, and then some macro

11    photos, macro lens photos of the connector, then some

12    photos using a stereomicroscope, then some photos using

13    a Kencey, K-e-n-c-e-y, device --

14         A.   Keyence.

15         Q.   Keyence.  I'm sorry.  And then the SEM,

16    correct, in that approximate order?

17         A.   Approximately, yes.

18         Q.   Okay.  Great.  Keyence is K-e-y-e-n-c-e?

19         A.   Yes, sir.

20         Q.   That's what I get for being an English

21    major.

22              And so is it fair to say that going from regular

23    lens camera photos, to macro lens camera photos, to

24    microscope, to Keyence, to scanning electron

25    microscope, you were using devices that can get higher

Page 34

1    and higher levels of magnification, correct?

2           A.   And they have other capabilities as well,

3    but basically, yes.

4           Q.   Particularly with respect to the scanning

5    electron microscope, that actually creates an image of

6    electrons, correct?

7           A.   It uses electrons to generate an image, yes.

8           Q.   You can change the way in which you look at

9    those electrons, can't you?  What I'm getting at, to be

10   more specific and ask a better question is, you can

11   look at backscatter and something else, correct?

12          A.   Yes.  You can look at backscattered

13   electrons or secondary electrons.

14          Q.   With the scanning electron microscope you

15   have complete control over the area that is within the

16   image, true?

17          A.   I wouldn't say complete control.  There's

18   some limitations as to what areas you're looking at.

19   You can only go down to a certain magnification, and

20   you can only go up to a certain magnification, but the

21   area that you look at defines what the magnification

22   is.

23          Q.   Sure.  You determine what area of an object

24   you put under the scanning electron microscope, true?

25          A.   You can manipulate the object once you're

Page 35

1    inside the chamber, so I think the answer to your

2    question is yes.

3           Q.   Okay.  You can manipulate the magnification,

4    correct?

5           A.   Yes, you can change the magnification.

6           Q.   Can you manipulate the angle at which you

7    look at an object that's within the scanning electron

8    microscope?

9           A.   To a limited degree, yes.  It depends on the

10   geometry of the object.

11          Q.   But you can look at it from straight down,

12   and also various angles within the limitations of the

13   microscope itself?

14          A.   There is some limited angular adjustments

15   that you can do.

16          Q.   Now, at the end of the process that you

17   followed that began with overall photos and ended with

18   the scanning electron microscopy, how many measurements

19   did you actually record, if you recall?

20          A.   I don't recall a specific number.

21          Q.   But we would see that in your SEM photos,

22   wouldn't we?

23          A.   Well, there are some that are in the SEM

24   photos, and that was what I was telling you earlier; we

25   went back to some of the other photos and added some

Page 36

1   measurements as well.

2          Q.   And those would be in your report?

3          A.   Yes, they would be in my report, and they're

4   also in my deposition notebook, and in the information

5   that I have here with me today.

6          Q.   Can you just flip through there for me and

7   tell me how many measurements you made at the end of

8   this process?  Do you mind if I come around?

9          A.   I do not.  Are you talking about in the

10  scanning electron microscope, I'm assuming?

11         Q.   Well, those are the only images on which you

12  made any measurements, true?

13         A.   As far as the blade connectors, yes.  But

14  we -- I did some -- I did go back and make some

15  measurements from the Keyence microscope images when I

16  was comparing them to the drawings from KET.  I have

17  those in here as well.

18         Q.   Well, let me grab your binder and let me

19  take a look at what you've got because there's some new

20  stuff.

21              MR. LOWE:  It's also all on your thumb

22         drive, if you want.  Whatever is easier.

23              MR. SPENCER:  Thanks.  Just give me a

24         minute, real quick.

25  BY MR. SPENCER:

Page 37

1         Q.   According to your report -- where is your
2    report in this binder?
3         A.   It's toward the back.  There's a tab called
4    Report.
5         Q.   I see.  How do you like to do the exhibit
6    copying?  Is that something that Cindy does, or what,
7    or is it already on the thumb drive?
8         A.   I think everything in that notebook is on
9    the thumb drive, and also my photos.  Like I said, I
10   don't have some of the documents received.  I don't
11   have the depositions, and I don't have the CT data.
12        Q.   I was going to ask you about the CT data.
13   Where is it?
14        A.   It is -- there's a copy of it in here.
15        Q.   In the binder that I'm holding?
16        A.   In the binder.  The CT data was of the
17   exemplar.
18        Q.   Where is the CT data -- where is the
19   electronic version of the CT data?
20        A.   There's a copy in here, but it has to be on
21   a flash drive of its own because it's so large.
22             MR. SPENCER:  What we will do, Cindy, I want
23        you to make a list -- I'll try to make a list,
24        we can do it together, of the exhibits, and then
25        toward the end of the deposition we'll decide

1          which ones we're going to have electronically

2          and which ones we're going to have as physical

3          copies.  Okay?

4               MR. LOWE:  The idea was to make it so that

5          you would have everything on the flash drive and

6          that way you could copy whatever you wanted.

7               MR. SPENCER:  Sure, which is great.  What I

8          think I'm going to maybe do, is maybe edit the

9          names on the flash drive to put the exhibit

10         numbers on them, you can then have a copy of

11         that with the exhibit numbers on them, I can get

12         a copy of that, she can get a copy of that, and

13         then everybody knows what the exhibit numbers

14         are.

15              MR. LOWE:  How swell is that?

16              MR. SPENCER:  That's what I'm going to do.

17    BY MR. SPENCER:

18         Q.   So your report is in the binder, and are you

19    telling me that an exact copy of the report is on the

20    flash drive as well?

21         A.   Yes, I think everything in that notebook,

22    sort of arranged in the order of the tabs, or with the

23    tab labels, is on the flash drive.

24         Q.   So your report is going to be Exhibit 1.  As

25    we look through your report together, I count, using

Page 39

1   the scanning electron microscope, two measurements on

2   Enclosure 6, 12.35 millimeters and 12.26, correct?

3           A.   Yes.   There's also measurements on this

4   image too.

5           Q.   You're correct.   And that's two more

6   measurements on exemplar blue, 14.86 and 14.75

7   millimeters, correct?

8           A.   Yes.

9           Q.   Then there are no measurements called out on

10  Enclosure 7, correct?

11          A.   That's right.

12          Q.   Two measurements called out on Enclosure 8,

13  one of .62 millimeters on subject blue, and another of

14  3.23 millimeters on exemplar blue, correct?

15          A.   Yes.

16          Q.   No measurements called out on Enclosure 9,

17  correct?

18          A.   That's correct.

19          Q.   And that's the end of the scanning electron

20  microscope pictures in your report, correct?

21          A.   In the report, yes, but there is more images

22  that we took.   And there's a table of data that you

23  were looking at before that has a complete list of all

24  the measurements that we had as far as the blades --

25  the contact marks on the blades.

```
                                                    Page 40
```

1           Q.   So at least in your report, as we look at

2      the enclosures that relate to the scanning electron

3      microscopy, we can see only six measurements called

4      out, correct?

5           A.   I believe that's right.

6           Q.   Now, you talked about a table.  Where is

7      that table?  It's not in your report, is it?

8           A.   I summarized the data from the table in my

9      report, but this is the table you were looking at

10     before.  It's in the tab called Dimensional Analysis.

11          Q.   Where in your report is that summary?

12          A.   On Page 7, the third full paragraph from the

13     top.

14          Q.   That's the paragraph that begins, "The

15     contact areas on the subject blades were examined,

16     documented, and measured," correct?

17          A.   Yes.

18          Q.   And that paragraph refers only to the

19     measurements that are shown on Enclosures 6 through 9,

20     correct?

21          A.   It does.  Those are examples of the

22     measurements that were taken, and that's why I say this

23     is summarized.  We're talking about the average of

24     those numbers, and that data is in the table that we

25     just talked about.

Page 41

1      Q.   Well, in fairness, Mr. Carden, I'm going to

2    tell you, if it's not in your report, it doesn't exist

3    for purposes of this case.  That's going to be my

4    position.  I take the Federal rules pretty seriously.

5              MR. LOWE:  Objection.

6    BY MR. SPENCER:

7      Q.   So anywhere in your report are there any

8    measurements of features on the blades other than the

9    six that we've identified?

10     A.   Again, that information is summarized in the

11   report, and that information that I presented in the

12   report is a compilation that was generated from the

13   data table.

14     Q.   The data table was not in your report, true?

15     A.   That specific data table that we were

16   looking at is not in the report.  I said that I

17   measured those dimensions.  I did not specifically give

18   each individual measurement in the report.

19     Q.   When did you do the additional measurements

20   that were not mentioned in the report?

21     A.   Well, some of them were done during the

22   inspection, and some of them were done after the

23   inspection.

24     Q.   Well, we had an agreement that you were

25   going to provide us with all of the images that you had

Page 42

1   done on January 10 or 11, and we were going to do

2   likewise, didn't we?

3        A.   Right, and I did provide those images.  I

4   did image analysis on those images, as anybody else

5   could, using the scale bar in the image and the

6   calibration of that image to make additional

7   measurements.

8        Q.   In fact, during your work on the scanning

9   electron microscope, you were taking dimensions, but

10  not recording them in images, weren't you?

11       A.   There were -- I was measuring dimensions,

12  some of which I embedded into the images, and some of

13  which I did not.

14       Q.   And put another way, in layman's terms, you

15  recorded some of the measurements, and you chose not to

16  record others?

17       A.   Well, it depends on what the measurements

18  are.  There is measurements that I took on the scanning

19  electron microscope that I did not report here too.

20       Q.   Exactly.

21       A.   And there's some, at least one that I can

22  think of, that was recorded and put on the image that I

23  didn't refer to in my report.

24       Q.   Why would you take measurements using the

25  scanning electron microscope but not make a record of

Page 43

1   them?

2          A.    Usually we do.

3          Q.    Why?

4          A.    Well, it depends.  Once you burn that into

5   the image, then you can no longer see what is

6   underneath the information that you burned onto it.

7          Q.    Well, sure you can.  You can make a copy as

8   you did with SEM-094.

9          A.    Exactly.  That's what I'm getting at.  I

10  usually take an image, and then if I'm going to take a

11  dimension, I either take it at the time that I'm doing

12  the images on the SEM and burn the information in the

13  image, or I will do it after the fact.  I can do it

14  after the fact to save time during the inspection.

15         Q.    I guess what I'm wondering is, why were you

16  taking measurements on January 10 and 11 and not making

17  a record of them on that particular occasion?

18         A.    I don't remember which dimensions that you

19  are talking about.  In some cases, especially in these

20  images, locating the end of the contact mark, you had

21  to zoom in on it, and when you zoom in on it, you can't

22  see the other end of the tip of the connector.  So I

23  was measuring and then going back and forth to confirm

24  I was in the right location.  So any of those I was not

25  recording is probably that process.

Page 44

1          Q.   Now, where is this new table?

2          A.   It's in the dimensional analysis tab.  I

3    wouldn't say it's a new table.  It was a table that I

4    compiled when I was writing my report.

5          Q.   But you didn't provide it with your report,

6    right?

7          A.   I provided the information that I surmised

8    from that table in my report.

9          Q.   Well, you didn't, because on this table that

10   I'm looking at, it says, Contact Mark Measurement Data

11   From SEM Measurements, and there are one, two, three,

12   four, five, six, seven, eight, nine -- make sure I got

13   that right.  One, two, three, four, five, six, seven,

14   eight, nine, ten, eleven, twelve, thirteen, fourteen

15   measurements on this table, right?

16         A.   Yes.

17         Q.   You don't think 14 and six are the same

18   number, do you?

19              MR. LOWE:  Objection.

20         A.   No, I don't.  Some of those measurements

21   were taken on an exemplar connector that was done after

22   the inspection.

23   BY MR. SPENCER:

24         Q.   So of the subject -- let me ask you this:

25   You would agree with me there are only six measurements

Page 45

1  mentioned in your report, correct?

2       A.   No.  That's what I'm saying, the data that

3  was generated is mentioned in my report.  I did not

4  itemize each individual dimension, but I did show

5  examples of the dimensions that I took in the

6  enclosures that you spoke about.

7       Q.   Mr. Carden, count for me in your report the

8  number of measurements that you reported in

9  millimeters.

10      A.   In --

11      Q.   In your report, Mr. Carden.

12      A.   I have to go back and look --

13      Q.   I'll miss my plane.  We're going to take all

14  day if I have to, but I want you to acknowledge what we

15  all know is true, and you know is true, which is that

16  you only have six measurements recorded in your report

17  using SEM analysis of the blades, true?

18           MR. LOWE:  Objection.

19      A.   If that is what we just counted on the

20  enclosures.  I'd have to go back and confirm that.  I

21  showed examples of --

22  BY MR. SPENCER:

23      Q.   Take your time --

24      A.   -- how they were measured.

25           MR. LOWE:  He's entitled to answer your

Page 46

1        question.

2   BY MR. SPENCER:

3        Q.   Take your time and go back and confirm it

4   because I want you to acknowledge on the record in

5   words of one syllable that there are only six

6   measurements in your report.

7                MR. LOWE:  Objection.  He's entitled to give

8           a full response to the question.

9                MR. SPENCER:  I'm entitled to get a complete

10          answer.  And I'll be here 'til tomorrow if we

11          have to, Mr. Carden.

12               MR. LOWE:  You're entitled to a complete

13          answer.

14        A.   You have my report.  If you want to come

15   through --

16               Q.   You count them.

17               MR. LOWE:  Objection.  He's trying to answer

18          your question and you keep interrupting him.

19   BY MR. SPENCER:

20        Q.   Go ahead and count them.

21               MR. LOWE:  He's entitled to give a complete

22          response.

23               MR. SPENCER:  I agree to that, and I'm

24          entitled to an answer, a straight one.

25               MR. LOWE:  Objection to the commentary.

Page 47

1          A.    Again, on Page 7 my report says, "Comparison

2     with exemplar connectors in corresponding locations

3     revealed that contact marks in the areas of subject

4     connector blades were approximately 2.4 inches

5     shorter."  That is a compilation of that data.

6     BY MR. SPENCER:

7          Q.    That's not my question.

8          A.    I'm trying to finish answering your

9     question.

10         Q.    My question is very simple.  Let me restate

11    it.  How many specific measurements are reported in

12    millimeters in your report using scanning electron

13    microscopy?

14         A.    In the enclosures of the report there's one,

15    two, three, four, five, six.  Six specific ones.  That

16    does not encompass all of the data that was reported in

17    the text of the report.

18         Q.    Where are the 14 total measurements that are

19    in the new table that has never been provided?  Where

20    are they specifically called out in your report,

21    specifically mentioned in numerical millimeter terms?

22         A.    Again, they are summarized in the

23    information that was provided on Page 7.  They are not

24    enumerated specifically in the table in the report.

25         Q.    Thank you.  I wouldn't have known that the

Page 48

1    table even existed from reading your report, would I?

2              MR. LOWE:   Objection.

3         A.   You would know that I had taken measurements

4    and examined exemplars for comparison, and summarized

5    that in the number that was presented in the report.

6    BY MR. SPENCER:

7         Q.   I wouldn't know that you made 14

8    measurements if I looked at your report, would I?

9              MR. LOWE:   Objection.

10   BY MR. SPENCER:

11        Q.   I'd just know you made six, true?

12        A.   Those are examples of the measurements that

13   were taken.

14        Q.   I know that now, but you didn't say that

15   then, did you?

16             MR. LOWE:   Objection.

17        A.   I don't recall that it says that in the

18   report.

19   BY MR. SPENCER:

20        Q.   In fact, your report specifically refers to

21   specific measurements that are in Enclosures 6 through

22   9, right?

23        A.   Yes.   Those are examples of the measurements

24   that were taken in the scanning electron microscope.

25        Q.   It doesn't say examples in your report, does

Page 49

1   it, Mr. Carden?

2          A.   I don't think I used that word.

3          Q.   Right.  So I wouldn't have known that you

4   had done 14 measurements when I read your report, would

5   I?

6                MR. LOWE:   Objection.

7          A.   I don't think you would be able to come up

8   with an exact number other than those measurements were

9   taken and that information was provided in the report.

10  BY MR. SPENCER:

11         Q.   Well, I wouldn't know that it would be 14

12  measurements as opposed to six just from reading your

13  report, in fairness, would I, Mr. Carden?

14               MR. LOWE:   Objection.

15         A.   I did not write the specific number.  I said

16  that I examined exemplars.

17  BY MR. SPENCER:

18         Q.   Right, and made measurements as shown in

19  Enclosures 6 through 9?

20         A.   That was the nature of the measurements.

21         Q.   Why did you conceal the other eight

22  measurements?

23               MR. LOWE:   Objection.

24         A.   I'm not concealing anything.  You have

25  them --

Page 50

1    BY MR. SPENCER:

2        Q.   You're not now.  I'm asking you why you

3    concealed them then, and why didn't you include them in

4    your report?

5            MR. LOWE:  Objection.

6        A.   I was not concealing anything.

7    BY MR. SPENCER:

8        Q.   When did you prepare the table that is in

9    the dimensional analysis tab?

10       A.   In the days prior to submitting a report.

11       Q.   So you could have provided the table to us

12   if you wanted to?

13       A.   I didn't include it in the report.

14       Q.   But you could have?

15       A.   Yes, I could have.

16       Q.   When did you get the drawings that are

17   included in the dimensional analysis?

18       A.   Actually, I found those yesterday.

19       Q.   And you did the -- wrote the markings on

20   them yesterday?

21       A.   Yes.

22           MR. LOWE:  Are you referring to the KET

23       drawings?

24           MR. SPENCER:  I don't know what they are.

25       They say KET on them.  I don't know what they

Page 51

1          are.

2          A.   I may have found the drawings the day

3      before, but I wrote the numbers on them yesterday.

4      BY MR. SPENCER:

5          Q.   What makes you think these drawings are

6      associated with this particular connector?

7          A.   On the connector it is stamped KET, that is

8      Korean Electrical Terminals, I believe, is the name of

9      the company.  I looked through their catalog.  In their

10     catalog they have drawings.  Those drawings match

11     dimensions of the components.

12         Q.   Where did you find these?

13         A.   On the KET Web site.

14         Q.   Have you examined any physical connectors

15     other than those from the subject vehicle and those

16     that Mr. Cooper brought with him?

17         A.   Yes.

18         Q.   Tell me about that.

19         A.   I was provided an exemplar steering column

20     by Mr. Clarke, and it had a connector on it as well.

21         Q.   What examination have you done of that

22     connector?

23         A.   We have done similar examination on that

24     connector measuring -- well, disassembling it first,

25     and measuring the contacts.  We've done radiography and

Page 52

1    CT scanning of that exemplar.  We've taken the geometry

2    of that and put it into a model, and show how the

3    connector fits together.

4         Q.   When did you do that work?

5         A.   That was prior to writing the report.

6         Q.   But it's not mentioned in your report?

7         A.   Yes, it is.

8         Q.   Where?

9         A.   It says, "Exemplar examinations, analysis of

10   CT data, and comparisons with the subject connector

11   indicate that the subject connector is not fully

12   engaged in its locked position at the time the subject

13   vehicle was manufactured as shown in Enclosures 10

14   through 12."

15        Q.   You're referring to the same paragraph we

16   discussed on Page 7 of your report, correct?

17        A.   That's the second part of that paragraph.

18        Q.   Well, it's the same paragraph.

19        A.   It's the same paragraph, but it's not the

20   complete paragraph.  And in Enclosures 10, 11, 12,

21   there are models that were generated from the CT data

22   that show the engagement of the connector.

23        Q.   And you're talking about -- what you're

24   telling us, then, is that you used a CT examination of

25   the Clarke exemplar connectors to create the models

Page 53

1    that we see in Enclosures 10 through 12 of your report;

2    is that right?

3          A.    Yes.

4          Q.    Did you make any measurements of features on

5    the blades of the Clarke exemplar connectors like those

6    that you made using the scanning electron microscope of

7    the subject connectors and the Cooper connectors?

8          A.    Yes.

9          Q.    Those aren't mentioned in your report, are

10   they?

11         A.    Again, we've been over that.  That is

12   summarized in the data that we were talking about.

13         Q.    It's not in your report, though, is it?

14         A.    The specific numbers are not in there, but

15   that reference to the 2.4 millimeters is a synopsis of

16   that data.  When you're talking about the table that we

17   were looking at before, that data is included in that

18   table.

19         Q.    Where does it say clearly, or so that anyone

20   could appreciate it, I, Bill Carden, have put blades

21   from another exemplar, namely the Clarke exemplar, into

22   the scanning electron microscope and done measurements?

23   Where is that in your report?

24               MR. LOWE:  Objection.

25         A.    Again, on Page 7 in the paragraph above the

Page 54

1    one that we were talking about, it says, "Ignition lock

2    solenoid connectors" -- I'm sorry.  Starting with -- it

3    says, "Exemplar ignition lock:  Solenoid connectors

4    were examined for comparison with the subject

5    connector.  The following laboratory examinations were

6    performed on the exemplar ignition lock solenoid

7    connectors:  Visual examination of photography, stereo

8    microscopy, scanning electron microscopy, X-ray

9    dispersive, radiographic inspection, X-ray computed

10   tomography, and operational assessment."

11   BY MR. SPENCER:

12        Q.   And yet looking at the enclosures, we would

13   reasonably believe that the only measurements you had

14   made using scanning electron microscopy are the six in

15   your report --

16             MR. LOWE:  Objection.

17   BY MR. SPENCER:

18        Q.   -- Enclosures 6 through 9, correct?

19             MR. LOWE:  Objection.

20        A.   No, I don't think you could deduce that from

21   this information.  It says that I examined exemplars,

22   and I performed similar examinations as I did to the

23   subject components.

24   BY MR. SPENCER:

25        Q.   You don't see a difference between examining

Page 55

1   or eyeballing something and actually making

2   measurements using the scanning electron microscope?

3   You don't see any difference?

4          A.   There is a difference, yes.

5          Q.   Yeah.  A fair report would have said

6   specifically, I have made measurements not only of the

7   subject blades and the Cooper blades, but also the

8   Clarke blades.  That would have been nice to know,

9   wouldn't it?

10          MR. LOWE:  Objection.

11          A.   I said that I examined exemplars, so I did

12   not enumerate them specifically, but I said that I

13   examined exemplars and here is the methods that I used

14   to examine them.  And I gave a report of my findings.

15   BY MR. SPENCER:

16          Q.   Were you purposely vague?

17          MR. LOWE:  Objection.

18          A.   No, sir, I was trying to be concise.

19   BY MR. SPENCER:

20          Q.   I want to parse your report a little bit.

21   We're talking about the third paragraph here.  You

22   use -- you refer in the second sentence of the third

23   paragraph on Page 7 the words "subject connector

24   blades," plural, correct?

25          A.   Yes.

Page 56

1          Q.   Means more than one blade, correct?

2          A.   Yes.

3          Q.   There can only be two because that's all

4     there are in the connector, correct?

5          A.   That's correct.

6          Q.   Then you say, "exemplar examinations,"

7     plural, correct?

8          A.   Yes.

9          Q.   You don't say examinations of exemplars,

10    plural, do you, sir?

11         A.   It says, exemplar examinations.

12         Q.   Right.  It doesn't say how many exemplars

13    you examined, does it?

14         A.   Not in that sentence.

15         Q.   In fact, nowhere in your report does it say

16    that you conducted microscopic measurements of any

17    exemplar other than the Cooper exemplar, correct?

18    You're pausing.

19         A.   Well, I was looking in other areas of this

20    page.  Here it says, "Exemplar ignition lock solenoid

21    connectors were examined."

22         Q.   Sure.  And Mr. Cooper had two connectors,

23    right, male and female?

24         A.   It is -- I was looking at the connectors as

25    a unit.  There is components to connectors.

Page 57

1          Q.   Where in your report does it say, I, Bill

2   Carden, have conducted microscopic measurements of the

3   Clarke exemplar blades?

4          A.   It doesn't say those specific words.  It is

5   implied in the information that I provided.

6          Q.   Well, it's implied to you because you knew

7   about it --

8               MR. LOWE:  Objection.

9   BY MR. SPENCER:

10          Q.   -- right?

11          A.   I conducted those, yes.

12          Q.   And you knew all about it, didn't you?

13               MR. LOWE:  Objection.  What are you --

14          A.   Yes.  I compiled that information and I

15   summarized it in my report.

16   BY MR. SPENCER:

17          Q.   Let me just be fair.  I'm not trying to be

18   combative with you.  I'm just speaking plainly.  I

19   think you sandbagged us.

20               MR. LOWE:  Objection and --

21   BY MR. SPENCER:

22          Q.   And I want --

23               MR. LOWE:  -- nonsense.

24   BY MR. SPENCER:

25          Q.   And I think you did it on purpose.  What I'm

Page 58

1    trying to do is give you an opportunity to demonstrate

2    to me that I'm wrong.

3         A.   That's what I'm trying to do here, sir.  I

4    was not trying to hide anything from you.  I have

5    brought everything that I have in my case file with me

6    today, and I have brought the exemplars to look at.  I

7    am not trying to sandbag anybody.  I'm trying to give

8    you the information that I have.

9         Q.   In fairness, I want to give you this

10   opportunity because I'm going to tell the judge you've

11   sandbagged us, unless I change my mind.

12              MR. LOWE:  Objection to the colloquy.

13              MR. SPENCER:  I'm just trying to be fair.

14              MR. LOWE:  Not really.

15              MR. SPENCER:  Yeah, I really am.

16              MR. LOWE:  No, not really.

17   BY MR. SPENCER:

18        Q.   I want you to take as much time as you need

19   to go through your report and point me to the place

20   where I should have known that you took detailed

21   scanning electron microscope measurements of the Clarke

22   exemplar, or that you ever even disassembled the Clarke

23   exemplar.

24              MR. SPENCER:  Make a note, I want you to

25          specifically give me a recording of the time

Page 59

1           between the end of that question and the time he
2           begins the answer.
3           A.   I'm looking at my report on Page 6, and one
4    thing that we -- if you want to discuss how I defined
5    connector, on the bottom paragraph of Page 6 it says,
6    "Examination revealed that the subject ignition lock
7    solenoid connector consisted of a male and a female
8    plastic housing."  So I'm calling the housing, the male
9    and female components, part of the connectors.
10   BY MR. SPENCER:
11          Q.   What other indication can you point to that
12   you think would alert a reasonable person to the fact
13   that you had disassembled the Clarke connectors and
14   conducted scanning electron microscope measurements of
15   those devices?
16          A.   On the following page, Page 7, I said,
17   "Exemplar ignition lock solenoid connectors," plural,
18   "were examined for comparison with the subject
19   connector," singular.
20          Q.   Any others?
21          A.   In the -- below the itemized list of
22   examinations and analyses that were performed, we
23   talked about the contact areas on the subject blades
24   were examined, documented, and measured.  "Comparison
25   with exemplar connectors," plural, "in corresponding

Page 60

1    locations revealed that contact areas on the subject

2    connector blades were approximately 2.4 millimeters

3    shorter."  That is a synopsis of those measurements in

4    the, plural, connectors.

5            Q.    How many blades were there with the Cooper

6    connector?

7            A.    Two blades.

8            Q.    Right, plural.

9            A.    But that is two blades from a singular

10   connector.

11           Q.    Anyplace else in your report that you think

12   should have put a reasonable person on notice that you

13   had disassembled the Clarke exemplar and conducted

14   scanning electron microscope measurements of it?

15           A.    The second sentence of the paragraph we were

16   talking about before says, "The following laboratory

17   examinations were performed on exemplar ignition lock

18   solenoid connectors," plural.

19           Q.    Anywhere else?  Anything else?

20           A.    Also, you have photographs of the blades

21   from the connector from Eddie Cooper in the enclosures.

22           Q.    We're not talking --

23           A.    I'm trying to answer your question.

24           Q.    We're not talking about the Cooper blades.

25   We're talking about the Clarke blades.

Page 61

1          A.   We also have the CT scan that very clearly

2     shows another connector.

3          Q.   You're talking -- when you refer to the CT

4     scan, you're referring to Enclosures 10 through 12,

5     right?

6          A.   Yes.

7          Q.   Okay.  Where in your report does it show a

8     scanning electron microscope measurement of one of the

9     Clarke blades?

10         A.   I don't have an SEM photograph in the

11    enclosures of the Clarke blades, but I have provided

12    them in my notebook here.

13         Q.   Today --

14         A.   Yes.

15         Q.   -- for the first time, right?

16         A.   Well, you have seen them for the first time

17    here.

18         Q.   Yeah.  Right.  When did you do these

19    measurements of the Clarke blades?

20         A.   In the days after the inspection.

21         Q.   Why didn't you let us know?  I thought we

22    had an agreement to exchange pictures.

23         A.   We agreed to exchange pictures from the

24    inspection.  These are exemplar analyses.  Mr. Cooper

25    had his own exemplar he could examine.  He could get

Page 62

1    all the exemplars that he wanted to and examine them if

2    he wanted to be thorough in his investigation, as well

3    as Mr. Rau.

4         Q.   All right.  So your report is Exhibit 1.  Do

5    you have a copy of the set of photographs that you

6    actually provided to us pursuant to the agreement?  Is

7    that on your thumb drive?

8         A.   I have all of the photos on my thumb drive,

9    including those.

10         Q.   I want to be really specific.  I just want

11   to know if there is on the thumb drive the same set

12   of -- sets of photos that you sent me.  So, for

13   example, you provided us with a set of photographs

14   marked DP-380 -- here's what I'm going to do.

15              MR. SPENCER:  Let's go off the record for a

16         second.

17              (A discussion was held off the record.)

18   BY MR. SPENCER:

19         Q.   How many manufacturers were there of the

20   connectors that were used in this generation of Santa

21   Fe?

22         A.   I don't know specifically.

23         Q.   What makes you think that KET was a

24   manufacturer?

25         A.    KET is embossed on the side of the

Page 63

1    connectors, and the connectors match connectors that

2    they have on their Web site, and the drawings on their

3    Web site.

4          Q.   How many molds did KET have in the early --

5    or the mid-otts (ph) to create the male plastic

6    connector?

7          A.   I don't know.

8          Q.   How many molds did KET have in the mid-otts

9    to create the female plastic connector?

10         A.   You mean molds or mold cavities?  Either

11   way, I don't have a specific number.  I haven't seen

12   them.

13         Q.   What are the tolerances for each of the

14   dimensions of the male plastic connector?

15         A.   Those are in the drawings.

16         Q.   What are they?

17         A.   Hand me the drawings and I'll look.  Did you

18   ask about the male or female?

19         Q.   Male.

20         A.   Part of this is in Korean, but if I read it

21   correctly, the tolerances on the housing are plus or

22   minus .2, plus or minus .25, and plus or minus .3,

23   depending on, I believe, the length of the dimension.

24         Q.   Millimeters?

25         A.   The drawing is in millimeters.

Page 64

1      Q.   What are the tolerances for the female

2  plastic connector?

3      A.   They are the same tolerances, plus or minus

4  .2, plus or minus .25, plus or minus .3.

5      Q.   So depending upon the dimension, you may

6  have as much variation -- and assuming, of course, that

7  each of the parts is manufactured within those

8  tolerances, you may have as much as .6 millimeters in

9  difference between two separate female connectors, and

10  male connectors, for that matter?

11      A.   Well, this is for -- as I said, it says at

12  the top of the tolerance box, .45 max.  So it depends

13  on what the dimension is.  If it's a smaller dimension,

14  then it has a tighter tolerance.  So it's .2 if it's a

15  small dimension.

16      Q.   If one is manufactured at the lower end of a

17  tolerance, it could be .45 millimeters short, and if

18  one is manufactured to the upper end of the tolerance,

19  it could be .45 millimeters long, for a total

20  difference of .9 millimeters, correct, in that

21  particular dimension, hypothetically?

22      A.   I don't think your numbers are right.

23      Q.   I thought you said .45 millimeters.

24      A.   No, sir, I didn't.  I said plus or minus .3

25  for a large dimension.  That's a 45 max.

Page 65

1              MR. LOWE:   .45.

2         A.   No.  If your dimension is 45 millimeters,

3    then it could be off by a certain amount.  So if you

4    have a small dimension, something that is in the range

5    of ten millimeters, then your tolerance will be plus or

6    minus two.

7    BY MR. SPENCER:

8         Q.   What are the tolerances for the blades?

9         A.    Those tolerances are .15 and .2 for a 50

10   millimeter max.  There's other tolerances, but I don't

11   believe we have any dimensions that are larger than

12   that.  I don't -- just scanning over the dimensions, I

13   don't see any that are, except for the total length,

14   that are over ten millimeters.

15        Q.   We've been referring to blades.  What do we

16   call the other end of -- the connector on the other end

17   that -- strike that.  Let me be clear.

18         The blade, there are two blades in each male

19   connector, correct?  Actually, the blades are in the

20   female housing.  But in the wiring harness, in the area

21   in question there are two blades, one is connected to a

22   red wire, and one is connected to a blue wire, correct?

23        A.   Yes.

24        Q.   And there are also two other structures that

25   mate with those blades, one is connected to a white

Page 66

1    wire, and one is connected to a green wire, correct?

2         A.   They're striped wires, but, yes, there's a

3    white and a green.

4         Q.   What do you call those structures into which

5    the blades are inserted?  Do you call them receivers?

6         A.   I've been calling them receptacles or

7    receptacle terminals.

8         Q.   Receptacles or receivers; is that fair?

9         A.   That's not how I referred to it in the

10   report, but, yes, that's a fair description.

11        Q.   How wide are the receptacles into which the

12   blades are inserted?

13        A.   Depends which dimension you're speaking of.

14        Q.   I'm talking about laterally, side to side as

15   the two are positioned.

16        A.   Well, there's multiple widths.  You have an

17   internal width.  You have an external width because

18   they're essentially boxed structures.

19        Q.   I'm trying to find out how wide is the metal

20   part of the receiver that comes into contact with the

21   metal blade so as to form an electrical connection.

22        A.   Then you're talking about the contact pads,

23   not the entire receiver or receptacle.  Is that what

24   you're asking?

25        Q.   You tell me.

Page 67

1          MR. LOWE:   Objection.

2          A.   I can't answer until you tell me which one

3     you're interested in.

4     BY MR. SPENCER:

5          Q.   Well, show me on your drawing what it is

6     that the blade comes into contact with to form a

7     connection.

8          A.   There are two contact pads, or protrusions,

9     on one side of the receptacle, and one on the opposite

10    side.

11         Q.   So one on the top -- two on the topside, one

12    on the spring side?

13         A.   If you want to call it the spring side,

14    there's one on the spring side.  Depends on what your

15    orientation is and how you put these things together,

16    what's top and bottom, but there's two on one side and

17    one on the other.  If you want to call that the spring

18    side, we can use that reference.

19         Q.   All right.  Are the blades assembled in a

20    clean room -- strike that.  Are the connectors

21    assembled in a clean room?

22         A.   I don't know that.  I don't know at what

23    point they are assembled.  They are available from KET

24    as individual components.

25         Q.   Are the -- is that portion of the assembly

Page 68

1    line where the connectors are put together in this

2    wiring harness, is that a clean room?

3        A.   Are you talking about if KET puts them

4    together?

5        Q.   I'm talking about the assembly plant, the

6    factory, the car factory.

7             MR. LOWE:  Objection.

8        A.   I haven't seen the factory.  I don't know if

9    it's a clean room or on the assembly line.

10   BY MR. SPENCER:

11       Q.   Are the blades polished at any point?

12       A.   They have a flashing -- a coating on the

13   outside.

14       Q.   Are they polished at any point during their

15   manufacture?

16       A.   From my examination, I don't think so, but I

17   haven't seen the manufacturing process.  Like I said,

18   they are plated on the exterior, and usually you

19   wouldn't polish a plated product.

20       Q.   How are the blades formed?

21       A.   They are a sheet metal, basically, that are

22   stamped and then it is formed into the shapes.

23       Q.   It's actually a piece of metal that's

24   folded, correct?

25       A.   Basically, yes.

Page 69

1          Q.   Yeah.  So you get what I call a fold-over
2     side, and then you get a seam side where the folds
3     meet, correct?
4          A.   Right.  I have called that the split side
5     versus the seam side.
6          Q.   Seam side, split side; potato, potato,
7     right?
8          A.   Yes.
9          Q.   So I'm going to just do one thing here.
10    What I want to do is, I have put on a thumb drive here
11    the photographs that you gave us, and then -- I'll
12    explain that in a minute.
13              MR. SPENCER:  What I want to do is mark the
14         thumb drive itself as Carden Exhibit A because
15         there are going to be numbers inside of it, but
16         A I want to be the thumb drive itself so you
17         have that.
18              MR. LOWE:  This is what thumb drive?
19              MR. SPENCER:  It's a thumb drive that I will
20         describe in the next series of questions and
21         comments.  Okay?
22              MR. LOWE:  It's one that you --
23              MR. SPENCER:  That's correct.
24              MR. LOWE:  -- created?
25              MR. SPENCER:  What I want to do is work with

                                                        Page 70

1            Mr. Carden to make sure we've got the same
2            thing.
3    BY MR. SPENCER:
4            Q.   So Carden Exhibit 1 to our deposition is
5    your report, and we've already noted that.  I want to
6    mark Carden Exhibit 2 is the folder on the thumb drive
7    that we've marked as A, and these are your DP
8    photographs that you provided to us.  And you provided
9    us DP photographs from Number 380 to 386 (sic),
10   correct?
11           So we're clear, what I did was, we all uploaded
12   everything to Eddie Cooper's FTP site, and this is what
13   I downloaded.  I'm trying to document what you gave us
14   before the deposition.  That's what I'm trying to do.
15   And I'm telling you that we believe that you uploaded
16   to Mr. Cooper's Web site a series of DP pictures from
17   380 to 386 (sic).  I'm just telling you that.  Here
18   comes a question:  What is DP in your parlance?
19           A.   Digital photographs.
20           Q.   Digital photographs.  That's your name,
21   correct?
22           A.   I call it DP.  That's what it stands for.
23           Q.   And this is meant to designate those
24   photographs that were taken using a digital camera with
25   a regular and also perhaps a macro lens, correct?

Page 71

1        A.   Yes, basically.  There's multiple cameras,

2   so that's a compilation of multiple cameras, probably.

3        Q.   But what you provided to us before the

4   deposition today were, at least for DP photographs,

5   were Numbers 380 to 986.  I might have misspoken

6   earlier.

7        A.   That's what you have on your thumb drive

8   here.  I have to confirm that with what we uploaded.

9        Q.   That's what I'd like you to do, confirm it,

10  please.

11       A.   Okay.  I'm looking at the photos in my photo

12  notebook, and the photos of the inspection, starting

13  from the receipt of the vehicle on January 9th, start

14  at 380, and my last photo in this notebook is the

15  vehicle being loaded on Mr. Clarke's transport, and is

16  DP-986.

17       Q.   Okay.  So then what's on this thumb drive,

18  Carden Exhibit 2, matches what's in your photograph

19  notebook, correct?

20       A.   For the inspection dates, yes.  I had some

21  photos from the previous inspection.

22       Q.   It's all the DP, the digital photographs,

23  that you provided to us and uploaded to Mr. Cooper's

24  site, all the DP series?

25       A.   Right, from the inspection -- from the

Page 72

1    January inspection.

2         Q.   So at least the number of photographs on

3    Carden Exhibit 2 match the equivalent photographs in

4    your photograph binder, fair?

5         A.   Yes, they should.  I have photos from the

6    prior inspection that we didn't put on the site.

7         Q.   Right.  And that are not in your binder?

8         A.   No, they are in the binder.

9         Q.   My 380 is this right here.

10        A.   Yes, it matches Number 380 in our notebook.

11        Q.   So we're clear, then, the photographs that

12   you uploaded to Mr. Cooper's site that were marked

13   DP-0380 to DP-0986 are photographs that were digital

14   photographs that were taken during the January 9

15   through 11 work, correct?

16        A.   Yes.  The inspection was on the 10th, or

17   started on the 10th, but he brought the vehicle to us

18   the day before, the afternoon before.

19        Q.   So in your binder you're telling us you have

20   an additional series of DP photographs that was not

21   uploaded to the Cooper Web site; is that right?

22        A.   Right.  This is photographs from the prior

23   inspection, and my understanding was we were going to

24   provide the photos and data from the inspection at our

25   laboratory.

1      Q.   All right.  We will talk about those in a

2  little bit.  So we've confirmed Carden Exhibit 2 is a

3  complete set of the DP series of photographs that were

4  taken during the inspections that were on January 10

5  and 11, inclusive of the delivery of the vehicle on

6  January 9, correct?

7      A.   Yes.

8      Q.   So that's Exhibit 2.  Carden Exhibit 3 is a

9  series of KMDP photographs, 001 to 00 -- excuse me.

10  Strike that.

11      Carden Exhibit 3 is a series of KMDP

12  photographs, and they're numbered 001 through 186

13  (sic).  What does KMDP mean in your parlance?

14      A.   That stands for Keyence microscope digital

15  photograph.

16      Q.   I'll represent to you that that is what we

17  found uploaded by you on the Web site as far as KMDP

18  photographs were concerned, and I want to confirm with

19  you that Exhibit 3 is, in fact, what you uploaded in

20  that regard.

21      A.   Could you repeat the last full number again

22  because I wrote down 186?

23      Q.   I've got 168.

24      MR. LOWE:  You said 186 when you originally

25      identified it.

Page 74

1          MR. SPENCER:  I'm not surprised.

2          MR. LOWE:  168 is the number?

3          MR. SPENCER:  Yeah.

4      A.    What was your question?

5  BY MR. SPENCER:

6      Q.    In your photo book, what do you have in the

7  way of KMDP photos?

8      A.    I have KMDP-001 through KMDP-168.

9      Q.    So Carden -- we agree, then, that the

10  digital images or Carden Exhibit 3 match the

11  photographs in your photograph binder?

12      A.    Yes.

13      Q.    Okay.  Great.  Thank you.  In fairness,

14  we're not going through each individual image and

15  comparing them one by one.  We're just counting to make

16  sure --

17          MR. LOWE:  Not to interrupt except to try to

18          confirm, are all of the photographs in that

19          binder on the thumb drive you gave to

20          Mr. Spencer?

21          THE WITNESS:  I haven't given it to him, but

22          yes, they are.

23          MR. SPENCER:  We're going to get to that.

24          MR. LOWE:  I'm trying to keep track to make

25          sure you get everything that's here physically.

Page 75

1          MR. SPENCER:  Stick with me, James.  I'll

2      get you there, buddy.

3  BY MR. SPENCER:

4      Q.   So Carden Exhibit 4, this is a series of

5  MDPB photographs.  What are those in your parlance?

6      A.   That's microscope digital photograph, and B

7  indicates the specific stereomicroscope.  We have an A

8  and a B.

9      Q.   Carden Exhibit 4, which is part of the thumb

10 drive we marked A, that has MDPB photographs 1 through

11 160.  Is that what you have in your photo binder?

12     A.   Yes, that's what I have in my binder here.

13     Q.   All right.  Then we have Carden Exhibit 5,

14 which is on our thumb drive A, has -- this is called

15 RT-E01 to E05.  Would you explain the significance of

16 those in your parlance?

17     A.   That is a radiographic image.

18     Q.   In other words, that's an X-ray?

19     A.   Yes, but we use multiple types of X-ray

20 machines, so we call it a radiograph.  So it is an

21 image.  And that is our images that were taken of

22 Mr. Cooper's exemplar during the inspection.

23     Q.   I've got RT-E01 to E05, with the addition of

24 one called RT-E04 enhanced.  Does that match your

25 binder?

Page 76

1          A.    It does.  It is in my deposition notebook

2     rather than the images with the other digital photos.

3          Q.    We'll get to that.  But what we have here as

4     Exhibit 5 are the radiographs that you uploaded to

5     Mr. Cooper's site?

6          A.    Yes.  And those were taken during that

7     inspection, so the date of that was generated during

8     that inspection, and his exemplar that he took with

9     him.

10          Q.    Then we have a folder called Carden Exhibit

11     6.  Carden Exhibit 6 is SEM A-001 to 160.  Can you

12     explain what those mean in your parlance?

13          A.    SEM stands for scanning electron microscope,

14     and A, again, we have more than one scanning electron

15     microscope, so that is one specific microscope.

16          Q.    Can you check your binder and make sure that

17     what is on Carden Exhibit 6 matches your binder when it

18     comes to SEM photographs that were taken of

19     Mr. Cooper's exemplar and the subject?

20          A.    Well, again, you're giving me numbers, and I

21     don't know what the images that you have, but my

22     numbered scanning electron microscope images SEM A-001

23     through SEM A-160 are in this notebook.

24          Q.    Then we have a folder called stereo pairs,

25     and they're marked SEM_A-005, 006, 008, 009, 015, 016,

Page 77

1    030, 031, 120, and 121.  Do those match the stereo

2    pairs that are in your book?

3                MR. LOWE:  Are those part of Exhibit 6?

4                MR. SPENCER:  Yes.

5        A.   I don't think I have those printed in the

6    book.  What those are, are individual images that are a

7    subset of the images that we talked about before, and

8    they are dual images, images that fit together to

9    create what's called a stereo pair.

10   BY MR. SPENCER:

11       Q.   And you uploaded them to Mr. Cooper's Web

12   site just like this?

13       A.   I did.  I wanted whoever looked at them to

14   know that these are the same photos in the other

15   folder, but they are the pairs.

16       Q.   I got it.

17       A.   So it's a second copy of what's in the other

18   photo that are used for stereo pairs.

19       Q.   Okay.  Thank you.  Now, Carden Exhibit 7,

20   which is on this thumb drive, is the NFPA methodology

21   document that we looked at earlier.  Okay?  Have we

22   established then that Carden Deposition Exhibits 2

23   through 6 are everything that you uploaded to

24   Mr. Cooper's FTP site before your deposition?

25       A.   I would have to go back and -- I don't know

Page 78

1    if I have a record of what was produced.  I think I can

2    go back to my computer at work and confirm all of that,

3    but that sounds accurate.

4         Q.   Sure.  It sounds accurate.  You might want

5    to look at an individual image or what have you.

6         A.   Well, if I remember correctly, we also

7    provided the X-ray data, the FTIR data, and locators

8    for these individual photographs.  So there is more

9    data that we provided, I believe, than is represented

10   in what you just showed me.  These are the photograph

11   images, but there's additional data.

12        Q.   I think you're right, and I'm glad you

13   mentioned that.

14        A.   So we provided everything that was generated

15   during that inspection.

16        Q.   You also, in addition, you provided to us a

17   folder called Laboratory Data, correct?

18        A.   It would seem to be correct.  I didn't

19   upload -- I had my IT person upload this stuff.

20        Q.   There's an FTIR report, which is chemical

21   analysis using FTIR, correct?

22        A.   Yes.

23        Q.   And X-ray layouts, correct?

24        A.   Yes.

25        Q.   That's typical -- that's what you told your

Page 79

1    guy to provide us, right?

2         A.   Yes.   Well, this is data from the

3    inspection, so this is data that was generated during

4    the inspection.  And there should be, I think, locators

5    for the SEM images to --

6         Q.   Hold on.  One thing at a time.  I'm going to

7    put the laboratory data onto our thumb drive and that

8    is going to be Carden Exhibit 7 -- excuse me.  Carden

9    Exhibit 8.

10              MR. LOWE:  The FTIR report and X-ray

11         layouts?

12              MR. SPENCER:  It's a folder called

13         laboratory data with those two things in it.

14    BY MR. SPENCER:

15         Q.   Then you have photo documentation locators,

16    which would be four files showing where the microscopic

17    images were taken on the different structures.  And I'm

18    talking about the MDP series, the KMDP series, the RT

19    series, and the SEM series, right?

20         A.   Yes, and we normally -- we don't always

21    provide those, but we were trying to give everybody all

22    of the information from the data.  The same with the

23    FTIR data, most of the time we just give raw data.  In

24    this case we gave them the layouts and all of the

25    information that we generated during the inspection.

Page 80

1          Q.   So that folder containing the photo

2     documentation locators is now Carden Exhibit 9 on our

3     thumb drive A.  Then you had video documentation, and

4     there were three videos marked DV-02, 03 and 03_2,

5     correct?

6          A.   What were those numbers again?

7               MR. LOWE:  02, 03 and 03_2.  Are the videos

8          Exhibit 10?

9               MR. SPENCER:  9.

10              MR. LOWE:  I thought the locators --

11              MR. SPENCER:  I'm sorry.  You're right.

12         It's going to be 10.  Thank you.

13    BY MR. SPENCER:

14         Q.   Are those the three videos you had uploaded

15    to the site?

16         A.   Yes, those would be videos from the

17    inspection.

18         Q.   That's going to be Carden Exhibit 10.  All

19    right.

20              MR. SPENCER:  What do you think we should

21         do, look at the drive or -- I guess we should

22         look at the drive.  And maybe the thing to do is

23         to, once this is copied, maybe I'll put that

24         drive on here so we can all look at it together.

25         Is that good with you?

Page 81

1           MR. LOWE:  Don't matter to me.  You can do

2      whatever you want.  It's your depo.  Subject to

3      my objections, which are well-taken.

4           MR. SPENCER:  Nah.

5   BY MR. SPENCER:

6      Q.   Let me ask you a few questions while we're

7   waiting for this thing to copy.  Do you have any other

8   investigations underway in connection with this case?

9      A.   I mean, no.  This information that I have

10  with me is the case file and the investigations that

11  have been done.

12     Q.   I know it is so far.  What I'm asking is,

13  are there other investigations underway that are being

14  performed by you, your staff, Clarke, or anybody else

15  in connection with this matter?

16     A.   Not that I know of.  Well, I would say no.

17  We had preparation time to get ready for this

18  deposition.  I looked at the drawings from KET

19  yesterday, as I spoke about.  But as far as any

20  specific testing or analysis, we've completed what

21  we've done so far.  We would probably review this

22  information and generate trial boards before it goes to

23  trial, and maybe generate some additional images that

24  might be presented from the data that we've collected

25  so far.

Page 82

1          Q.   I know you've completed what you've done so

2     far.  That's not really what I'm asking.  I'm trying to

3     find out, to be perfectly frank with you, if I'm going

4     to be faced with other measurements of other exemplars

5     or other documents that I haven't seen before.  So what

6     I'm trying to find out from you is, are there any other

7     investigations, experiments, measurements, activities,

8     or things of that nature underway?

9          A.   The answer is no, not currently.  As I said,

10    if we needed to take, for instance, the CT data and

11    generate images, or an animation from that, we may do

12    that, but I don't have any current plans to do that.

13              MR. LOWE:  I would just interject or add

14         that obviously we haven't seen your experts'

15         reports, and we haven't had their depositions

16         yet.  I would expect both Richard Clarke and

17         Bill Carden to be prepared at the time of trial

18         to respond to them, which may cause them to do

19         additional work.  Otherwise, I have not asked

20         them to do any additional work.

21    BY MR. SPENCER:

22          Q.   Are there any investigations that have been

23    performed that are not documented on the thumb drive

24    that you brought with you today?

25          A.   No.  This is our case file.  It has the data

Page 83

1    that we have generated, and collected, and reviewed to

2    date.

3         Q.   Are there any measurements, investigations,

4    any activities of any kind that have been performed by

5    you or your team that are not documented on that thumb

6    drive that we're about to mark as thumb drive B?

7         A.   As I sit here, I don't think so.  I think

8    this is complete.

9         Q.   I should add, in fairness, with the addition

10   of what we're going to mark as thumb drive C, which is

11   the CT work?

12        A.   That's right.  Well, yes.  And there is some

13   of this information that wouldn't necessarily fit on

14   this drive, but it is here with me, but that is the

15   data.

16             MR. LOWE:  Can I take a two-minute break?

17             MR. SPENCER:  Yeah.

18             (A short recess was taken.)

19             MR. SPENCER:  I'm giving the court reporter

20        the thumb drive we've marked as Exhibit A, and

21        that contains Carden Exhibits 2 through 10.

22   BY MR. SPENCER:

23        Q.   You have another thumb drive that you were

24   kind enough to bring with you.  Let's look at that.

25             MR. LOWE:  This will be Exhibit B?

Page 84

1          MR. SPENCER:  Yeah, thumb drive B.  Exhibit
2       B, yeah.
3          MR. LOWE:  Did you bring a copy of your
4       Exhibit A with you for me?
5          MR. SPENCER:  No, I just made it.
6          MR. LOWE:  You just made it just now?
7          MR. SPENCER:  Yeah.  If you want to take it
8       and copy it onto your computer, I have no
9       problem with that.
10         MR. LOWE:  I'll get a copy from Cindy.
11   BY MR. SPENCER:
12      Q.   So I'm going to look at thumb drive B.  This
13   has four folders, one of which is called Deposition
14   Notebook, one called Documents Received, one Photo
15   Documentation, and one Video Documentation; is that
16   correct?
17      A.   Yes.
18      Q.   I'm going to rename the deposition notebook
19   folder Carden Exhibit 11 Deposition Notebook.  Okay?
20      A.   You're renaming the file that's on my thumb
21   drive?
22      Q.   On the thumb drive B that you were going to
23   give to me, right?
24         MR. LOWE:  So there's an Exhibit 1 and
25      Exhibit 11 that are the same?

Page 85

1              MR. SPENCER:  No.  Exhibit 1 is the hard

2         copy of his report.

3              MR. LOWE:  Got it.  Okay.

4              MR. SPENCER:  That's Exhibit 1.

5              MR. LOWE:  That includes his CV, and his

6         testimony log, and all of that?

7              MR. SPENCER:  Yes, sir.  The thumb drive

8         that has been marked as Exhibit A contains

9         Carden Deposition Exhibits 2 through 10.  Now,

10         Mr. Carden has been kind enough to give us

11         another thumb drive, which we've marked as thumb

12         drive B.  Carden Exhibit 11 is the folder on

13         that thumb drive that contains his deposition

14         notebook, and within that folder are other

15         folders, and they are numbered:  1-1 Chronology;

16         1-2 Curriculum Vitae; 1-3 Testimony Chronology;

17         and so on down to 7.1, which is Conclusions.

18    BY MR. SPENCER:

19         Q.   Am I correct that the only material -- well,

20    where are your photographs on this drive?

21         A.   If you go back up one folder, it's the photo

22    documentation folder.

23         Q.   Got it.  So within Carden Deposition Exhibit

24    11, Deposition Notebook, am I correct that the only

25    part of that that was actually physically provided to

Page 86

1    us before your deposition is the report, which is

2    marked 1-7?

3             A.    No, that's not true.

4             Q.    What is untrue about that?

5             A.    You have the report.  As part of my report

6    there is my CV, my testimony chronology.  I provided

7    you now with an updated version.  You also have the

8    police report, which is in there.  There is

9    experimental procedure, which contains protocols.

10   You're asking me what I provided to you other than

11   that.

12            Q.    Okay.

13            A.    Then there's experimental results, and you

14   have the experimental results that were obtained during

15   the inspection.

16            Q.    What is on Exhibit 11 that was not provided

17   to us before today?

18            A.    There is the case chronology.  Deposition

19   notice, which you should have that.  Our evidence

20   transfer records that shows the evidence and exemplars

21   that were associated with the case.  We have an

22   inspection attendees list, which we provided you with

23   copies before, during the inspection.  There's a case

24   literature list, which is a listing of the documents

25   that we had in the case.

Page 87

1        Similarly, there's a documents received and a

2    documents sent folder.  There's a literature review

3    folder, which has the owner's manual, the drawings, and

4    information from the KET Web site.  You have -- in the

5    experimental results section there's some additional

6    information, including my notes.  It has the

7    dimensional analysis information from the subject

8    components.  We have a folder called CAD, which has a

9    document called Connector Position Analysis, so that is

10   the image that we discussed before that was generated

11   from the CT scan, so it's a series of images.

12       You have a folder called Exemplar Analysis, and

13   that contains our exemplar analysis information.  And

14   the last folder coincides with our conclusions tab, so

15   those are the conclusions that were listed in my

16   report, and supporting information for each of those

17   conclusions that we would use to answer questions

18   during the deposition.

19       Q.   My question was, what's in that folder that

20   was not provided to us before today?

21       A.   That's what's in the deposition notebook

22   folder that was not provided before today.  And some of

23   that was compiled as preparation for this deposition.

24       Q.   Thank you.  Then you have a folder on thumb

25   drive B called Documents Received, which we will mark

Page 88

1    as Carden Exhibit 12.  To what extent is that

2    duplicative of your notebook?

3         A.   That is documents that we received for this

4    case, and it is a copy of what is in my documents

5    received notebook.

6         Q.   Okay.  Got it.

7         A.   As I said, there may be one or two of these

8    things that are on flash drives because they were too

9    voluminous to copy, but I have additional flash drives

10   in the documents received notebook.  But I believe

11   everything is in here, looks like there's videos and

12   photographs included.

13        Q.   Carden Exhibit 12 is a folder called photo

14   documentation -- did I say 12?  I meant 13.

15             MR. LOWE:  13.

16             MR. SPENCER:  Thank you.

17   BY MR. SPENCER:

18        Q.   Carden Exhibit 13 is a folder called Photo

19   Documentation, and that's also on thumb drive B.

20   Explain -- I've opened that folder up and there are

21   different folders under there.  Can you tell us what

22   those are, please?

23        A.   Those are segregated by the types of images

24   that are provided.  As we discussed, there's DPs, which

25   stands for digital photos.  DP-E stands for photos of

Page 89

1   exemplars.  And that notation follows for the other

2   instruments as well, such as the KMDPs, MDPs, and SEMs.

3        Q.   Which of those folders under Exhibit 13,

4   photo documentation, were not provided to us before

5   today?

6        A.   The ones that are Es, or have Es at the end.

7        Q.   How about the 3Ds?

8        A.   The 3Ds should have been provided.  That is

9   3D Keyence microscope images that were taken at the

10  inspection.  I will say that during the inspection we

11  documented Mr. Cooper's exemplar.  Those photographs

12  are in the DP folder because it was conducted as part

13  of the inspection.

14       Q.   So when we see DP-Es, and KMDP-Es, and

15  MDP-Es, and SEM-Es, those are all your work with

16  Mr. Clarke's exemplar?

17       A.   Yes.  Generally, as we do inspections, we're

18  looking at the subject components exclusively and we

19  usually don't have exemplars available during the

20  inspection.  This is an unusual case in which we had an

21  exemplar presented by Mr. Cooper, so we documented it

22  along with the subject components.  So it is included

23  in the DP numbers, and those were all provided.

24       Q.   Thank you.  The next folder is Carden

25  Exhibit 14, and that's video documentation, and within

Page 90

1    there are two folders, one says DVs, which appears to

2    contain the three videos we referred to earlier, plus

3    one called DV-01.  You believe those were provided to

4    us earlier, correct?

5            A.   Well, I believe DV-01 was from the

6    inspection back in October, so that was not a part of

7    the inspection data package from our inspection.

8            Q.   I gotcha.  The subfolder in Carden

9    Deposition Exhibit 14, which it says DVs, the video

10   within there called DV-01 was not provided to us before

11   today, correct?

12           A.   Right, that was taken from the October

13   inspection, and everybody had their own video for that

14   inspection.

15           Q.   And subfolder in Carden Exhibit 14 marked

16   DVEs, that's all new video that is of Mr. Clarke's

17   exemplar, I would assume; is that right?

18           A.   Yes.

19           Q.   We've marked everything now on thumb drive

20   B, and so we'll turn to something new.  What should we

21   look at next, Mr. Carden?  What makes sense?  It's your

22   stuff.  I'm just trying to make life easy.  Want to

23   look at the CT material?

24           A.   Well, I think we can go through the data.

25   Whichever you want to go through first.

Page 91

1        Q.   What data are you talking about?

2        A.   The inspection data and/or the dimensional

3    data, the CAD data.

4        Q.   Let me just ask you real quick, is the CAD

5    data on the thumb drive?  This here?

6        A.   This as it is is on the thumb drive.  The CT

7    data is on a separate thumb drive.

8        Q.   So the written record is clear, there's a

9    folder in your deposition binder called CAD, and it

10   contains a series of images that were created using CT

11   data with the blade at different positions of

12   insertion?

13       A.   That's correct.  That was taken from the CT

14   data and put in a CAD software to generate this image.

15       Q.   So did you actually physically take separate

16   CAD images as you were moving the connector, or did you

17   simply alter the images to simulate movement?

18            MR. LOWE:  Objection.

19       A.   The CAD data was moved and snapshots of

20   those positions was taken to generate these.

21   BY MR. SPENCER:

22       Q.   So these images that we see under the CAD

23   folder, they are taken from one CT scan?

24       A.   Basically, yes, but you have to take that CT

25   scan and identify which components are movable

Page 92

1    components.

2            Q.    I'm just going to do this one step at a

3    time.  You did one CT scan of the connectors in the

4    fully closed position, correct?

5            A.    I believe we did a CT scan -- let me look at

6    our CT data -- of the connection as it was, and we also

7    did individual scans of the housing components after

8    they were disassembled.

9            Q.    So to generate the demonstratives that were

10   created using the CT data, you took data from a single

11   CT scan when the connection was fully mated, and then

12   created other images by moving components apart.  In

13   other words, you simulated the separation by moving CT

14   images relative to one another; is that a fair

15   statement?

16           A.    That's a simplistic description.  We did do

17   two CT scans.  We did a CT scan of the connector fully

18   connected, and then we did individual scans of the male

19   and female plastic housings as well.

20           Q.    I'm a simplistic guy.  What you did was, you

21   did a CT scan and got image data from a scan of the

22   connectors fully mated, and then you manipulated those

23   images to simulate the two connectors being moved

24   farther apart?

25           A.    Basically, yes.  It's a little more

Page 93

1    complicated than that, but that's basically true.

2        Q.   Well, probably a lot more expensive than

3    that.

4            MR. LOWE:  I don't get charged for this.

5        You're asking the questions.

6    BY MR. SPENCER:

7        Q.   So where are the CT data that you used to

8    make those?

9        A.   The CT data is on this flash drive that I

10   have in my deposition notebook.

11       Q.   Is that a flash drive that we can have?

12       A.   You can -- I would presume that this is the

13   only copy in the case file.  There may be another that

14   resides on the CT computer, but I think you can make a

15   copy of this.

16           MR. LOWE:  Make a copy of it.

17           MR. SPENCER:  How big is it?

18       A.   I don't know.  They can be anywhere from ten

19   gigabytes to 30 or 50 gigabytes.  Looks like this

20   contains about seven to eight gigabytes, and that

21   includes a viewer so that you can open and view the CT

22   data in three dimensions.

23           (A discussion was held off the record.)

24   BY MR. SPENCER:

25       Q.   So you would rather we not mark that

Page 94

1    particular thumb drive?

2         A.   I would prefer that.  Or you can mark it and

3    I can take it and make you a copy.

4         Q.   I don't want to wait that long.  How many

5    other thumb drives do you have?

6         A.   I have this one, which is a copy of the one

7    you marked.

8         Q.   I don't care about that.  Is this the only

9    new one?

10        A.   Like I said, there's some in my documents

11   received notebook that has like photos from the other

12   experts, but I think that's all been included on here.

13        Q.   So this is the only other thumb drive?

14        A.   I believe that is the only other thumb drive

15   that has data that you don't have in another place.

16   There's another drive here.  Let me see what this one

17   is.  The owner's manual.

18        Q.   I don't care about that.

19        A.   I may be able to take this and add it to

20   that if there's enough space.

21        Q.   Let's see.  This has eight gigs of free

22   space.  How much do you have here?

23        A.   7.5.  It's going to be close.

24        Q.   Let's try.

25             (A discussion was held off the record.)

Page 95

1    BY MR. SPENCER:

2         Q.   The RT images, the radiograph images, are

3    those -- the ones you provided to us earlier are of the

4    Cooper's connector, right?

5         A.   Yes.

6         Q.   But you also did some radiograph images of

7    the Clarke connector; is that right?

8         A.   Yes, and those are both done on the CT

9    machine.  You can either capture a single still image,

10   or you can do a full CT scan.

11        Q.   We haven't talked about the shift assembly

12   pawl at all, and that's because we think she left it in

13   drive, right?

14        A.   I believe that is true, yes.

15        Q.   You don't anticipate talking about the shift

16   assembly pawl at trial, do you?

17        A.   Well, I described it in my report.  If I'm

18   asked questions about it, but I don't think --

19             MR. SPENCER:  You're not going to get into

20        that, are you, James?

21             MR. LOWE:  I haven't prepared for trial yet,

22        but I think the issues you've been talking about

23        are probably the most important.  But you're

24        invited to talk to him about anything in his

25        report, or anything he's produced here today.

Page 96

1          MR. SPENCER:  If it's not an issue, it's not

2      an issue.

3          MR. LOWE:  Off the record for a second.

4          (A discussion was held off the record.)

5  BY MR. SPENCER:

6      Q.   I'm looking in your folder called -- in your

7  deposition binder under X-ray A Layouts, and there are

8  these -- on the page that says, exemplar connector

9  blade blue, X-ray_A-05 SEM_A-080, the bottom right

10  there's an element line with a weight.  Tell me about

11  that.

12      A.   That is -- this is what I was

13  distinguishing, radiographs versus X-ray.  That is a

14  spectral analysis using X-rays to quantify the elements

15  present in the view of the scanning electron

16  microscope.

17      Q.   So, basically, what that's telling us is

18  that there's a certain amount of -- what is CK?

19  Element line CK, what's that?

20      A.   Well, the first letter is the element.  The

21  second letter is the line that they're quantifying it

22  on.  So it's C, that's carbon.

23      Q.   So it's 2.79 percent carbon?

24      A.   Yes.

25      Q.   Then you have oxygen, right, O?

Page 97

1        A.    Yes.

2        Q.    Aluminum, AL?

3        A.    Yes.

4        Q.    I'm not going to play with the others.

5              MR. SPENCER:  So we've managed to copy over

6        to thumb drive B the CT data that was on that

7        other thumb drive to which we have been

8        referring, and I'm marking those two new folders

9        as Carden Exhibit 15, which is the CT data, and

10       Carden Exhibit 16, which is the folder marked

11       myVGL3.1-3D Viewer Software.

12             MR. LOWE:  Can you repeat those numbers,

13       please?

14             MR. SPENCER:  MyVGL3.1-3D Viewer Software.

15       A.    I will mention, that really doesn't have

16   anything to do with the case.  That is the viewer that

17   goes along with the CT data so that you can open it and

18   view it as it should be in three dimensions.

19             MR. SPENCER:  I knew that, but James didn't.

20             MR. LOWE:  Thank you.  Your description,

21       again, please, Chris, for Exhibit 15?

22             MR. SPENCER:  CT Data.

23             MR. LOWE:  But that's not all the CT data.

24       A.    That's the CTE data.

25   BY MR. SPENCER:

Page 98

1          Q.   Is there other CT data that I haven't
2    copied?
3          A.   That's the exemplar data.  The CT data from
4    the inspection was already provided.
5          Q.   Charlie says it wasn't.
6          A.   It should have been provided.
7          Q.   I know it should have been.
8          A.   Well, I don't think -- I don't know if we
9    were able to upload it to the FTP site, but that should
10   have been provided as part of the data package.
11         Q.   Do you have the other CT data here with you?
12         A.   Yeah.
13              MR. LOWE:  That's way too big to copy, I
14         think.
15         A.   I can look and see.  Oh, I'm sorry.  That
16   has been provided.  We did not do a full CT scan.
17   That's what I was saying about the radiographs were
18   from the CT machine, but we only took individual
19   radiographs rather than doing a full CT scan, which
20   takes a couple of hours.  So, yes, you do have that
21   information and data.
22   BY MR. SPENCER:
23         Q.   Where is it?
24         A.   That's the RT numbers that we were talking
25   about.  We didn't do a full CT scan, that's why I was

Page 99

1    making that distinction.

2         Q.   Let me clarify this because Charlie is

3    concerned about it.  You're saying that the only data

4    you have from the radiographs that were done on the

5    10th and 11th are the images themselves that are in the

6    RT folder we identified earlier?

7         A.   Yes.  That's the only thing that was

8    collected.  We took radiographs, and everybody agreed

9    that's what they wanted and showed what they needed.

10   We did not do a full CT scan on Mr. Cooper's exemplar.

11        Q.   So the only CT data that you have in

12   connection with this matter is the data that were used

13   to create the images that we talked about earlier where

14   you simulated a parting of the connector?

15             MR. LOWE:  I think that's Exhibit 5.

16   BY MR. SPENCER:

17        Q.   And that would be shown in Enclosure 10, for

18   example, in your report.

19        A.   Well, yes, that was generated from the CT

20   data.  That is not the full CT data.  It was generated

21   from the CT data.

22        Q.   So there's only one set of CT data, and that

23   was used to do a CT scan of the exemplar connectors put

24   together, and then the plastic housing separately, all

25   of which were used to create the demonstrations that we

Page 100

1    talked about of the connectors being moved apart?

2        A.   Yes.

3        Q.   Fair enough.  Thanks.

4            MR. SPENCER:  Let's go off the record and

5        let me take a quick break.

6            (A short recess was taken.)

7    BY MR. SPENCER:

8        Q.   You refer on Page 7 of your report, Exhibit

9    1, the last paragraph, to scratches and a gouge that

10   were observed on the surface in front of the lock

11   feature.  To what do you attribute those?

12       A.   I haven't identified an instrument or

13   anything that would have created those marks.  They

14   could have been done during manufacturing, or handling,

15   or at any time.

16       Q.   You don't know -- you know that the

17   scratches and gouge were present, but you don't have an

18   opinion as to how they were made?

19       A.   No, I haven't formulated an opinion

20   necessarily how they were made.

21       Q.   Have you formulated an opinion that rules

22   out any possibilities concerning how they were made?

23       A.   Not necessarily.  I was documenting that

24   they were there.

25       Q.   I don't know what not necessarily means.

1    You should know by now I like my shirt buttoned all the

2    way to the top, so I want to button up this point.

3    Have you formulated an opinion that rules out the

4    possibility, for example, that a guy putting in an

5    aftermarket radio gouged those things?

6          A.    That would not be likely.  I don't think

7    that would come from putting in the aftermarket radio.

8          Q.    Based on what?

9          A.    Based on their location, and the orientation

10   of that connector with respect to the steering column.

11         Q.    What does that mean?

12         A.    Number one, the marks are prior to the barb,

13   or the locking feature on that arm of the connector,

14   which means they have to go under the bridge of the

15   female connector.  Number two, the orientation of the

16   connector on the steering column, that face of the

17   connector is against the steering column.  So it is not

18   likely that even if you were trying, that you would be

19   able to get a tool, or an instrument, or anything else

20   in there to make a mark.  And it is just as easy to

21   remove it if it is locked by pressing the tab and

22   releasing the connector.

23         Q.    You talk in the next sentence about the

24   molding seam adjacent to these features was still

25   raised above the surface of the housing.  Why was that

Page 102

1    worth mentioning?

2        A.   That if there was some contact with a larger

3    object than the size of the scrape mark itself, then it

4    would have altered or scraped away that molding seam.

5        Q.   What you're saying is, if somebody were

6    messing around with a tool in there, you think they

7    would have come into contact with the molding seam as

8    well?

9        A.   It could have, or if it was scraped against

10   a larger object that you would have damaged that

11   molding seam, or flattened out that molding seam.

12            MR. SPENCER:  That's all the questions I

13        have at this time, but I don't want to end the

14        deposition because I haven't had an opportunity

15        to look at the material that was provided for

16        the first time today, so I want to adjourn the

17        deposition, but not conclude it.

18            MR. LOWE:  That's fine.  I have a question,

19        maybe two for Mr. Carden.

20            MR. SPENCER:  Okay.

21                 CROSS-EXAMINATION

22   BY MR. LOWE:

23        Q.   Mr. Spencer didn't really ask you about the

24   opinions you formulated in your work in this case, but

25   I wanted to ask you whether or not you have formulated

Page 103

1    an opinion to a reasonable scientific and engineering

2    certainty as to whether or not the ignition cylinder

3    solenoid connector in the Whitaker 2007 Hyundai Santa

4    Fe had been properly and fully connected and seated at

5    the time of manufacture or assembly.  Do you have an

6    opinion?

7         A.   I do.

8         Q.   What is your opinion?

9         A.   My opinion is it was never fully seated at

10   the time of manufacture.

11        Q.   Do you have an opinion as to whether or not

12   that connector had become disconnected at some time

13   between the date of manufacture, from the position it

14   had been in at the time of manufacture, and completely

15   separated sometime prior to the event of October 2015

16   in which Ms. Whitaker received her fatal injuries?

17        A.   Yes.  Based on the analysis that we have

18   done, it had at one time been connected, not

19   completely, but then it had separated sometime prior to

20   the accident.

21        Q.   And would you generally describe the basis

22   for the opinions that you've just expressed?

23        A.   The examination of the subject and exemplar

24   connectors, there is -- on the subject connector there

25   are contact marks on the blade from being in contact

Page 104

1    with the receptacles, but those contact marks are less

2    than the contact marks that you would see on an

3    exemplar in a fully engaged position, which leads me to

4    say or conclude that the connector was never fully

5    inserted from the time it was manufactured.

6         Q.   Is all of the CT data, the scans from the

7    scanning electron microscope, and all of the

8    photographic documentation, is all the markings that

9    you've identified on the subject vehicle connector and

10   on the exemplar connectors as easily visible to any

11   other scientist or engineer who cares to look at them?

12             MR. SPENCER:  Objection, calls for

13        speculation.

14        A.   Yes.  I have provided the images that I have

15   obtained and drawn my conclusions from, and anyone else

16   can view them, and examine them, and confirm or deny or

17   draw their own conclusions from them.

18   BY MR. LOWE:

19        Q.   And all of the defense experts in this case

20   were present on January 10th and 11th as you conducted

21   these laboratory analyses?

22        A.   Yes.

23        Q.   Have you provided all of your photographic

24   and video documentation of your analysis to date?

25        A.   Yes.

Page 105

1        Q.   What is the effect, in your opinion, to a

2   reasonable scientific and engineering certainty of the

3   failure of the ignition cylinder solenoid connector to

4   have been fully and properly seated at the time of

5   manufacture?

6             MR. SPENCER:  Object to the question.  I

7        don't understand.  But go ahead and answer.

8        A.   If it is not fully seated, then it is not

9   locked together.  There is a locking feature on the

10  connector that keeps it from being pulled apart or

11  falling apart if it is fully engaged.  You can have a

12  partial engagement in which the connector will still

13  make connection for some period of time, but that lock

14  is not engaged.  And in that condition, then the

15  connector can separate very easily.

16  BY MR. LOWE:

17       Q.   What is the effect of the connector

18  separating?

19            MR. SPENCER:  Same objection.

20       A.   Then the electrical connection is not

21  complete any longer and you can remove the key from the

22  ignition in positions other than the park position, or

23  shifter -- gearshift positions other than the park

24  position.

25  BY MR. LOWE:

Page 106

1          Q.   Does that mean that with the components of

2     the ignition cylinder solenoid connector separated, one

3     could remove the ignition cylinder -- remove the

4     ignition key from the ignition cylinder in a gearshift

5     selector such as drive?

6          A.   Yes.

7               MR. LOWE:   Thank you.

8                    REDIRECT EXAMINATION

9     BY MR. SPENCER:

10         Q.   Let me just be clear:   You have something

11    called M1390 EX-04 connector.   It's in a little

12    glassine Lucite box.   What's this?

13         A.   That is the exemplar connector that is from

14    the steering column provided by Mr. Clarke.

15         Q.   When you got that connector, did you -- was

16    it connected?

17         A.   Yes.

18         Q.   Who connected it?

19         A.   It was connected, I presume, during

20    manufacture.

21         Q.   Do you know whether Mr. Clarke had

22    disconnected it and reconnected it?

23         A.   I don't remember specifically asking him,

24    but my understanding is that he had not manipulated it.

25         Q.   Where did you get that understanding?

Page 107

1        A.   We probably discussed it.  We discussed

2    obtaining exemplar connectors, and he mentioned that

3    the steering column likely has a connector on it if it

4    was removed from the vehicle and they clipped the wires

5    beyond the connector, which they had done.  So the

6    connector was still in the place, or the condition that

7    it was when it was removed from the vehicle.  The wires

8    behind it were just clipped.

9        Q.   I see that the receivers -- oh, you've

10   actually pulled them out, haven't you?  Did you ever

11   pull the receivers out of the subject connector?

12       A.   Yes, we did that during the inspection.

13   That was the reason Mr. Cooper brought his exemplar for

14   us to radiograph, so we could see how to disassemble

15   the subject connector.  And we disassembled and removed

16   the wire terminals from the plastic housings on the

17   subject one.

18       Q.   Both sides?

19       A.   Yes.  No, on -- we removed both sides on the

20   exemplar.  On the subject one, I believe the receptacle

21   sides are still inside the plastic housing.

22       Q.   That's what I thought.

23            MR. SPENCER:  My people are going to want to

24            look at the Clarke exemplar.  What's the best

25            way to deal with that?

Page 108

1          MR. LOWE:  Far as I'm concerned, you could

2     take it.

3          MR. SPENCER:  I don't want to do that

4     because of my schedule.  I don't want anything

5     to happen to it.  Can you ship it directly to

6     either Eddie Cooper or Charlie Rau?

7          THE WITNESS:  Yes.  And I would ask that

8     they be careful not to add any more damage to

9     the blades in their investigation.

10          MR. SPENCER:  Understood.

11          MR. LOWE:  But we photo-documented it --

12          THE WITNESS:  That's right.  We've got

13     documentation.

14          MR. LOWE:  -- so if they change it, we'll

15     know.

16          MR. SPENCER:  Let's go off the record.

17          MR. LOWE:  That ends the deposition.

18          MR. SPENCER:  Well, it adjourns the

19     deposition.

20          (The deposition was adjourned at 12:13 p.m.)

21

22

23

24

25

1                    CERTIFICATE OF OATH          Page 109

2

3    STATE OF FLORIDA    )

                              )

4    COUNTY OF ESCAMBIA )

5

6

7              I, Cynthia Layer, Certified Professional

8    Reporter and Notary Public, State of Florida, hereby

9    certify that WILLIAM CARDEN, personally appeared before

10   me on the 16th day of February 2018, and was duly

11   sworn.

12              Signed this 2nd day of March 2018.

13

14

15

16

17

18

19   CYNTHIA LAYER, CSR

     Notary Public, State of Florida

20

21

22

23

24

25

1                    CERTIFICATE OF REPORTER          Page 110

2

3    STATE OF FLORIDA    )

                        )

4    COUNTY OF ESCAMBIA )

5

6              I, Cynthia Layer, Certified Professional

7    Reporter, certify that I was authorized to and did

8    stenographically report the foregoing deposition; and

9    that the transcript is a true record of the testimony

10   given by the witness; that the witness did not waive

11   reading and signing.

12         I further certify that I am not a relative,

13   employee, attorney, or counsel of any of the parties,

14   nor am I a relative or employee of any of the parties'

15   attorneys or counsel connected with the action, nor am

16   I financially interested in this action.

17              Signed this 2nd day of March 2018.

18

19

20

21

22         _____

           CYNTHIA LAYER, CSR

23         Certified Shorthand Reporter

24

25

Page 111

```
 1                      ERRATA SHEET
                  VERITEXT LEGAL SOLUTIONS
 2                      800-567-8658
        ASSIGNMENT NO. CS2797503
 3      CASE NAME: Whitaker  v. Hyundai Motor Company
        DATE OF DEPOSITION: 2/16/2018
 4      WITNESS' NAME: WIliam Carden, PE
 5
        PAGE/LINE(S)/   CHANGE          REASON
 6      ____/_____/_____/_____
        ____/_____/_____/_____
 7      ____/_____/_____/_____
        ____/_____/_____/_____
 8      ____/_____/_____/_____
        ____/_____/_____/_____
 9      ____/_____/_____/_____
        ____/_____/_____/_____
10      ____/_____/_____/_____
        ____/_____/_____/_____
11      ____/_____/_____/_____
        ____/_____/_____/_____
12      ____/_____/_____/_____
        ____/_____/_____/_____
13      ____/_____/_____/_____
        ____/_____/_____/_____
14      ____/_____/_____/_____
        ____/_____/_____/_____
15      ____/_____/_____/_____
        ____/_____/_____/_____
16      ____/_____/_____/_____
        ____/_____/_____/_____
17      ____/_____/_____/_____
        ____/_____/_____/_____
18      ____/_____/_____/_____
        ____/_____/_____/_____
19      ____/_____/_____/_____
20      _____
                     WIliam Carden, PE
21      (Notary not required in California)
        SUBSCRIBED AND SWORN TO
22      BEFORE ME THIS_____DAY
        OF_____, 2018.
23
        _____
24          NOTARY PUBLIC
25      MY COMMISSION EXPIRES_____
```

Page 112

1                    Veritext Legal Solutions
               290 W. Mt. Pleasant Ave. - Suite 3200
2                   Livingston, New Jersey 07039
             Toll Free: 800-227-8440  Fax: 973-629-1287
3
     March 5, 2018
4
     WIliam Carden
5    3320 McLemore Dr,
     Pensacola, FL, 32514
6
     Case Name: Whitaker v. Hyundai Motor Company
7
     Veritext Reference Number: 2797503
8
     Witness:  WIliam Carden       Deposition Date:  2/16/2018
9
     Dear Sir/Madam:
10
     Enclosed you will find a transcript of your deposition.
11
     As the reading and signing have not been expressly
12
     waived, please review the transcript and note any
13
     changes or corrections on the jurat/errata sheet
14
     included, indicating the page, line number, change and
15
     reason for the change. Sign at the bottom of the sheet
16
     in the presence of a notary except in California where
17
     you are signing under penalty of perjury and forward
18
     the errata sheet back to us at the address shown above.
19
     If the jurat is not returned within thirty days of your receipt of
20
     this letter, the reading and signing will be deemed waived.
21
     Sincerely,
22
     Production Department
23
     Encl.
24   Cc:  JAMES LOWE, ESQUIRE
25        CHRISTOPHER SPENCER, ESQUIRE

**0**

**00**   73:9
**001**   73:9,12 74:8 76:11,22
**005**   76:25
**006**   76:25
**008**   76:25
**009**   76:25
**01**   3:20 90:3,5,10
**015**   76:25
**016**   76:25
**02**   80:4,7
**03**   80:4,4,7,7
**030**   77:1
**031**   77:1
**0380**   72:13
**04**   106:11
**05**   3:20 96:9
**07039**   112:2
**080**   96:9
**094**   43:8
**0986**   72:13

**1**

**1**   3:15 38:24 62:4 70:4 75:10 84:24 85:1,4 100:9
**1-1**   85:15
**1-160**   3:19,21
**1-168**   3:18
**1-2**   85:16
**1-3**   85:16
**1-7**   86:2
**10**   3:25 33:5 42:1 43:16 52:13,20 53:1 61:4 73:4 80:8,12,18 83:21 85:9 99:17
**102**   3:6
**106**   3:7

**109**   3:9
**10th**   31:22 32:1,6 72:16,17 99:5 104:20
**11**   4:4 33:5 42:1 43:16 52:20 72:15 73:5 84:19,25 85:12,24 86:16
**110**   3:10
**11th**   31:22 32:1,6 99:5 104:20
**12**   4:5 52:14,20 53:1 61:4 88:1,13 88:14
**12.26**   39:2
**12.35**   39:2
**120**   77:1
**121**   77:1
**12:13**   108:20
**13**   4:6 88:14,15,18 89:3
**14**   4:7 44:17 47:18 48:7 49:4,11 89:25 90:9,15
**14.75**   39:6
**14.86**   39:6
**15**   4:8 65:9 97:9 97:21
**16**   4:9 97:10
**160**   75:11 76:11,23
**1660**   2:6
**168**   73:23 74:2,8
**16th**   1:15 109:10
**186**   73:12,22,24

**2**

**2**   3:17 63:22 64:4 64:14 65:9 70:6 71:18 72:3 73:2,8 77:22 80:4,7 83:21 85:9

**2.4**   47:4 53:15 60:2
**2.79**   96:23
**2/16/2018**   111:3 112:8
**200**   2:11
**2007**   103:3
**2015**   103:15
**2017**   14:13 19:5,22 23:11 25:24 26:1 26:12 27:8 31:13 31:17
**2018**   1:15 23:9 25:22 31:22 109:10,12 110:17 111:22 112:3
**220**   1:16
**23230**   2:12
**23rd**   14:13
**25**   19:25 63:22 64:4
**26**   20:25 21:19 23:11 25:22 26:12 27:8 31:13,17
**26th**   19:23 20:14
**2797503**   112:7
**290**   112:1
**2nd**   2:6 109:12 110:17

**3**

**3**   3:18 63:22 64:4 64:24 73:8,11,19 74:10
**3.23**   39:14
**30**   93:19
**3200**   112:1
**32514**   112:5
**3320**   112:5
**38**   3:15
**380**   62:14 70:9,17 71:5,14 72:9,10

**380-986**   3:17
**386**   70:9,17
**3d**   89:9
**3ds**   89:7,8

**4**

**4**   3:19 28:25 75:4 75:9
**44113**   2:6
**45**   64:12,17,19,23 64:25 65:1,2

**5**

**5**   3:5,20 75:13 76:4 99:15 112:3
**50**   65:9 93:19
**55**   1:5

**6**

**6**   3:21 39:2 40:19 48:21 49:19 54:18 59:3,5 64:8 76:11 76:11,17 77:3,23
**610**   2:6
**62**   39:13
**6806**   2:11
**69**   3:16

**7**

**7**   3:22 39:10 40:12 47:1,23 52:16 53:25 55:23 59:16 77:19 79:8 100:8
**7.1**   85:17
**7.5.**   94:23
**70**   3:17
**73**   3:18
**75**   3:19,20
**76**   3:21
**77**   3:22
**79**   3:23,24
**7:17**   1:5

[8 - attribute]

**8**

**8** 3:23 39:12 79:9
**80** 3:25
**800-227-8440**
  112:2
**800-567-8658**
  111:2
**801** 1:16
**83** 4:3
**84** 4:4
**87** 4:5
**88** 4:6
**89** 4:7

**9**

**9** 3:24 39:16 40:19
  48:22 49:19 54:18
  64:20 72:14 73:6
  80:2,9
**97** 4:8,9
**973-629-1287**
  112:2
**986** 71:5,16
**9th** 71:13

**a**

**a.m.** 1:15
**able** 16:7 18:13
  30:24 49:7 94:19
  98:9 101:19
**accident** 14:23
  17:16,17 103:20
**accurate** 78:3,4
**acknowledge**
  45:14 46:4
**action** 110:15,16
**activities** 82:7
  83:4
**actuated** 11:11
**add** 82:13 83:9
  94:19 108:8

**added** 32:23 35:25
**addition** 75:23
  78:16 83:9
**additional** 32:3,23
  41:19 42:6 72:20
  78:11 81:23 82:19
  82:20 87:5 88:9
**address** 23:22
  24:2 112:18
**adjacent** 101:24
**adjourn** 102:16
**adjourned** 108:20
**adjourns** 108:18
**adjustments** 35:14
**aftermarket** 19:3
  19:25 20:3,6,12
  21:13,16 26:14,20
  27:2,3,6 101:5,7
**afternoon** 72:18
**ago** 29:6
**agree** 5:12 6:14
  16:25 18:18 44:25
  46:23 74:9
**agreed** 61:23 99:8
**agreement** 41:24
  61:22 62:6
**ahead** 46:20 105:7
**al** 1:7 97:2
**alert** 59:12
**allowed** 10:8
  11:14
**alpharetta** 19:13
  19:20
**alter** 91:17
**altered** 102:4
**aluminum** 97:2
**america** 20:20
**amount** 65:3
  96:18
**analyses** 59:22
  61:24 104:21

**analysis** 16:19
  18:19 27:8,14
  28:8,9,9 40:10
  42:4 44:2 45:17
  50:9,17 52:9
  78:21 81:20 87:7
  87:9,12,13 96:14
  103:17 104:24
**analyze** 31:7
**analyzed** 18:10
**angle** 35:6
**angles** 35:12
**angular** 35:14
**animation** 82:11
**answer** 7:19 8:1
  13:24 32:11 35:1
  45:25 46:10,13,17
  46:24 59:2 60:23
  67:2 82:9 87:17
  105:7
**answering** 47:8
**anticipate** 95:15
**anybody** 8:24
  10:15 22:20 26:19
  27:22 42:4 58:7
  81:14
**anyplace** 60:11
**anyway** 9:22 24:3
**apart** 25:7,10
  92:12,24 100:1
  105:10,11
**appearances** 2:1
**appeared** 109:9
**appears** 90:1
**appreciate** 28:5
  53:20
**approximate**
  33:16
**approximately**
  33:17 47:4 60:2

**area** 17:4 21:21
  34:15,21,23 65:20
**areas** 13:16 34:18
  40:15 47:3 56:19
  59:23 60:1
**argue** 14:19
**arm** 101:13
**arose** 15:18
**arranged** 38:22
**arrived** 8:10
**asked** 12:13 82:19
  95:18
**asking** 13:6,8 17:2
  50:2 66:24 81:12
  82:2 86:10 93:5
  106:23
**aspects** 18:12
**assembled** 67:19
  67:21,23
**assembly** 11:11
  24:8,11,16 67:25
  68:5,9 95:11,16
  103:5
**assessment** 54:10
**assign** 27:15
**assigning** 24:15
  26:23
**assignment** 111:2
**assigns** 27:14
**associated** 13:11
  51:6 86:21
**assume** 90:17
**assuming** 11:6
  36:10 64:6
**attached** 10:9
**attendees** 86:22
**attorney** 1:14
  110:13
**attorneys** 110:15
**attribute** 100:11

**august** 14:13
**authorized** 110:7
**automotive** 19:13
19:19,22 23:21
**available** 67:23
89:19
**ave** 112:1
**average** 40:23
**aware** 6:3 7:8,19
7:22,25 19:2

**b**

**b** 3:19 4:3 19:16
19:18 75:6,8 83:6
83:25 84:1,2,12,22
85:12 87:25 88:19
90:20 97:6
**back** 22:13 25:13
35:25 36:14 37:3
43:23 45:12,20
46:3 77:25 78:2
85:21 90:6 112:18
**backscatter** 34:11
**backscattered**
34:12
**bad** 27:14
**bar** 42:5
**barb** 101:12
**based** 25:18 101:8
101:9 103:17
**basically** 17:11,14
31:18 34:3 68:21
68:25 71:1 91:24
92:25 93:1 96:17
**basis** 103:21
**began** 7:10,11
35:17
**begins** 40:14 59:2
**believe** 6:8 8:8
11:1,22 12:10,15
12:16 19:13 20:18
23:19 26:22 27:5

32:21 40:5 51:8
54:13 63:23 65:11
70:15 78:9 88:10
90:3,5 92:5 94:14
95:14 107:20
**best** 107:24
**bet** 30:10
**better** 34:10
**beyond** 107:5
**big** 93:17 98:13
**bill** 53:20 57:1
82:17
**billing** 28:2
**bills** 28:1
**binder** 36:18 37:2
37:15,16 38:18
72:4,7,8,19 74:11
74:19 75:11,12,25
76:16,17 91:9
96:7
**bit** 28:6 55:20 73:2
**blade** 36:13 56:1
65:18 66:21 67:6
91:11 96:9 103:25
**blades** 39:24,25
40:15 41:8 45:17
47:4 53:5,20 55:7
55:7,8,24 57:3
59:23 60:2,5,7,9
60:20,24,25 61:9
61:11,19 65:8,15
65:18,19,21,25
66:5,12 67:19
68:11,20 108:9
**blame** 27:15,15
**blue** 39:6,13,14
65:22 96:9
**boards** 81:22
**book** 74:6 77:2,6
**bottom** 59:5 67:16
96:9 112:15

**box** 64:12 106:12
**boxed** 66:18
**braselton** 19:8,11
**break** 83:16 100:5
**bridge** 101:14
**briefly** 28:25
**bring** 22:22 83:24
84:3
**brought** 10:7
51:16 58:5,6
72:17 82:24
107:13
**buck** 19:17
**buckingham**
19:19,22
**buckner** 19:13,14
19:15
**bucks** 30:3
**buddy** 75:2
**burn** 43:4,12
**burned** 43:6
**butner** 19:16
**button** 101:2
**buttoned** 101:1

**c**

**c** 5:2 19:18 33:13
33:18 83:10 96:22
**cad** 87:8 91:3,4,9
91:14,16,19,22
**calibration** 42:6
**california** 111:21
112:16
**call** 65:16 66:4,5
67:13,17 69:1
70:22 75:20
**called** 5:3 11:16
37:3 39:9,12,16
40:3,10 47:20
69:4 75:14,24
76:10,24 77:9
78:17 79:12 84:13

84:14 87:8,9,12,25
88:13,18 90:3,10
91:9 96:6 106:11
**calling** 59:8 66:6
**calls** 26:15 104:12
**camera** 33:23,23
70:24
**cameras** 71:1,2
**capabilities** 34:2
**capable** 8:5
**capture** 95:9
**car** 5:13 7:3,4
18:13 68:6
**carbon** 96:22,23
**carden** 1:10,13 3:3
5:8,9 41:1 45:7,11
46:11 49:1,13
53:20 57:2 69:14
70:1,4,6 71:18
72:3 73:2,8,11
74:9,10 75:4,9,13
76:10,11,17 77:19
77:22 79:8,8 80:2
80:18 82:17 83:21
84:19 85:9,10,12
85:23 88:1,13,18
89:24 90:8,15,21
97:9,10 102:19
109:9 111:4,20
112:4,8
**carden's** 3:15
**care** 94:8,18
**careful** 108:8
**cares** 104:11
**case** 1:5 5:22
10:22 14:10,12,14
16:12 18:7 25:20
26:8 27:9 28:3
41:3 58:5 79:24
81:8,10 82:25
86:18,21,23,25

[case - confirm]

88:4 89:20 93:13
97:16 102:24
104:19 111:3
112:6
**cases** 15:25 43:19
**catalog** 51:9,10
**cause** 82:18
**caused** 17:17
**cavities** 63:10
**cc** 112:24
**certain** 23:5 34:19
34:20 65:3 96:18
**certainly** 14:20
20:5
**certainty** 103:2
105:2
**certificate** 3:9,10
109:1 110:1
**certified** 1:17
109:7 110:6,23
**certify** 109:9
110:7,12
**chamber** 35:1
**chance** 28:18,24
**change** 34:8 35:5
58:11 108:14
111:5 112:14,15
**changes** 112:13
**chapter** 28:25
**charged** 93:4
**charlie** 98:5 99:2
108:6
**check** 76:16
**chemical** 78:20
**chose** 42:15
**chris** 97:21
**christopher** 2:10
112:25
**chronology** 85:15
85:16 86:6,18

**cindy** 37:6,22
84:10
**circumstantial**
8:14
**ck** 96:18,19
**claims** 26:13
**clarence** 1:3
**clarify** 99:2
**clarke** 6:14 9:14
9:15 10:1,16
13:17 15:14,16
19:8 23:22 24:2
27:5 51:20 52:25
53:5,21 55:8 57:3
58:21,22 59:13
60:13,25 61:9,11
61:19 81:14 82:16
95:7 106:14,21
107:24
**clarke's** 10:17
19:10 24:4 71:15
89:16 90:16
**clean** 67:20,21
68:2,9
**clear** 65:17 70:11
72:11 91:8 106:10
**clearly** 53:19 61:1
**cleveland** 2:6
**clipped** 107:4,8
**close** 94:23
**closed** 92:4
**coating** 68:12
**coincides** 87:14
**collected** 81:24
83:1 99:8
**colloquy** 58:12
**column** 9:17,18
10:9,23 11:8 13:4
21:1 51:19 101:10
101:16,17 106:14
107:3

**columns** 9:6,12,13
9:15
**combative** 57:18
**come** 18:4 22:12
36:8 46:14 49:7
101:7 102:7
**comes** 66:20 67:6
70:18 76:18
**commencing** 1:14
**comment** 13:17
17:4
**commentary**
46:25
**comments** 69:21
**commission**
111:25
**companies** 18:8,21
**company** 1:7 2:5
51:9 111:3 112:6
**compare** 29:7
**comparing** 36:16
74:15
**comparison** 47:1
48:4 54:4 59:18
59:24
**comparisons**
52:10
**compatibility**
15:20
**compilation** 41:12
47:5 71:2
**compile** 17:15
**compiled** 44:4
57:14 87:23
**complaint** 14:15
14:18 16:18 18:19
**complete** 7:21
34:15,17 39:23
46:9,12,21 52:20
73:3 83:8 105:21

**completed** 81:20
82:1
**completely** 103:14
103:19
**complicated** 93:1
**components** 11:25
22:1 23:23 31:24
51:11 54:23 56:25
59:9 67:24 87:8
89:18,22 91:25
92:1,7,12 106:1
**computed** 54:9
**computer** 29:1
78:2 84:8 93:14
**conceal** 49:21
**concealed** 50:3
**concealing** 49:24
50:6
**concerned** 15:19
24:5 73:18 99:3
108:1
**concerning** 100:22
**concise** 28:15
55:18
**conclude** 102:17
104:4
**conclusion** 18:7,20
26:16
**conclusions** 17:22
18:4 85:17 87:14
87:15,17 104:15
104:17
**condition** 105:14
107:6
**conduct** 10:10
**conducted** 19:22
56:16 57:2,11
59:14 60:13 89:12
104:20
**confirm** 23:18
43:23 45:20 46:3

[confirm - cylinder]                                                              Page 5

71:8,9 73:18
74:18 78:2 104:16
**confirmed**  73:2
**connected**  9:23
10:2,3 21:5,7
24:23 65:21,22,25
66:1 92:18 103:4
103:18 106:16,18
106:19 110:15
**connection**  12:21
66:21 67:7 81:8
81:15 92:6,11
99:12 105:13,20
**connector**  10:9
11:7 13:4 21:6,8,9
21:22 22:2,3
25:13 32:2,10
33:10,11 43:22
44:21 47:4 51:6,7
51:20,22,24 52:3
52:10,11,22 54:5
55:23 56:4 59:5,7
59:19 60:2,6,10,21
61:2 63:6,9,14
64:2 65:16,19
87:9 91:16 92:17
95:4,7 96:8 99:14
101:10,13,15,16
101:17,22 103:3
103:12,24 104:4,9
105:3,10,12,15,17
106:2,11,13,15
107:3,5,6,11,15
**connectors**  12:2,5
23:20 24:8,18
32:4,19 33:5
36:13 47:2 51:14
52:25 53:5,7,7
54:2,3,7 56:21,22
56:24,25 59:9,13
59:17,25 60:4,18

62:20 63:1,1,1
64:9,10 67:20
68:1 92:3,22,23
99:23 100:1
103:24 104:10
107:2
**connects**  9:24
**consider**  25:18
30:15
**consideration**  16:3
**considerations**
25:3
**consisted**  59:7
**contact**  39:25
40:15 43:20 44:10
47:3 59:23 60:1
66:20,22 67:6,8
102:2,7 103:25,25
104:1,2
**contacts**  51:25
**contain**  90:2
**contained**  32:8
**containing**  80:1
**contains**  83:21
85:8,13 86:9
87:13 91:10 93:20
**context**  26:25
**continually**  17:24
**continued**  4:1
**continuing**  7:4
**control**  34:15,17
**cooper**  20:15,17
51:16 53:7 55:7
56:17,22 60:5,21
60:24 61:24 72:21
89:21 107:13
108:6
**cooper's**  70:12,16
71:23 72:12 75:22
76:5,19 77:11,24
89:11 95:4 99:10

**copied**  80:23 98:2
**copies**  38:3 86:23
**copy**  28:17,25
37:14,20 38:6,10
38:12,12,19 43:7
62:5 77:17 81:7
84:3,8,10 85:2
88:4,9 93:13,15,16
94:3,6 97:5 98:13
**copying**  37:6
**cord**  21:13,15,18
22:14,17,21
**correct**  5:16,20,25
6:7 7:2,5 9:2
14:21 16:11,15
17:13,19,23 18:4
18:10 20:1,7,8,16
21:2,10,11,14,19
21:22 22:9,18
24:24 31:8,15
33:16 34:1,6,11
35:4 39:2,5,7,10
39:14,17,18,20
40:4,16,20 45:1
52:16 54:18 55:24
56:1,4,5,7,17
64:20 65:19,22
66:1 68:24 69:3
69:23 70:10,21,25
71:19 72:15 73:6
78:17,18,21,23
80:5 84:16 85:19
85:24 90:4,11
91:13 92:4
**corrections**  112:13
**correctly**  6:8 11:1
33:8 63:21 78:6
**corresponding**
47:2 59:25
**counsel**  110:13,15

**count**  38:25 45:7
46:16,20
**counted**  45:19
**counting**  74:15
**county**  109:4
110:4
**couple**  98:20
**course**  7:1 18:22
64:6
**court**  1:1,16 83:19
**create**  52:25 63:5
63:9 77:9 99:13
99:25
**created**  69:24
91:10 92:10,12
100:13
**creates**  34:5
**cross**  3:6 102:21
**cs2797503**  1:24
111:2
**csr**  109:19 110:22
**ct**  4:8 37:11,12,16
37:18,19 52:1,10
52:21,24 61:1,3
82:10 83:11 87:11
90:23 91:6,10,13
91:23,24 92:3,5,6
92:10,11,13,17,17
92:21 93:7,9,14,21
95:8,10 97:6,9,17
97:22,23 98:1,3,11
98:16,18,19,25
99:10,11,19,20,21
99:22,23 104:6
**cte**  97:24
**current**  82:12
**currently**  82:9
**curriculum**  85:16
**cv**  1:5 85:5 86:6
**cylinder**  6:16,19
7:24 8:2,5,9,12,17

[cylinder - document]                                                                 Page 6

8:21 9:1 10:2 12:7
12:18 13:12 15:19
16:10 23:1,13
103:2 105:3 106:2
106:3,4
**cynthia**   1:17 109:7
109:19 110:6,22

**d**

**d**   5:2
**damage**   108:8
**damaged**   102:10
**data**   3:23 4:8
17:12,13,14,15
18:9 30:25 31:7,7
31:9 37:11,12,16
37:18,19 39:22
40:8,24 41:13,14
41:15 44:10 45:2
47:5,16 52:10,21
53:12,16,17 72:24
78:7,7,9,11,17
79:2,3,7,13,22,23
79:23 81:24 82:10
82:25 83:15 90:7
90:24 91:1,2,3,3,5
91:7,11,14,19 92:6
92:10,10,21 93:7,9
93:22 94:15 97:6
97:9,17,22,23,24
98:1,3,3,10,11,21
99:3,11,12,20,20
99:21,22 104:6
**date**   14:12 19:21
20:4,4 32:19 76:7
83:2 103:13
104:24 111:3
112:8
**dates**   71:20
**day**   1:15 10:12
19:11 31:16 45:14
51:2 72:18 109:10

109:12 110:17
111:22
**days**   50:10 61:20
112:19
**deal**   107:25
**dear**   112:9
**decide**   26:24 37:25
**deduce**   54:20
**deemed**   112:20
**defect**   23:20,23
24:1,7
**defective**   14:16
**defendants**   1:8,14
2:9
**defense**   104:19
**define**   29:19
**defined**   59:4
**defines**   34:21
**definitely**   22:9
**degree**   35:9
**delivery**   73:5
**demonstrate**   58:1
**demonstrations**
99:25
**demonstratives**
92:9
**deny**   104:16
**department**
112:22
**depending**   11:19
63:23 64:5
**depends**   30:22
35:9 42:17 43:4
64:12 66:13 67:14
**depo**   81:2
**deposed**   5:4
**deposition**   1:10,13
4:4 10:18 24:5
36:4 37:25 70:4
70:14 71:4 76:1
77:22,24 81:18

84:13,18,19 85:9
85:13,23,24 86:1
86:18 87:18,21,23
90:9 91:9 93:10
96:7 102:14,17
108:17,19,20
110:8 111:3 112:8
112:10
**depositions**   37:11
82:15
**describe**   69:20
103:21
**described**   95:17
**description**   28:15
29:5 66:10 92:16
97:20
**design**   15:19 23:19
23:21,23,25 24:7
**designate**   70:23
**detailed**   12:11
58:20
**determine**   14:23
34:23
**determined**   18:21
23:4
**device**   33:13
**devices**   33:25
59:15
**diagrams**   12:6,11
12:15
**difference**   54:25
55:3,4 64:9,20
**different**   11:17,18
79:17 88:21 91:11
**digital**   70:19,20,24
71:22 72:13 73:14
74:10 75:6 76:2
88:25
**dimension**   43:11
45:4 63:23 64:5
64:13,13,15,21,25

65:2,4 66:13
**dimensional**   40:10
44:2 50:9,17 87:7
91:2
**dimensions**   32:3,9
32:18,23 33:4
41:17 42:9,11
43:18 45:5 51:11
63:14 65:11,12
93:22 97:18
**direct**   3:5 5:5
**direction**   16:14,14
**directly**   108:5
**disassemble**
107:14
**disassembled**   16:9
24:18 58:22 59:13
60:13 92:8 107:15
**disassembling**
51:24
**disconnected**
10:13,25 24:14,24
25:2,7,9 26:3
103:12 106:22
**discuss**   26:19 59:4
**discussed**   20:4
26:22 52:16 87:10
88:24 107:1,1
**discussion**   27:1
62:17 93:23 94:25
96:4
**discussions**   27:5
27:18,21
**dispersive**   54:9
**distinction**   99:1
**distinguishing**
96:13
**district**   1:1,1
**division**   1:2
**document**   3:22
70:13 77:21 87:9

[documentation - especially]                                                Page 7

**documentation**
4:6 79:15 80:2,3
84:15,15 85:22
88:14,19 89:4,25
104:8,24 108:13
**documented**  22:14
40:16 59:24 82:23
83:5 89:11,21
108:11
**documenting**  6:23
100:23
**documents**  4:5
37:10 82:5 84:14
86:24 87:1,2,25
88:3,4,10 94:10
**doing**  14:22 30:13
43:11 98:19
**downloaded**  70:13
**dp**  3:17 62:14 70:7
70:9,16,18,22 71:4
71:16,22,24 72:13
72:13,20 73:3
88:25 89:12,14,23
**dps**  88:24
**dr**  112:5
**draw**  104:17
**drawing**  63:25
67:5
**drawings**  11:21,24
12:1 36:16 50:16
50:23 51:2,5,10,10
63:2,15,17 81:18
87:3
**drawn**  104:15
**drive**  3:16 4:3 5:13
5:16,17,20,25 6:5
6:9,20 7:17 15:9
18:15 36:22 37:7
37:9,21 38:5,9,20
38:23 62:7,8,11
69:10,14,16,18,19

70:6 71:7,17
74:19 75:10,14
77:20 79:7 80:3
80:21,22,24 82:23
83:6,6,10,14,20,23
84:1,12,21,22 85:7
85:11,12,13,20
87:25 88:19 90:19
91:5,6,7 93:9,11
94:1,13,14,16
95:13 97:6,7
106:5
**driver's**  21:14
**drives**  88:8,9 94:5
**dual**  77:8
**duly**  5:4 109:10
**duplicative**  88:2
**dv**  80:4 90:3,5,10
**dves**  90:16
**dvs**  90:1,9

**e**

**e**  3:20,20 5:2 19:16
19:18 27:24 33:13
33:13,18,18,18
88:25
**e01**  75:15,23
**e04**  75:24
**e05**  75:15,23
**earlier**  35:24 71:6
77:21 90:2,4 95:3
99:6,13
**earliest**  20:11
**early**  63:4
**easier**  36:22
**easily**  104:10
105:15
**easy**  90:22 101:20
**eddie**  60:21 70:12
108:6
**edit**  38:8

**edward**  1:3
**effect**  7:15 105:1
105:17
**effects**  23:5
**efforts**  18:1
**eight**  44:12,14
49:21 93:20 94:21
**either**  24:22 25:7
25:16,23 26:1
33:3 43:11 63:10
95:9 108:6
**eklund**  2:5
**elaborate**  12:11
**electrical**  12:21
51:8 66:21 105:20
**electron**  29:15,21
30:14,21,24 31:3
31:10 32:24 33:24
34:5,14,24 35:7,18
36:10 39:1,19
40:2 42:9,19,25
47:12 48:24 53:6
53:22 54:8,14
55:2 58:21 59:14
60:14 61:8 76:13
76:14,22 96:15
104:7
**electronic**  37:19
**electronically**  4:11
38:1
**electrons**  34:6,7,9
34:13,13
**element**  96:10,19
96:20
**elements**  96:14
**eleven**  44:14
**eliminate**  15:11,14
15:15
**eliminated**  15:16
**embedded**  42:12

**embossed**  62:25
**employee**  110:13
110:14
**encl**  112:23
**enclosed**  112:10
**enclosure**  39:2,10
39:12,16 99:17
**enclosures**  40:2,19
45:6,20 47:14
48:21 49:19 52:13
52:20 53:1 54:12
54:18 60:21 61:4
61:11
**encompass**  47:16
**ended**  35:17
**ends**  108:17
**engaged**  52:12
104:3 105:11,14
**engagement**  52:22
105:12
**engineer**  104:11
**engineering**  23:8
28:9 103:1 105:2
**english**  33:20
**enhanced**  75:24
**entertaining**  16:2
**entire**  66:23
**entities**  27:10
**entitled**  45:25 46:7
46:9,12,21,24
**enumerate**  55:12
**enumerated**  47:24
**equivalent**  72:3
**errata**  111:1
112:13,18
**es**  89:6,6,14,14,15
89:15
**escambia**  109:4
110:4
**especially**  43:19

esquire  2:4,10 112:24,25
essentially  66:18
established  77:22
et  1:7
event  7:1 103:15
everybody  38:13 79:21 90:13 99:8
evidence  6:3,15 7:8,14,20,25 8:8 8:13,14,20,25 9:3 15:3 16:6,16 25:15,19,22 27:16 86:19,20
ex  106:11
exact  38:19 49:8
exactly  11:2 21:25 22:21 42:20 43:9
examination  3:5,6 3:7 5:5 31:12,14 51:21,23 52:24 54:7 59:6 68:16 102:21 103:23 106:8
examinations  52:9 54:5,22 56:6,9,11 59:22 60:17
examine  29:20 55:14 61:25 62:1 104:16
examined  40:15 48:4 49:16 51:14 54:4,21 55:11,13 56:13,21 59:18,24
examining  16:6 54:25
example  62:13 99:18 101:4
examples  40:21 45:5,21 48:12,23 48:25

exchange  61:22,23
exclusively  89:18
excuse  11:10 73:9 79:8
exemplar  13:15 37:17 39:6,14 44:21 47:2 51:19 52:1,9,25 53:5,21 53:21 54:3,6 56:6 56:11,17,17,20 57:3 58:22,23 59:17,25 60:13,17 61:24,25 75:22 76:8,19 87:12,13 89:11,16,21 90:17 96:8 98:3 99:10 99:23 103:23 104:3,10 106:13 107:2,13,20,24
exemplars  10:7 48:4 49:16 54:21 55:11,13 56:9,12 58:6 62:1 82:4 86:20 89:1,19
exhibit  29:9 37:5 38:9,11,13,24 62:4 69:14 70:4,6 71:18 72:3 73:2,8 73:8,11,19 74:10 75:4,9,13 76:4,10 76:11,17 77:3,19 79:8,9 80:2,8,18 83:20,25 84:1,4,19 84:24,25 85:1,4,8 85:12,23 86:16 88:1,13,18 89:3,25 90:9,15 97:9,10,21 99:15 100:8
exhibits  3:13 4:1 4:11 37:24 77:22 83:21 85:9

exist  41:2
existed  48:1
expect  82:16
expensive  93:2
experimental  86:9 86:13,14 87:5
experiments  10:10 82:7
experts  82:14 94:12 104:19
expires  111:25
explain  69:12 75:15 76:12 88:20
explanation  22:25
express  24:6
expressed  103:22
expressly  112:11
extent  30:20 88:1
exterior  68:18
external  66:17
eyeballing  55:1

**f**

face  101:16
faced  82:4
fact  16:9 42:8 43:13,14 48:20 56:15 59:12 73:19
factory  24:23 27:11 68:6,6,8
failure  15:24 28:9 105:3
fair  14:6 20:9 33:22 55:5 57:17 58:13 66:8,10 72:4 92:14 100:3
fairness  41:1 49:13 58:9 74:13 83:9
falling  105:11
familiar  28:12

far  6:12 7:6,7 8:3 22:10 23:21,22 24:5 26:23 36:13 39:24 73:17 81:12 81:19,21,25 82:2 108:1
farther  92:24
fascia  10:22 21:1
fatal  103:16
fault  24:15,16,17
fax  112:2
fe  62:21 103:4
feature  100:11 101:13 105:9
features  41:8 53:4 101:24
february  1:15 109:10
federal  41:4
female  21:9 56:23 59:7,9 63:9,18 64:1,9 65:20 92:19 101:15
fifty  30:3
file  10:17,19 28:3 33:7 58:5 81:10 82:25 84:20 93:13
filed  16:19 18:19
files  79:16
final  18:6
financially  110:16
find  51:12 66:19 82:3,6 112:10
findings  16:17 55:14
fine  102:18
finish  47:8
fire  28:7,11,13
fires  28:10
firmly  25:8 26:2

**first**  5:3 17:1
  19:24 31:14,17
  51:24 61:15,16
  90:25 96:20
  102:16
**fit**  77:8 83:13
**fits**  17:16 52:3
**five**  44:12,13
  47:15
**fl**  112:5
**flash**  37:21 38:5,9
  38:20,23 88:8,9
  93:9,11
**flashing**  68:12
**flattened**  102:11
**flip**  36:6
**florida**  1:17,19
  109:3,8,19 110:3
**focus**  17:25
**fold**  69:1
**folded**  68:24
**folder**  3:23 70:6
  76:10,24 77:15
  78:17 79:12 80:1
  84:19 85:12,14,21
  85:22 87:2,3,8,12
  87:14,19,22,24
  88:13,18,20 89:12
  89:24 91:9,23
  96:6 97:10 99:6
**folders**  84:13
  85:15 88:21 89:3
  90:1 97:8
**folds**  69:2
**follow**  17:12 18:3
  31:1
**followed**  16:16
  33:8 35:17
**following**  17:21
  54:5 59:16 60:16

**follows**  5:4 89:1
**foregoing**  110:8
**form**  17:13,22
  66:21 67:6
**formed**  18:9 68:20
  68:22
**formulate**  18:6
**formulated**  100:19
  100:21 101:3
  102:24,25
**forth**  43:23
**forward**  21:24
  22:4,8,11 112:17
**found**  8:9 10:13,24
  17:5 24:13 50:18
  51:2 73:17
**four**  44:12,13
  47:15 79:16 84:13
**fourteen**  44:14
**fracture**  25:11,14
**frank**  82:3
**free**  94:21 112:2
**front**  100:10
**ftir**  78:7,20,21
  79:10,23
**ftp**  70:12 77:24
  98:9
**full**  40:12 46:8
  73:21 95:10 98:16
  98:19,25 99:10,20
**fully**  52:11 92:4,11
  92:17,22 103:4,9
  104:3,4 105:4,8,11
**further**  23:6
  110:12
**future**  30:4,15

**g**

**garden**  1:16
**gather**  17:14
**gathered**  18:10

**gearshift**  5:16,17
  5:19 6:4 11:11,12
  12:9,20 13:11
  18:15 23:2,14
  105:23 106:4
**gearshifter**  6:9
**gec**  1:5
**general**  33:8
**generally**  28:8
  29:4,8 30:18
  89:17 103:21
**generate**  25:11,14
  34:7 81:22,23
  82:11 91:14,20
  92:9
**generated**  41:12
  45:3 52:21 76:7
  78:14 79:3,25
  83:1 87:10 99:19
  99:20
**generation**  62:20
**gentleman**  20:18
  20:20
**geometry**  35:10
  52:1
**georgia**  10:12 19:7
  19:20
**getting**  7:18 13:16
  18:12,17 34:9
  43:9
**gigabytes**  93:19,19
  93:20
**gigs**  94:21
**give**  36:23 41:17
  46:7,21 58:1,7,9
  58:25 79:21,23
  84:23 85:10
**given**  25:21 74:21
  110:10
**giving**  76:20 83:19

**glad**  78:12
**glassine**  106:12
**go**  17:25 18:24
  28:25 30:3 34:19
  34:20 36:14 45:12
  45:20 46:3,20
  58:19 62:15 77:25
  78:2 85:21 90:24
  90:25 100:4
  101:14 105:7
  108:16
**goes**  13:3,4 22:12
  81:22 97:17
**going**  23:25 24:6
  26:20 29:9,19
  33:22 37:12 38:1
  38:2,8,16,24 41:1
  41:3,25 42:1
  43:10,23 45:13
  58:10 62:14 69:9
  69:15 72:23 74:14
  74:23 79:6,8
  80:12,18 82:3
  83:10 84:12,18,22
  92:2 94:23 95:19
  97:4 107:23
**gold**  13:8
**good**  23:12 27:14
  28:15 80:25
**gotcha**  90:8
**gouge**  100:9,17
**gouged**  101:5
**grab**  36:18
**great**  9:5 20:25
  32:22 33:18 38:7
  74:13
**green**  66:1,3
**guess**  43:15 80:21
**guy**  79:1 92:20
  101:4

| h | i | | |
|---|---|---|---|
| **half** 9:22 | **idea** 38:4 | **include** 50:3,13 | **inspect** 31:16 |
| **hand** 15:21,21 | **identified** 41:9 | **included** 32:25 | **inspected** 31:20 |
| 30:15 63:17 | 73:25 99:6 100:12 | 50:17 53:17 88:12 | **inspection** 10:12 |
| **handling** 100:14 | 104:9 | 89:22 94:12 | 10:22 19:4,5,21 |
| **hanging** 21:10 | **identify** 12:7 | 112:14 | 23:4,6,7 31:15,21 |
| **happen** 108:5 | 91:25 | **includes** 85:5 | 32:1,2,6 41:22,23 |
| **happened** 6:25 | **ignition** 5:18 6:16 | 93:21 | 43:14 44:22 54:9 |
| 30:13 | 6:19 7:10,17,24 | **including** 62:9 | 61:20,24 71:12,20 |
| **hard** 85:1 | 8:2,5,9,12,15,17 | 87:6 | 71:21,25 72:1,6,16 |
| **harness** 9:20,21,25 | 8:21 9:1 10:2 12:7 | **inclusive** 73:5 | 72:23,24 75:22 |
| 10:13,21,24 16:14 | 12:18,23 13:12 | **index** 3:1 | 76:7,8 78:15 79:3 |
| 21:5 23:20 24:14 | 15:9,19 16:10 | **indicate** 52:11 | 79:4,25 80:17 |
| 32:17 65:20 68:2 | 18:14 22:25 23:12 | **indicated** 7:6 | 86:15,22,23 89:10 |
| **harvest** 9:12,13,15 | 54:1,3,6 56:20 | **indicates** 75:7 | 89:10,13,20 90:6,7 |
| **harvesting** 9:6 | 59:6,17 60:17 | **indicating** 112:14 | 90:7,13,14 91:2 |
| **heard** 30:2,5,7 | 103:2 105:3,22 | **indication** 5:14 | 98:4 107:12 |
| **height** 22:10 | 106:2,3,4,4 | 59:11 | **inspections** 16:17 |
| **held** 22:17 31:21 | **image** 34:5,7,16 | **individual** 41:18 | 31:23 73:4 89:17 |
| 62:17 93:23 94:25 | 39:4 42:4,5,6,22 | 45:4 67:24 74:14 | **install** 27:6 |
| 96:4 | 43:5,10,13 74:14 | 77:6 78:5,8 92:7 | **installed** 19:3 |
| **hide** 58:4 | 75:17,21 78:5 | 92:18 98:18 | **instance** 82:10 |
| **higher** 33:25 34:1 | 87:10 91:14 92:21 | **inescapable** 18:20 | **instrument** 22:13 |
| **hold** 79:6 | 95:9 | **information** 6:2 | 100:12 101:19 |
| **holding** 37:15 | **images** 32:4,20,24 | 14:4 17:5,15,25 | **instruments** 89:2 |
| **hours** 98:20 | 36:11,15 39:21 | 31:9,25 36:4 | **interested** 67:3 |
| **housing** 59:8,8 | 41:25 42:3,4,10,12 | 41:10,11 43:6,12 | 110:16 |
| 63:21 65:20 92:7 | 43:12,20 74:10 | 44:7 47:23 49:9 | **interject** 82:13 |
| 99:24 101:25 | 75:21 76:2,21,22 | 54:21 57:5,14 | **internal** 66:17 |
| 107:21 | 77:6,7,8,8 78:11 | 58:8 79:22,25 | **interpret** 30:25 |
| **housings** 92:19 | 79:5,17 81:23 | 81:9,22 83:13 | **interrupt** 74:17 |
| 107:16 | 82:11 87:11 88:23 | 87:4,6,7,13,16 | **interrupting** 46:18 |
| **huffy** 19:9 | 89:9 91:10,16,17 | 98:21 | **investigate** 25:3 |
| **hypothesis** 17:13 | 91:22 92:12,14,23 | **initial** 14:14,21 | 31:6 |
| 23:12 | 95:2,2,6 99:5,13 | **initiation** 14:12 | **investigated** 13:25 |
| **hypothetically** | 104:14 | **injuries** 103:16 | **investigating** 5:22 |
| 64:21 | **implied** 57:5,6 | **inserted** 66:5,12 | 14:25 15:2 |
| **hyundai** 1:7 18:8 | **important** 25:2 | 104:5 | **investigation** 6:2 |
| 18:21 20:20 27:10 | 95:23 | **insertion** 91:12 | 14:22 15:7 17:17 |
| 103:3 111:3 112:6 | **inches** 47:4 | **inside** 35:1 69:15 | 18:1,25 28:13,16 |
| | | 107:21 | 62:2 108:9 |

**investigations**
28:7 81:8,10,13
82:7,22 83:3
**investigator**  28:11
**investigators**  6:22
8:10
**invited**  95:24
**issue**  10:21 23:22
24:11 96:1,2
**issues**  95:22
**itemize**  45:4
**itemized**  59:21

**j**

**james**  2:4 75:1
95:20 97:19
112:24
**january**  23:9
31:22 33:5 42:1
43:16 71:13 72:1
72:14 73:4,6
104:20
**jersey**  112:2
**job**  1:24
**judge**  58:10
**jurat**  112:13,19

**k**

**k**  19:18 33:13,18
**keep**  10:8 46:18
74:24
**keeps**  105:10
**kencey**  33:13
**ket**  12:4 36:16
50:22,25 51:7,13
62:23,25 63:4,8
67:23 68:3 81:18
87:4
**key**  5:18 6:16,19
7:9,16,24 8:1,4
12:24 15:8,10
16:7 18:14 23:1

23:13 105:21
106:4
**keyence**  33:14,15
33:18,24 36:15
73:14 89:9
**keys**  8:15 15:21
16:11
**kind**  7:14,25 13:19
16:18 27:22 83:4
83:24 85:10
**kmdp**  3:18 73:9,11
73:13,17 74:7,8,8
79:18 89:14
**kmdps**  89:2
**knew**  57:6,12
97:19
**know**  5:9,24 6:1,9
6:12,19 7:6,13 8:4
8:12,23 9:3 11:4
14:2,5 17:9 18:12
18:13,25 20:2
26:17 29:25 30:7
33:1 45:15,15
48:3,7,11,14 49:11
50:24,25 55:8
61:21 62:11,22
63:7 67:22,22
68:8 76:21 77:14
77:25 81:12,16
82:1 93:18 98:7,8
100:16,16,25
101:1 106:21
108:15
**known**  47:25 49:3
58:20
**knows**  38:13
**korean**  51:8 63:20

**l**

**l**  5:2,2
**lab**  3:23 33:2

**labels**  38:23
**laboratory**  23:7
31:21 54:5 60:16
72:25 78:17 79:7
79:13 104:21
**lady**  30:3,13
**lamp**  14:15 15:11
**large**  1:18 37:21
64:25
**larger**  65:11 102:2
102:10
**laterally**  66:14
**lawyer**  26:16
**layer**  1:17 109:7
109:19 110:6,22
**laying**  22:1
**layman's**  42:14
**layouts**  78:23
79:11,24 96:7
**leads**  104:3
**leave**  5:16
**left**  5:12,20 6:4
11:14 95:12
**legal**  18:12 26:15
111:1 112:1
**legally**  26:23
**length**  63:23 65:13
**lens**  33:10,11,23
33:23 70:25
**letter**  96:20,21
112:20
**levels**  34:1
**lever**  11:11,12
12:9,20,22 13:11
23:2,14
**liable**  18:22
**life**  90:22
**likewise**  42:2
**limitations**  26:13
34:18 35:12

**limited**  35:9,14
**line**  68:1,9 96:10
96:19,21 111:5
112:14
**list**  37:23,23 39:23
59:21 86:22,24
**listed**  87:15
**listing**  86:24
**literature**  86:24
87:2
**little**  22:8 28:6
29:5 55:20 73:2
92:25 106:11
**livingston**  112:2
**llp**  2:11
**loaded**  71:15
**loading**  19:11
**locating**  43:20
**location**  14:8
21:25 43:24 101:9
**locations**  47:2
60:1
**locators**  3:24 78:7
79:4,15 80:2,10
**lock**  8:9,13,17,21
9:2 12:8,19,23
13:13 23:1,3,13
54:1,3,6 56:20
59:6,17 60:17
100:10 105:13
**locked**  52:12
101:21 105:9
**locking**  11:15
101:13 105:9
**log**  85:6
**long**  16:19 64:19
94:4
**longer**  21:5,7 43:5
105:21
**look**  13:15,21 14:4
14:6,8 16:4 17:12

**[look - measurements]** Page 12

22:20,23 28:5,21
29:4,18 30:14
33:3 34:8,11,12,21
35:7,11 36:19
38:25 40:1 45:12
58:6 63:17 78:5
80:21,22,24 83:24
84:12 90:21,23
92:5 98:15 102:15
104:11 107:24
**looked** 10:17
11:21,22,24 12:1,4
12:6,14 32:2 48:8
51:9 77:13,21
81:18
**looking** 15:2,7
19:12 34:18 39:23
40:9 41:16 44:10
53:17 54:12 56:19
56:24 59:3 71:11
89:18 96:6
**looks** 29:8 30:4
88:11 93:19
**loose** 21:10
**lot** 93:2
**lowe** 2:4,5 3:6 6:17
9:8 13:14,20
16:21 17:3 18:11
24:9,19,25 25:24
26:4,15 27:12
29:16,24 30:6,11
30:17 36:21 38:4
38:15 41:5 44:19
45:18,25 46:7,12
46:17,21,25 48:2,9
48:16 49:6,14,23
50:5,22 53:24
54:16,19 55:10,17
57:8,13,20,23
58:12,14,16 65:1
67:1 68:7 69:18

69:22,24 73:24
74:2,17,24 77:3
79:10 80:7,10
81:1 82:13 83:16
83:25 84:3,6,10,24
85:3,5 88:15
91:18 93:4,16
95:21 96:3 97:12
97:20,23 98:13
99:15 102:18,22
104:18 105:16,25
106:7 108:1,11,14
108:17 112:24
**lower** 64:16
**lpa** 2:5
**lucite** 106:12

**m**

**m** 5:2
**m1390** 106:11
**machine** 95:9
98:18
**machines** 75:20
**macro** 33:10,11,23
70:25
**madam** 112:9
**magnification**
34:1,19,20,21 35:3
35:5
**mail** 27:24
**maintain** 27:9
**major** 33:21
**making** 43:16 55:1
99:1
**male** 21:8 56:23
59:7,8 63:5,14,18
63:19 64:10 65:18
92:18
**mall** 30:3
**managed** 97:5
**manipulate** 34:25
35:3,6

**manipulated**
92:22 106:24
**manual** 11:20,21
11:23 87:3 94:17
**manufacture**
68:15 103:5,10,13
103:14 105:5
106:20
**manufactured**
52:13 64:7,16,18
104:5
**manufacturer**
12:5 62:24
**manufacturers**
62:19
**manufacturing**
68:17 100:14
**march** 109:12
110:17 112:3
**mark** 29:9,11
43:20 44:10 69:13
70:6 83:6,10
87:25 93:25 94:2
101:20 102:3
**marked** 4:11
62:14 70:7 72:12
75:10 76:25 80:4
83:20 85:8,11
86:2 90:15,19
94:7 97:10
**marking** 97:8
**markings** 50:19
104:8
**marks** 39:25 47:3
100:13 101:12
103:25 104:1,2
**match** 51:10 63:1
72:3 74:10 75:24
77:1
**matches** 71:18
72:10 76:17

**mate** 65:25
**mated** 21:9 22:3
25:8 26:2 92:11
92:22
**material** 85:19
90:23 102:15
**materials** 28:9
**matter** 64:10 81:1
81:15 99:12
**max** 64:12,25
65:10
**mclemore** 112:5
**mcswain** 23:8
**mdp** 3:19 79:18
89:15
**mdpb** 75:5,10
**mdps** 89:2
**mean** 11:3,4,6
16:18 29:19,20
31:4 63:10 73:13
76:12 81:9 101:11
106:1
**means** 12:18 56:1
100:25 101:14
**meant** 70:23 88:14
**measured** 40:16
41:17 45:24 59:24
**measurement**
41:18 44:10 61:8
**measurements**
32:7,13,16,17 33:1
35:18 36:1,7,12,15
39:1,3,6,9,12,16
39:24 40:3,19,22
41:8,19 42:7,15,17
42:18,24 43:16
44:11,15,20,25
45:8,16 46:6
47:11,18 48:3,8,12
48:21,23 49:4,8,12
49:18,20,22 53:4

[measurements - objection]                                        Page 13

53:22 54:13 55:2
55:6 56:16 57:2
58:21 59:14 60:3
60:14 61:19 82:4
82:7 83:3
**measuring** 42:11
43:23 51:24,25
**mechanism** 9:16
11:16 13:2,3
15:24
**medal** 13:8
**meet** 69:3
**memory** 22:4
**mention** 97:15
**mentioned** 41:20
45:1,3 47:21 52:6
53:9 78:13 107:2
**mentioning** 102:1
**messing** 102:6
**metal** 66:19,21
68:21,23
**metallurgical** 28:8
**metals** 15:20,21
16:10,11
**method** 17:9,19,22
18:3,18,22 23:17
28:15 29:4 31:2,5
31:6
**methodology**
28:12 29:1 77:20
**methods** 55:13
**microphone** 21:15
21:16,18
**microscope** 29:15
29:21 30:14,21,24
31:3,10 32:24
33:24,25 34:5,14
34:24 35:8,13
36:10,15 39:1,20
42:9,19,25 48:24
53:6,22 55:2

58:21 59:14 60:14
61:8 73:14 75:6
76:13,15,15,22
89:9 96:16 104:7
**microscopic** 56:16
57:2 79:16
**microscopy** 35:18
40:3 47:13 54:8,8
54:14
**mid** 63:5,8
**mikaela** 13:7
**millimeter** 47:21
65:10
**millimeters** 39:2,7
39:13,14 45:9
47:12 53:15 60:2
63:24,25 64:8,17
64:19,20,23 65:2,5
65:14
**mind** 10:21 27:7
36:8 58:11
**minus** 63:22,22,22
64:3,4,4,24 65:6
**minute** 36:24
69:12 83:16
**misspoken** 71:5
**model** 14:7 52:2
**models** 52:21,25
**mold** 63:10
**molding** 101:24
102:4,7,11,11
**molds** 63:4,8,10
**moment** 14:5
**motor** 1:7 111:3
112:6
**mounted** 11:10
**movable** 91:25
**move** 7:5
**moved** 11:12,13
91:19 92:23 100:1

**movement** 91:17
**moving** 91:16
92:12,13
**mt** 112:1
**multiple** 66:16
71:1,2 75:19
**myvgl3.1-3d** 97:11
97:14

**n**

**n** 5:2 19:16,18
33:13,18
**nah** 81:4
**name** 5:7 19:14
20:18 51:8 70:20
111:3,4 112:6
**names** 11:18 38:9
**nature** 49:20 82:8
**necessarily** 15:1,4
15:23 31:4 83:13
100:20,23,25
**necessary** 22:24
**need** 11:2 58:18
**needed** 82:10 99:9
**neither** 7:4
**never** 16:9 20:17
30:2 47:19 103:9
104:4
**new** 36:19 44:1,3
47:19 90:16,20
94:9 97:8 112:2
**nfpa** 3:22 28:12,25
77:20
**nice** 55:8
**nine** 44:12,14
**nonsense** 57:23
**normal** 33:10
**normally** 79:20
**notary** 1:18 109:8
109:19 111:21,24
112:16

**notation** 89:1
**note** 58:24 112:12
**notebook** 4:4 28:2
36:4 37:8 38:21
61:12 71:12,14,19
72:10 76:1,23
84:14,18,19 85:14
85:24 87:21 88:2
88:5,10 93:10
94:11
**noted** 70:5
**notes** 87:6
**notice** 60:12 86:19
**noticed** 21:12
**number** 35:20
44:18 45:8 48:5
49:8,15 63:11
70:9 72:2,10
73:21 74:2 101:12
101:15 112:7,14
**numbered** 29:10
73:12 76:22 85:15
**numbering** 29:11
**numbers** 38:10,11
38:13 40:24 51:3
53:14 64:22 69:15
71:5 76:20 80:6
89:23 97:12 98:24
**numerical** 47:21

**o**

**o** 96:25
**oath** 3:9 109:1
**object** 34:23,25
35:7,10 102:3,10
105:6
**objection** 6:17 9:8
13:14,20 16:21
17:3 18:11 24:9
24:19,25 26:4,15
27:12 29:16,24
30:6,11,17 41:5

[objection - photos]                                                           Page 14

44:19 45:18 46:7
46:17,25 48:2,9,16
49:6,14,23 50:5
53:24 54:16,19
55:10,17 57:8,13
57:20 58:12 67:1
68:7 91:18 104:12
105:19
**objections** 81:3
**observe** 31:11
**observed** 23:5
100:10
**obtain** 31:9
**obtained** 32:1
86:14 104:15
**obtaining** 107:2
**obviously** 82:14
**occasion** 43:17
**occasionally** 28:10
**occurred** 14:23
**october** 19:4,5,22
19:23,25 20:14,25
21:19 23:11 25:22
26:12 27:8 31:13
31:17 90:6,12
103:15
**officer** 5:23
**oh** 98:15 107:9
**ohio** 2:6
**okay** 7:21 10:20
20:22 32:22 33:18
35:3 38:3 61:7
69:21 71:11,17
74:13 77:19,21
84:19 85:3 86:12
88:6 102:20
**once** 8:10 24:13
34:25 43:4 80:23
**one's** 30:15
**ones** 12:12,16 38:1
38:2 47:15 89:6

95:3
**open** 93:21 97:17
**opened** 88:20
**operation** 10:11
**operational** 54:10
**operator** 30:23
**opinion** 24:6
100:18,19,21
101:3 103:1,6,8,9
103:11 105:1
**opinions** 18:6
102:24 103:22
**opportunity** 58:1
58:10 102:14
**opposed** 49:12
**opposite** 67:9
**order** 33:16 38:22
**orientation** 67:15
101:9,15
**original** 14:10
**originally** 73:24
**otts** 63:5,8
**outside** 68:13
**overall** 33:9 35:17
**owner's** 87:3
94:17
**oxygen** 96:25

**p**

**p.m.** 108:20
**package** 90:7
98:10
**pads** 66:22 67:8
**page** 3:3 40:12
47:1,23 52:16
53:25 55:23 56:20
59:3,5,16,16 96:8
100:8 111:5
112:14
**pair** 77:9
**pairs** 3:21 76:24
77:2,15,18

**palm** 29:12,14,18
29:20,22 30:4,14
**panel** 22:13
**paragon** 2:11
**paragraph** 40:12
40:14,18 52:15,17
52:18,19,20 53:25
55:21,23 59:5
60:15 100:9
**park** 8:6 11:12,13
12:9,20,22 23:3,14
105:22,23
**parking** 10:3,11
10:12,20,23 11:3,4
11:9
**parlance** 70:18
73:13 75:5,16
76:12
**parse** 55:20
**part** 9:21,23,25
10:1,2 13:25 28:3
28:10 31:6 52:17
59:9 63:20 66:20
75:9 77:3 85:25
86:5 89:12 90:6
98:10
**parted** 21:22
**partial** 105:12
**particular** 43:17
51:6 64:21 94:1
**particularly** 34:4
**parties** 110:13,14
**parting** 99:14
**parts** 32:9,16 64:7
**pausing** 56:18
**pawl** 11:16,17
95:12,16
**pay** 30:3
**pe** 111:4,20
**penalty** 112:17

**pensacola** 1:17
29:23 30:8 31:22
112:5
**people** 18:23
26:20 107:23
**percent** 96:23
**perfect** 31:19
**perfectly** 82:3
**performed** 16:10
54:6,22 59:22
60:17 81:14 82:23
83:4
**period** 105:13
**perjury** 112:17
**person** 59:12
60:12 78:19
**personally** 109:9
**ph** 63:5
**photo** 4:6 71:11,14
74:6 75:11 77:18
79:15 80:1 84:14
85:21 88:13,18
89:4 108:11
**photograph** 61:10
71:18 72:4 73:15
74:11 75:6 78:10
**photographic**
104:8,23
**photographs**
22:16,20 60:20
62:5,13 69:11
70:8,9,19,20,24
71:4,22 72:2,3,11
72:13,14,20,22
73:3,9,12,18 74:11
74:18 75:5,10
76:18 78:8 85:21
88:12 89:11
**photography** 54:7
**photos** 3:17,18,19
3:21 33:9,11,11,12

[photos - question]                                                      Page 15

33:12,23,23 35:17
35:21,24,25 37:9
62:8,12 71:11,12
71:21 72:5,24
74:7 76:2 77:14
88:25,25 94:11
**physical**  38:2
  51:14
**physically**  74:25
  85:25 91:15
**picture**  7:21
**pictures**  39:20
  61:22,23 70:16
**piece**  68:23
**pillar**  21:14,17
  22:13
**place**  2:11 19:10
  22:18 58:19 94:15
  107:6
**plainly**  57:18
**plaintiff**  1:4 2:3
**plane**  45:13
**plans**  82:12
**plant**  24:8 25:8
  26:2 68:5
**plastic**  21:8,9 32:9
  32:19 33:5 59:8
  63:5,9,14 64:2
  92:19 99:24
  107:16,21
**plated**  68:18,19
**play**  97:4
**pleasant**  112:1
**please**  5:7 71:10
  88:22 97:13,21
  112:12
**plural**  55:24 56:7
  56:10 59:17,25
  60:4,8,18
**plus**  63:21,22,22
  64:3,4,4,24 65:5

90:2
**point**  15:18 20:11
  22:24 58:19 59:11
  67:23 68:11,14
  101:2
**police**  86:8
**polish**  68:19
**polished**  68:11,14
**portion**  67:25
**position**  8:6,9,13
  8:18 9:2 10:3,11
  10:13,20,24 11:3,4
  11:9,13 12:9,19,23
  13:13 22:14 23:2
  23:14 41:4 52:12
  87:9 92:4 103:13
  104:3 105:22,24
**positioned**  66:15
**positions**  16:8
  91:11,20 105:22
  105:23
**possibilities**  15:8
  24:15,22 25:12,21
  26:6,9 100:22
**possibility**  18:23
  24:20 26:19 101:4
**possible**  16:1
**potato**  69:6,6
**preconceived**  15:6
**prefer**  94:2
**preparation**  81:17
  87:23
**prepare**  50:8
**prepared**  82:17
  95:21
**presence**  27:19
  112:16
**present**  17:5 20:16
  27:4 96:15 100:17
  104:20

**presented**  25:19
  25:21 41:11 48:5
  81:24 89:21
**pressing**  101:21
**presume**  93:12
  106:19
**pretty**  23:11 41:4
**prevent**  13:12
**prevented**  12:8,19
**previous**  31:16
  71:21
**primary**  26:9
**printed**  77:5
**prior**  20:4 50:10
  52:5 72:6,22
  101:12 103:15,19
**probably**  16:24
  19:4 20:14 25:14
  43:25 71:2 81:21
  93:2 95:23 107:1
**problem**  24:7
  27:11 84:9
**procedure**  86:9
**process**  17:23 18:2
  18:18,25 30:2
  33:8 35:16 36:8
  43:25 68:17
**produced**  16:17
  78:1 95:25
**product**  68:19
**production**  112:22
**professional**  109:7
  110:6
**properly**  24:23
  103:4 105:4
**protocols**  86:9
**protrusions**  67:8
**provide**  41:25
  42:3 44:5 72:24
  79:1,21

**provided**  6:2 44:7
  47:19,23 49:9
  50:11 51:19 57:5
  61:11 62:6,13
  70:8,8 71:3,23
  78:7,9,14,16 85:25
  86:6,10,16,22
  87:20,22 88:24
  89:4,8,23 90:3,10
  95:3 98:4,6,10,16
  102:15 104:14,23
  106:14
**public**  1:18 109:8
  109:19 111:24
**pull**  8:1 107:11
**pulled**  7:9 25:10
  25:13 105:10
  107:10
**purpose**  57:25
**purposely**  55:16
**purposes**  41:3
**pursuant**  62:6
**push**  11:14
**put**  5:25 26:13,20
  26:22 27:1,4 28:2
  28:3 34:24 38:9
  42:14,22 52:2
  53:20 60:12 67:15
  68:1 69:10 72:6
  79:7 80:23 91:14
  99:23
**puts**  68:3
**putting**  101:4,7

**q**

**qualified**  7:18
**qualify**  31:4
**quantify**  96:14
**quantifying**  96:21
**question**  5:10 7:24
  8:1 13:10,24 17:1
  28:23 32:11 34:10

35:2 46:1,8,18
47:7,9,10 59:1
60:23 65:21 70:18
74:4 87:19 102:18
105:6
**questions**  17:2
69:20 81:6 87:17
93:5 95:18 102:12
**quick**  28:21 36:24
91:4 100:5

**r**

**r**  5:2 19:16,18
**radio**  19:3,25 20:5
20:12 21:13,16
22:12 26:14,21
27:2,3,6 101:5,7
**radiograph**  75:20
95:2,6 107:14
**radiographic**  54:9
75:17
**radiographs**  76:4
96:13 98:17,19
99:4,8
**radiography**
51:25
**raised**  101:25
**ran**  18:22 21:13,21
**range**  65:4
**rau**  62:3 108:6
**raw**  79:23
**ray**  54:8,9 75:18
75:19 78:7,23
79:10 96:7,9,13
**rays**  96:14
**read**  11:20 27:21
29:3 49:4 63:20
**readers**  29:22
**reading**  14:18
29:12,14,20 48:1
49:12 110:11
112:11,20

**ready**  81:17
**real**  36:24 91:4
**realize**  9:5 20:9
**realized**  19:24
20:2,6
**realizing**  20:12
**really**  18:17 25:20
31:16 58:14,15,16
62:10 82:2 97:15
102:23
**reason**  5:21 22:25
107:13 111:5
112:15
**reasonable**  59:12
60:12 103:1 105:2
**reasonably**  54:13
**recall**  15:13,23
20:12 27:25 35:19
35:20 48:17
**receipt**  71:13
112:19
**received**  4:5 37:10
84:14 87:1,25
88:3,5,10 94:11
103:16
**receiver**  66:20,23
**receivers**  66:5,8
107:9,11
**receptacle**  66:7,23
67:9 107:20
**receptacles**  66:6,8
66:11 104:1
**recess**  83:18 100:6
**recognize**  29:3
**reconnected**
106:22
**record**  33:4 35:19
42:16,25 43:17
46:4 62:15,17
78:1 91:8 93:23
94:25 96:3,4

100:4 108:16
110:9
**recorded**  33:3
42:15,22 45:16
**recording**  42:10
43:25 58:25
**records**  86:20
**red**  65:22
**redirect**  3:7 106:8
**refer**  42:23 55:22
61:3 100:8
**reference**  28:14
53:15 67:18 112:7
**referred**  66:9 90:2
**referring**  50:22
52:15 61:4 65:15
97:8
**refers**  40:18 48:20
**regard**  73:20
**regular**  33:22
70:25
**relate**  40:2
**relates**  28:16
**relative**  92:14
110:12,14
**releasing**  101:22
**remainder**  27:8
**remember**  14:18
19:8 20:3,18
24:10 28:23 29:8
43:18 78:6 106:23
**remove**  12:23
23:13 101:21
105:21 106:3,3
**removed**  6:15 7:23
8:5 10:1,23 15:8
16:7 18:14 21:1
23:2 107:4,7,15,19
**rename**  84:18
**renaming**  84:20

**repeat**  73:21 97:12
**rephrase**  5:10
**report**  3:15 11:16
18:5 27:13 32:8
32:10,18,25 33:3
36:2,3 37:1,2,4
38:18,19,24,25
39:20,21 40:1,7,9
40:11 41:2,7,11,12
41:14,16,18,20
42:19,23 44:4,5,8
45:1,3,7,11,16
46:6,14 47:1,12,14
47:17,20,24 48:1,5
48:8,18,20,25 49:4
49:9,13 50:4,10,13
52:5,6,16 53:1,9
53:13,23 54:15
55:5,14,20 56:15
57:1,15 58:19
59:3 60:11 61:7
62:4 66:10 70:5
78:20 79:10 85:2
86:1,5,5,8 87:16
95:17,25 99:18
100:8 110:8
**reported**  45:8
47:11,16
**reporter**  1:18 3:10
83:19 109:8 110:1
110:7,23
**reporting**  1:16
**reports**  82:15
**represent**  73:16
**represented**  78:9
**required**  27:6
111:21
**resides**  93:14
**respect**  21:24 34:4
101:10

**respects** 16:25
**respond** 82:18
**response** 46:8,22
**responsibility**
  26:23 27:15,16
**responsible** 18:9
  18:24
**rest** 11:12 12:9,20
  23:14
**restate** 47:10
**results** 27:13
  30:21 86:13,14
  87:5
**retained** 14:11,20
**returned** 112:19
**revealed** 47:3 59:6
  60:1
**reveals** 6:4
**review** 17:15,24
  81:21 87:2 112:12
**reviewed** 7:7
  31:25 83:1
**richard** 10:16
  19:10 82:16
**richmond** 2:12
**right** 6:14 11:6
  14:2 16:13 18:7
  20:9,25 21:7,21,23
  22:2,6 25:17
  26:11 29:23 30:20
  31:12 39:11 40:5
  42:3 43:24 44:6
  44:13,15 48:22
  49:3,18 53:2
  56:12,23 57:10
  60:8 61:5,15,18
  62:4 64:22 67:19
  69:4,7 71:25 72:7
  72:9,21,22 73:1
  75:13 78:12 79:1
  79:19 80:11,19

83:12 84:23 90:12
  90:17 95:4,7,13
  96:9,25 108:12
**roanoke** 1:2
**roll** 7:10,11
**room** 67:20,21
  68:2,9
**rt** 3:20 75:15,23
  75:24 79:18 95:2
  98:24 99:6
**rule** 16:5 25:18
**rules** 41:4 100:21
  101:3
**run** 26:13
**runs** 21:15

**s**

**s** 111:5
**sandbag** 58:7
**sandbagged** 57:19
  58:11
**santa** 62:20 103:3
**save** 13:24 43:14
**saw** 6:25,25 19:10
  20:5 21:4,18,21
  31:15
**saying** 7:19 45:2
  98:17 99:3 102:5
**says** 24:5 44:10
  47:1 48:17 52:9
  54:1,3,21 56:11,20
  59:5 60:16 64:11
  90:1,9 96:8 98:5
**scale** 42:5
**scan** 61:1,4 87:11
  91:23,25 92:3,5,11
  92:17,21,21 95:10
  98:16,19,25 99:10
  99:23
**scanning** 29:15,21
  30:14,21,24 31:3
  31:10 32:24 33:24

34:4,14,24 35:7,18
  36:10 39:1,19
  40:2 42:8,18,25
  47:12 48:24 52:1
  53:6,22 54:8,14
  55:2 58:21 59:14
  60:14 61:8 65:12
  76:13,14,22 96:15
  104:7
**scans** 92:7,17,18
  104:6
**scene** 6:22,24 8:15
**schedule** 108:4
**science** 29:12,14
  30:16
**scientific** 17:9,19
  17:22 18:3,17,22
  23:17 28:15 29:4
  30:21 31:2,5,6
  103:1 105:2
**scientist** 17:1,7
  104:11
**scrape** 102:3
**scraped** 102:4,9
**scratches** 100:9,17
**screen** 27:22 28:21
**scrolled** 29:2
**seam** 69:2,5,6
  101:24 102:4,7,11
  102:11
**search** 31:7
**seated** 103:4,9
  105:4,8
**second** 52:17
  55:22 60:15 62:16
  77:17 96:3,21
**secondary** 34:13
**section** 87:5
**see** 15:2 16:7
  17:16 25:11,19
  28:22 30:25 35:21

37:5 40:3 43:5,22
  53:1 54:25 55:3
  65:13 89:14 91:22
  94:16,21 98:15
  104:2 107:9,14
**seen** 10:18,18
  15:24 61:16 63:11
  68:8,17 82:5,14
**segregated** 88:23
**selector** 5:16,17,19
  6:5 18:15 106:5
**sem** 3:21 33:15
  35:21,23 43:8,12
  44:11 45:17 61:10
  76:11,13,18,22,23
  76:25 79:5,19
  89:15 96:9
**sems** 89:2
**sense** 90:21
**sent** 62:12 87:2
**sentence** 55:22
  56:14 60:15
  101:23
**separate** 64:9 91:7
  91:15 105:15
**separated** 103:15
  103:19 106:2
**separately** 99:24
**separating** 105:18
**separation** 92:13
**series** 17:18 69:20
  70:16 71:24 72:20
  73:3,9,11 75:4
  79:18,18,19,19
  87:11 91:10
**seriously** 41:4
**service** 11:20,21
  11:22
**set** 62:5,11,13 73:3
  99:22

| | | | |
|---|---|---|---|
| **sets**  62:12 | **sign**  112:15 | **snapshots**  91:19 | 29:17 30:1,9,12,19 |
| **seven**  44:12,13 | **signed**  109:12 | **software**  4:9 91:14 | 36:23,25 37:22 |
| 93:20 | 110:17 | 97:11,14 | 38:7,16,17 41:6 |
| **shapes**  68:22 | **significance**  75:15 | **solenoid**  54:2,3,6 | 44:23 45:22 46:2 |
| **sheet**  68:21 111:1 | **signing**  110:11 | 56:20 59:7,17 | 46:9,19,23 47:6 |
| 112:13,15,18 | 112:11,17,20 | 60:18 103:3 105:3 | 48:6,10,19 49:10 |
| **shiffrin**  13:7 | **similar**  51:23 | 106:2 | 49:17 50:1,7,24 |
| **shift**  12:22 13:2,3 | 54:22 | **solutions**  111:1 | 51:4 54:11,17,24 |
| 95:11,15 | **similarly**  87:1 | 112:1 | 55:15,19 57:9,16 |
| **shifter**  6:20 7:17 | **simple**  47:10 | **somebody**  18:20 | 57:21,24 58:13,15 |
| 8:6 9:18 12:22 | **simplistic**  92:16 | 24:23 25:8 26:2 | 58:17,24 59:10 |
| 15:9 105:23 | 92:20 | 102:5 | 62:15,18 65:7 |
| **ship**  108:5 | **simply**  91:17 | **sorry**  19:19 33:15 | 67:4 68:10 69:13 |
| **shirt**  101:1 | **simulate**  91:17 | 54:2 80:11 98:15 | 69:19,23,25 70:3 |
| **shooting**  17:1 | 92:23 | **sort**  38:22 | 74:1,3,5,20,23 |
| **short**  64:17 83:18 | **simulated**  92:13 | **sounds**  78:3,4 | 75:1,3 77:4,10 |
| 100:6 | 99:14 | **space**  94:20,22 | 79:12,14 80:9,11 |
| **shorter**  47:5 60:3 | **sincerely**  112:21 | **speaking**  12:17 | 80:13,20 81:4,5 |
| **shorthand**  1:18 | **single**  92:10 95:9 | 57:18 66:13 | 82:21 83:17,19,22 |
| 110:23 | **singular**  59:19 | **specific**  14:7,7 | 84:1,5,7,11 85:1,4 |
| **show**  27:10 45:4 | 60:9 | 23:23 34:10 35:20 | 85:7,18 88:16,17 |
| 52:2,22 61:7 67:5 | **sir**  33:19 55:18 | 41:15 47:11,15 | 91:21 93:6,17,24 |
| **showed**  15:3 29:1 | 56:10 58:3 64:24 | 48:21 49:15 53:14 | 95:1,19 96:1,5 |
| 45:21 78:10 99:9 | 85:7 112:9 | 57:4 62:10 63:11 | 97:5,14,19,22,25 |
| **showing**  79:16 | **sit**  14:3 20:11 25:5 | 75:7 76:15 81:20 | 98:22 99:16 100:4 |
| **shown**  32:18 40:19 | 83:7 | **specifically**  6:6,10 | 100:7 102:12,20 |
| 49:18 52:13 99:17 | **site**  12:4 51:13 | 9:4 24:10 28:11 | 102:23 104:12 |
| 112:18 | 63:2,3 70:12,16 | 41:17 47:20,21,24 | 105:6,19 106:9 |
| **shows**  8:8 27:16 | 71:24 72:6,12,21 | 48:20 55:6,12 | 107:23 108:3,10 |
| 61:2 86:20 | 73:17 76:5 77:12 | 58:25 62:22 | 108:16,18 112:25 |
| **shuford**  2:11 | 77:24 80:15 87:4 | 106:23 | **split**  69:4,6 |
| **sic**  25:22 70:9,17 | 98:9 | **specify**  11:2 | **spoke**  45:6 81:19 |
| 73:13 | **six**  40:3 41:9 44:12 | **spectral**  96:14 | **spring**  11:13 67:12 |
| **side**  11:7,7 21:14 | 44:13,17,25 45:16 | **speculation** | 67:13,14,17 |
| 29:7,7 62:25 | 46:5 47:15,15 | 104:13 | **staff**  32:15 81:14 |
| 66:14,14 67:9,10 | 48:11 49:12 54:14 | **spencer**  2:10,11 | **stamped**  51:7 |
| 67:12,13,14,16,18 | **size**  102:3 | 3:5,7 5:6 6:21 | 68:22 |
| 69:2,2,4,5,6,6 | **skilled**  30:23 | 9:11 13:18,22 | **stands**  70:22 73:14 |
| **sides**  10:8 107:18 | **small**  64:15 65:4 | 16:22 17:6 18:16 | 76:13 88:25,25 |
| 107:19,21 | **smaller**  64:13 | 24:12,21 25:4,25 | **start**  20:10 71:13 |
| | | 26:7,18 27:17 | |

[started - theory]                                                                 Page 19

**started**  6:23 72:17
**starting**  54:2
 71:12
**state**  1:19 109:3,8
 109:19 110:3
**statement**  23:16
 92:15
**states**  1:1
**statute**  26:12
**steering**  9:6,12,13
 9:15,17,18 10:9,23
 11:8 13:3 21:1
 51:19 101:10,16
 101:17 106:14
 107:3
**stenographically**
 110:8
**step**  92:2
**steps**  17:18,20
**stereo**  54:7 76:24
 77:1,9,18
**stereomicroscope**
 33:12 75:7
**stick**  75:1
**stop**  14:15 15:11
**straight**  35:11
 46:24
**street**  1:16 2:6
**strike**  32:13 65:17
 67:20 73:10
**strip**  30:3
**striped**  66:2
**structure**  11:17
**structures**  65:24
 66:4,18 79:17
**stuff**  36:20 78:19
 90:22
**subfolder**  90:8,15
**subject**  10:4,23
 21:2 31:13,20,23
 32:16 39:13 40:15

44:24 47:3 51:15
 52:10,11,12 53:7
 54:4,23 55:7,23
 59:6,18,23 60:1
 76:19 81:2 87:7
 89:18,22 103:23
 103:24 104:9
 107:11,15,17,20
**submitting**  50:10
**subscribed**  111:21
**subset**  77:7
**suite**  1:16 2:6,11
 112:1
**summarized**  40:8
 40:23 41:10 47:22
 48:4 53:12 57:15
**summary**  40:11
**supporting**  87:16
**supposed**  18:3
 21:9
**sure**  17:21 18:23
 18:25 20:7,10
 21:8,18 22:8
 25:20 34:23 38:7
 43:7 44:12 56:22
 70:1 74:16,25
 76:16 78:4
**surface**  100:10
 101:25
**surmise**  8:16
**surmised**  44:7
**surprised**  74:1
**swell**  38:15
**switch**  10:3,11,13
 10:20,24 11:3,5,7
 11:9,10 12:23,25
 13:1,2,10,19 14:7
 14:8,16 15:11
**sworn**  5:4 109:11
 111:21

**syllable**  46:5
**synopsis**  53:15
 60:3
**system**  9:16,21,24
 12:7 15:2

**t**

**t**  19:16
**tab**  37:3 38:23
 40:10 44:2 50:9
 87:14 101:21
**table**  39:22 40:6,7
 40:8,9,24 41:13,14
 41:15 44:1,3,8,9
 44:15 47:19,24
 48:1 50:8,11
 53:16,18
**tabs**  38:22
**take**  8:7 27:16
 28:21 33:9 36:19
 41:4 42:24 43:10
 43:10,11 45:13,23
 46:3 58:18 82:10
 83:16 84:7 91:15
 91:24 94:3,19
 100:5 108:2
**taken**  1:13 32:3
 40:22 44:21 48:3
 48:13,24 49:9
 52:1 70:24 72:14
 73:4 75:21 76:6
 76:18 79:17 81:3
 83:18 89:9 90:12
 91:13,20,23 100:6
**takes**  98:20
**talk**  73:1 95:24
 101:23
**talked**  40:6,25
 59:23 77:7 95:11
 99:13 100:1
**talking**  10:4 11:15
 13:5 20:23 29:5

36:9 40:23 43:19
 52:23 53:12,16
 54:1 55:21 60:16
 60:22,24,25 61:3
 66:14,22 68:3,5
 79:18 91:1 95:15
 95:22 98:24
**team**  83:5
**tell**  5:7 7:23 8:3
 14:3 22:21 30:15
 36:7 41:2 51:18
 58:10 66:25 67:2
 88:21 96:10
**telling**  35:24 38:19
 52:24 70:15,17
 72:19 96:17
**tells**  7:8 30:4
**ten**  44:14 65:5,14
 93:18
**terminals**  51:8
 66:7 107:16
**terms**  42:14 47:21
**test**  23:6,18
**testified**  5:4
**testimony**  5:22 7:7
 85:6,16 86:6
 110:9
**testing**  81:20
**tests**  16:10
**text**  47:17
**thank**  9:5 26:1
 28:5 33:7 47:25
 74:13 77:19 80:12
 87:24 88:16 89:24
 97:20 106:7
**thanks**  32:22
 36:23 100:3
**theories**  26:5,8
**theory**  14:10,14
 14:21,24 15:1,4,5
 15:6,12,18,24 16:1

**thing**  59:4 69:9
70:2 79:6 80:22
81:7 99:7
**things**  6:23 11:18
16:3 25:6,17
28:11 29:20 31:10
67:15 79:13 82:8
88:8 101:5
**think**  5:15,19,21
7:12 9:9 25:5
26:10 28:19 32:25
35:1 37:8 38:8,21
42:22 44:17 49:2
49:7 51:5 54:20
57:19,25 59:12
60:11 62:23 64:22
68:16 77:5 78:1
78:12 79:4 80:20
83:7,7 90:24
93:14 94:12 95:12
95:18,22 98:8,14
99:15 101:6 102:6
**third**  40:12 55:21
55:22
**thirteen**  44:14
**thirty**  112:19
**thorough**  62:2
**thought**  61:21
64:23 80:10
107:22
**three**  44:11,13
47:15 80:4,14
90:2 93:22 97:18
**throw**  29:11
**thumb**  3:16 4:3
36:21 37:7,9 62:7
62:8,11 69:10,14
69:16,18,19 70:6
71:7,17 74:19
75:9,14 77:20
79:7 80:3 82:23

83:5,6,10,20,23
84:1,12,20,22 85:7
85:11,11,13 87:24
88:19 90:19 91:5
91:6,7 94:1,5,13
94:14 97:6,7
**tie**  22:17
**tied**  21:25
**tighter**  64:14
**time**  7:1 9:4,7,10
13:24 14:5 31:17
31:19 43:11,14
45:23 46:3 52:12
58:18,25 59:1
61:15,16 79:6,23
81:17 82:17 92:3
100:15 102:13,16
103:5,10,12,14,18
104:5 105:4,13
**timing**  8:3
**tip**  43:22
**today**  20:11 25:5
36:5 58:6 61:13
71:4 82:24 86:17
87:20,22 89:5
90:11 95:25
102:16
**told**  7:22 78:25
**tolerance**  64:12,14
64:17,18 65:5
**tolerances**  63:13
63:21 64:1,3,8
65:8,9,10
**toll**  112:2
**tomography**  54:10
**tomorrow**  46:10
**tool**  31:5 101:19
102:6
**top**  21:13 40:13
64:12 67:11,16
101:2

**topside**  67:11
**total**  47:18 64:19
65:13
**track**  74:24
**transcript**  110:9
112:10,12
**transfer**  86:20
**transmission**
11:10
**transport**  71:15
**trapped**  7:3
**trial**  81:22,23
82:17 95:16,21
**true**  6:5,23 8:18
10:3,25 11:2
13:24 15:22 21:5
23:3,15,17 24:18
26:3 30:22 33:5
34:16,24 36:12
41:14 45:15,15,17
48:11 86:3 93:1
95:14 110:9
**try**  27:10 37:23
74:17 94:24
**trying**  7:21 46:17
47:8 55:18 57:17
58:1,3,4,7,7,13
60:23 66:19 70:13
70:14 74:24 79:21
82:2,6 90:22
101:18
**turn**  23:12 90:20
**turned**  8:12,17,21
9:1 12:8,19 13:12
18:13 23:1
**twelve**  44:14
**two**  9:24 24:14
25:2,8,21 26:2,5,8
26:9 39:1,5,12
44:11,13 47:15
56:3,22 60:7,9

64:9 65:6,18,21,24
66:15 67:8,11,16
79:13 83:16 88:7
90:1 92:17,23
97:8 101:15
102:19
**types**  75:19 88:23
**typical**  78:25

**u**

**u**  19:16,18
**underneath**  43:6
**understand**  5:10
6:8 9:16 11:1
23:16 24:4 26:25
33:7 105:7
**understanding**
14:17 72:23
106:24,25
**understood**  14:21
108:10
**underway**  81:8,13
82:8
**unfortunately**
28:20
**unit**  56:25
**united**  1:1
**untrue**  86:4
**unusual**  89:20
**updated**  86:7
**upload**  78:19,19
98:9
**uploaded**  70:11,15
71:8,23 72:12,21
73:17,19 76:4
77:11,23 80:14
**upper**  64:18
**use**  29:14 30:13,22
30:23 31:3,5
55:22 67:18 75:19
87:17

**uses** 34:7
**usually** 18:5 28:3
43:2,10 68:18
89:19

**v**

**v** 111:3 112:6
**vague** 55:16
**variation** 64:6
**various** 35:12
**vehicle** 6:25 7:10
10:4 14:16 19:3
19:10,12,25 20:13
21:2,24 24:1,16
31:13,14,15,20,24
51:15 52:13 71:13
71:15 72:17 73:5
104:9 107:4,7
**vehicle's** 32:16
**vehicles** 10:5,6
33:9
**veritext** 111:1
112:1,7
**version** 37:19 86:7
**versus** 69:5 96:13
**vicinity** 22:6
**video** 80:3 84:15
89:25 90:9,13,16
104:24
**videos** 3:25 4:7
80:4,7,14,16 88:11
90:2
**view** 93:21 96:15
97:18 104:16
**viewer** 4:9 93:21
97:11,14,16
**virginia** 1:1 2:12
**visible** 104:10
**visual** 54:7
**vitae** 85:16
**voluminous** 88:9

**vs** 1:5

**w**

**w** 1:16 2:6 5:2
112:1
**wait** 94:4
**waiting** 81:7
**waive** 110:10
**waived** 112:12,20
**wakefield** 2:5
**want** 28:21 29:11
36:22 37:22 45:14
46:4,14 55:20
57:22 58:9,18,24
59:4 62:10,10
67:13,17 69:10,13
69:16,25 70:5
73:18 78:4 81:2
84:7 90:22,25
94:4 101:2 102:13
102:16 107:23
108:3,4
**wanted** 33:1 38:6
50:12 62:1,2
77:13 99:9 102:25
**waste** 9:6,9
**way** 6:10 14:11
18:25 25:6 26:10
27:9 31:13 34:8
38:6 42:14 63:11
74:7 98:13 101:2
107:25
**ways** 25:1
**we've** 41:9 51:25
52:1 53:11 65:15
70:1,5,7 73:2
81:20,21,24 83:20
85:11 90:19 97:5
108:12
**web** 51:13 63:2,3
70:16 72:21 73:17
77:11 87:4

**webster** 20:15,19
20:21
**weight** 96:10
**went** 15:7 16:13
35:25
**western** 1:1
**whichever** 90:25
**whitaker** 1:3 5:12
5:20,24 6:4,15 7:9
7:23 8:1,16,21,24
9:1 103:3,16
111:3 112:6
**white** 65:25 66:3
**wide** 66:11,19
**width** 66:17,17
**widths** 66:16
**wierzbicki** 1:15
**wiliam** 111:4,20
112:4,8
**william** 1:10,13
3:3,15 5:8 109:9
**wire** 21:12 65:22
65:22 66:1,1
107:16
**wires** 25:12 66:2
107:4,7
**wiring** 9:20,21,25
10:21,24 12:15
13:2 16:14 21:4,6
23:20 24:13 32:17
65:20 68:2
**witness** 3:1 5:3 8:4
8:23 74:21 108:7
108:12 110:10,10
111:4 112:8
**witnessed** 6:13
**witnesses** 6:18
7:12,20,20,23
**won** 13:8
**wondering** 27:4
43:15

**word** 29:3 49:2
**words** 11:13 31:1
46:5 55:23 57:4
75:18 92:13
**work** 42:8 52:4
69:25 72:15 78:2
82:19,20 83:11
89:15 102:24
**worth** 102:1
**write** 17:14 18:5
49:15
**writing** 44:4 52:5
**written** 91:8
**wrong** 58:2
**wrote** 50:19 51:3
73:22

**x**

**x** 54:8,9 75:18,19
78:7,23 79:10
96:7,9,13,14

**y**

**y** 33:13,18
**yeah** 16:25 55:5
58:15 61:18 69:1
74:3 83:17 84:1,2
84:7 98:12
**yesterday** 50:18
50:20 51:3 81:19
**yields** 30:21

**z**

**zip** 21:25 22:17
**zoom** 43:21,21

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.