DEFENDANTS' MOTION FOR SUMMARY JUDGMENT—EXHIBIT 6
RICHARD CLARKE DEPOSITION (FEB. 1, 2018)

Page 1

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF VIRGINIA
2                 ROANOKE DIVISION

3

4

5   CLARENCE EDWARD WHITAKER,
    etc.,
6
             Plaintiff,              CIVIL ACTION NO.
7
    vs.                             7:17-CV-55-GEC
8
    HYUNDAI MOTOR COMPANY,
9   et al.,
10           Defendants.
11
12
13
14        DEPOSITION OF RICHARD A. CLARKE
15               February 1, 2018
16                  9:00 a.m.
17              Chateau Elan Inn
18          100 Rue Charlemagne Drive
19          Braselton, Georgia  30517
20
21
22   Judith L. Leitz Moran, RPR, RSA, CCR-B-2312
23
24
25   Job No. CS2797478

Page 2

1   APPEARANCES:

2

3   On behalf of the Plaintiffs:

4        JAMES A. LOWE, ESQUIRE

5        Lowe Eklund Wakefield Co., LPA

6        1660 West 2nd Street

7        Suite 610

8        Cleveland, Ohio  44113

9        (216)781-2610

10

11  On behalf of the Defendant Hyundai Motor America,

12  Inc.:

13       CHRISTOPHER C. SPENCER, ESQUIRE

14       Spencer Shuford LLP

15       6806 Paragon Place

16       Suite 200

17       Richmond, Virginia  23230

18       (804)285-5220

19

20  ALSO PRESENT:

21            PHYLICIA PRESTON

22

23

24

25

Page 3

1  INDEX OF EXAMINATION                              PAGE

2       BY MR. SPENCER ......................     5

3       BY MR. LOWE .........................    90

4       BY MR. SPENCER ......................    92

5

6

7

8               E X H I B I T S

9  EXHIBIT NO.                                      PAGE

10  Exhibit 01    1/25/2018 Report of          43

11                Investigation and Analysis

12  Exhibit 02    Thumb Drive - Whitaker       57

13                Inspection Videos

14  Exhibit 03    Thumb Drive - M1390BC/Lowe   58

15                Photos & Videos, 11/8/2017,

16                Folder - M1390PHOTO

17  Exhibit 04    Notes Documents              59

18  Exhibit 05    Miscellaneous Documents      60

19  Exhibit 06    Correspondence Documents     60

20  Exhibit 07    Hyundai Documents            60

21  Exhibit 08    Bulletin/Recall Documents    60

22  Exhibit 09    CarFax                       60

23  Exhibit 10    Web Search Documents         61

24  Exhibit 11    Invoices                     61

25

```
                                                   Page 4
 1             E X H I B I T S   (CONT.)

 2   EXHIBIT NO.                                   PAGE

 3   Exhibit 12      Photos by Others (2 photos)     62

 4   Exhibit 13      Photos DP-E0001 - DP-E0102      63

 5                   Dated 10/25/2017

 6   Exhibit 14      Photos DP-0001 - DP-0379        64

 7                   Dated 10/25/2017

 8   Exhibit 15      Photos CAC10001 - CAC10029      66

 9                   Dated 9/22/2016

10   Exhibit 16      Photos P102073 - P102082        67

11                   Dated 10/3/2017

12                   '07 Salvage Column Shifter

13   Exhibit 17      Thumb Drive - Attorney Lowe's   75

14                   Videos

15

16

17

18

19

20       (Pursuant to OCGA 15-14-37 (a) and (b) a

21   written disclosure statement was submitted by the

22   court reporter to all counsel present at the

23   deposition.)

24

25
```

```
 1              RICHARD A. CLARKE,
 2   being first duly sworn, was examined as follows:
 3              THE WITNESS:  I do.
 4                    EXAMINATION
 5   BY MR. SPENCER:
 6       Q    Tell us your name, please.
 7       A    Richard Clarke.
 8       Q    Will you let me know if you don't
 9   understand my questions so I can rephrase it?
10       A    Certainly.
11       Q    What is the Plaintiff's name, the
12   decedent's name?
13       A    Shannon Whitaker.
14       Q    Where did she work?
15       A    At I hospital somewhere in town.
16       Q    And what time did she leave the hospital
17   on the day of the incident, if at all?  Did she go
18   to work that day?
19       A    Yes, she did.
20       Q    What time did she leave?
21            You're pausing and looking for something.
22   What is that you're looking for?
23       A    It's my report --
24       Q    Okay.
25       A    -- with the times I put in here.  Well,
```

                                        Page 6

1    somewhere around about 4:45, I think, 5:00 time.

2         Q    Where did she go then?

3         A    She went home.

4         Q    Did she make any stops along the way?

5         A    Not that I'm aware of.

6         Q    Well, are you aware one way or another

7    whether she made any stops?

8         A    I'm not.

9         Q    Okay.  Not that I'm aware of is another

10   way of saying I don't know.

11        A    Okay.

12        Q    All right.  So what time did she get

13   home?

14        A    I'm going to say approximately 5:10,

15   somewhere around about that time.

16        Q    How do you know that?

17        A    Because Mr. Whitaker received a phone

18   call from one of his sons at approximately 5:15.

19        Q    All right.  When Ms. Whitaker got home,

20   how did she enter the ally?  Which end of the ally

21   did she enter from?

22        A    I don't know that.

23        Q    When she pulled into the parking area

24   that was near her house which space did she pull

25   into?

Page 7

1       A       From the police reports, depositions I

2   reviewed, and looking at the driveway, I would say

3   the second position, that the first is in front of

4   the house, the one to the right.

5       Q       And did you see any -- what did you see

6   from your visit to the scene that lead you to

7   believe that she was in the space to the right?

8       A       The way the driveway slopes and then the

9   contact mark or the new siding on the building

10  where the -- I guess the siding is replaced showing

11  sort of a contact mark.  She would have had to have

12  been to the right of the home, maybe angled towards

13  the house slightly.

14      Q       Well, both parking spaces are to the

15  right of the home, aren't they?

16      A       A little bit, yeah.

17      Q       So this is a surmise on your part that

18  she was in the space to the right based on what you

19  saw at the scene?

20      A       Yes.

21      Q       All right.  When she pulled into the

22  space, what did she do?

23      A       From the material I've reviewed and

24  statements, et cetera, would appear that she pulled

25  into the driveway, switched the vehicle off, and

Page 8

```
 1   tried to exit the vehicle.
 2        Q    What material that you've reviewed
 3   supports that conclusion?
 4        A    The accident scene investigation report,
 5   police report.
 6        Q    So the police report and what else?
 7        A    I guess the death -- the whole report
 8   from the Pulaski Police Department.
 9        Q    What is it in the Pulaski police report
10   that supports the conclusion that when she pulled
11   into the driveway she switched the vehicle off?
12        A    That the keys weren't found in the
13   ignition, the engine wasn't running, there was no
14   electronics on, for example, the radio wasn't
15   playing.  I don't believe anybody identified any
16   audible chimes that would indicate that something
17   was on or the key was in the ignition and the door
18   was open.
19        Q    You're referring to the investigation
20   that the police performed and the statements that
21   were made by the police in their depositions about
22   what they observed after the vehicle came to rest,
23   correct?
24        A    Correct.
25        Q    But nobody really knows what the
```

Page 9

1   condition of the vehicle was when Ms. Whitaker got

2   out of it, true?

3       A    Well, I think from what you can see at

4   the scene, the keys weren't in the ignition, they

5   were either found by her, by the door, or on the

6   floor.  So you'd have to take that into

7   consideration that the key was extracted from the

8   ignition.

9       Q    Okay.  But what evidence do you have that

10  the key was extracted from the ignition before she

11  got out of the car as opposed to some point between

12  the point at which she got out of the car and the

13  point which it came to rest?

14      A    I don't have anything but that.

15      Q    Right.

16           But she could just as easily have pulled

17  the key out as the car was proceeding from the

18  parking area to the house, true?

19      A    Possibly.

20      Q    Sure.

21           When she -- I noticed that when you were

22  saying -- well, let me just confirm this.

23           When you say that she -- when she pulled

24  into the parking space she turned the key off

25  before she got out of the car, that's conjecture on

```
                                                    Page 10
 1    your part, isn't it?

 2         A    It's what people do.  If you're going to

 3    exit the vehicle you switch the vehicle off.

 4         Q    Well, one thing people do is put the car

 5    in park, right?

 6         A    Agreed.

 7         Q    She didn't do that?

 8         A    I -- I mean, from the information I've

 9    seen and materials I reviewed, I would have to

10    agree that it's quite possible it was not in park.

11         Q    You don't know one way or another whether

12    or not she put it in park?

13         A    I don't.

14         Q    You do know she never put on the parking

15    brake?

16         A    Again, from what I've read that would

17    appear to be true.

18         Q    And you in fact took some pretty good

19    close up photographs of her parking brake pedal,

20    didn't you?

21         A    Yes.

22         Q    To see if there were signs of wear on it,

23    correct?

24         A    Correct.

25         Q    And there were some signs of wear on the
```

```
                                                  Page 11

  1    inboard lower corner of that pedal, correct?

  2         A    I believe so, yes.

  3         Q    Indicating that somebody had been using

  4    the parking brake at some point in the past?

  5         A    Yes.

  6         Q    But all evidence tells us that

  7    Ms. Whitaker chose not to use the parking brake --

  8    well, let me back up.

  9              We don't know what she chose, all we know

 10    is she didn't engage the parking brake, correct?

 11         A    Yes.

 12         Q    What was Ms. Whitaker thinking as she

 13    pulled into the parking space?

 14              MR. LOWE:  Objection.

 15         A    I don't know what she was thinking.

 16    BY MR. SPENCER:

 17         Q    Right.

 18              Was she on her phone?

 19         A    Again, I don't know that.

 20         Q    Was she looking at her phone?

 21         A    I don't know that either.

 22         Q    When Ms. Whitaker pulled into the parking

 23    space, how long did she sit in the car, if at all,

 24    before she started the process of exiting it?

 25         A    That's not really what I was hired to do,
```

Page 12

1  that's not my area.  I was asked to look at the

2  vehicle and determine if there was any kind of a

3  problem with the vehicle.  I wasn't asked to study

4  Mrs. Whitaker's motions and factions that day, that

5  would be more sort of a human factors kind of a

6  question.

7       Q    And you're not a human factors expert?

8       A    I'm not.

9       Q    Right.

10           But you did -- or you were hired or you

11  -- at least you did draw the conclusion that there

12  was something about the vehicle that caused this

13  incident, correct?

14       A    Yes.

15       Q    Well, and so that requires you to at

16  least consider and rule out the possibility that

17  Ms. Whitaker herself was responsible for it,

18  correct?

19       A    I don't know what she did that day.  I

20  don't know if anybody knows.  There was no

21  witnesses to see what was going on.  All I know is

22  that somehow the vehicle was switched off in a

23  drive gear and it rolled.

24       Q    And when she switched it off, whether she

25  switched it off before it began to roll or after it

Page 13

1    began to roll, you don't know as you told us?

2         A    I don't.

3         Q    Right.

4              And I think you've already established,

5    if I'm repeating myself I apologize, but I think

6    we've already established that you don't know

7    whether Ms. Whitaker put the gear shift lever in

8    park before she exited the vehicle, correct?

9         A    Correct.  But you have to look at what we

10   found during our analysis.  There is a way, if the

11   key is out of the ignition and the vehicle is in

12   park that the shifter can be moved.

13        Q    Well, it depends on how you grab the

14   shifter, correct?

15        A    I think if you -- if you were reaching in

16   for something, there's a high probability that you

17   can get between the lever and the dash and knock it

18   over and it will come out.

19        Q    Have you ever seen anybody do that?

20        A    I have not, no.

21        Q    Right.

22             Now, you said there's a high probability.

23   You were present when we did the experiments at

24   McSwain Engineering, correct?

25        A    Yes.

Page 14

1      Q     You were present when we did the
2   experiment where you pulled straight back on the
3   gear shift lever, correct?
4      A     Correct.
5      Q     And it wouldn't budge?
6      A     Correct.
7      Q     And you were present when we did the
8   experiment where we grabbed the gear shift lever
9   with the string gauge and pulled it toward the
10  direction of the open door, correct?
11     A     Correct.
12     Q     The direction that somebody might pull it
13  in if they were reaching for something and -- while
14  standing outside of the car and pulling it
15  backwards, correct?
16          MR. LOWE:  Objection.
17     A     Again, it's -- I'm not -- you know, I
18  don't study occupant movement, but I mean if you
19  were to move the gear lever away from you and there
20  was a way to get it out of park --
21  BY MR. SPENCER:
22     Q     Right.
23     A     -- with very minimal force.
24     Q     The only way to get the gear shift, to
25  force the gear shift lever out of park was to first

Page 15

```
 1    move the gear shift lever from park rest, the

 2    position where it normally sits, because of the

 3    force of the spring hard over to the right,

 4    correct?

 5        A    Yeah, pull the detent over to the right

 6    and then back.

 7        Q    And by detent you're talking about the

 8    gear shift lever?

 9        A    Correct.

10        Q    All right.  And when you -- when we

11    pulled the gear shift lever from park rest to

12    the -- to the right it met some resistance,

13    correct?

14        A    Yes, it did.

15        Q    And you did an experiment when the gear

16    shift lever was in that position being pulled to

17    the right and it stopped after it met some

18    resistance and at that position it was not possible

19    to pull the gear shift lever all the way back, was

20    it?

21            MR. LOWE:  Objection.

22        A    I don't remember exactly how Bill was

23    doing it.  I mean, I was in the back.  I think I

24    was photographing it or something.

25        Q    Right.
```

Page 16

1          But you were there watching?

2      A    I was.

3      Q    And you're aware also that the only time

4  that anybody was able to pull the gear shift lever

5  back out of park was to go beyond the point of

6  resistance and force the gear shift lever all the

7  way to the right?

8          MR. LOWE:  Objection.

9      A    I don't know if it's forcing it to the

10  right, but it's pushing it to the right and pulling

11  it back.

12  BY MR. SPENCER:

13     Q    Well, sure you do, you were there, there

14  was a strain gauge on it and they actually measured

15  the force.

16     A    It was about 12 pounds.

17     Q    Yeah.

18     A    12.7 pounds.

19     Q    Do you have any evidence that on the day

20  of this incident just before Ms. Whitaker's vehicle

21  started to move toward the house that she forced

22  the gear shift lever over to the right with a force

23  exceeding 12 pounds?

24     A    I wasn't there that day so I don't know

25  exactly what happened.

```
                                              Page 17

 1        Q    Right.  You don't know one way or the

 2   another whether she did that?

 3        A    I do not.

 4        Q    There's certainly no evidence that she

 5   did?

 6        A    There's no evidence what she really did

 7   apart from switch the vehicle off and it rolled.

 8        Q    Yes.  Well, you keep saying that, but

 9   we've already established that we don't really know

10   which came first, the rolling or the ignition being

11   turned off, we've already established that, haven't

12   we?

13        A    Right.

14        Q    Yeah.  Okay.

15             Now, this vehicle is designed so that one

16   cannot turn the key from run to off lock without

17   the gear shift lever being in the park rest

18   position, correct?

19        A    Correct.

20        Q    What is the name of the switch that is

21   activated when the gear shift lever is in park

22   rest?

23        A    Can you sort of clarify what you mean by

24   switch.

25        Q    Well, what is it -- what device is it in
```

Page 18

1   this vehicle that prevents the ignition cylinder

2   from being turned to off lock unless the gear shift

3   lever is in the park rest position?

4       A    The terminology that I called it is the

5   ignition interlock solenoid.

6       Q    What is the terminology that Hyundai

7   calls it?

8       A    I wasn't able to do any -- find anything

9   in literature that actually explains the actual

10  name for that.

11      Q    Yeah.

12           And nobody bothered to ask Hyundai for

13  that either, did they, in the discovery?

14      A    I don't know what was asked of the

15  discovery.

16      Q    That switch didn't become of interest to

17  you until the first disassembly of this vehicle at

18  your facility in Braselton when the fascia under

19  the steering column was removed, correct?

20      A    No, that first -- the first inspection

21  that I did was -- was in Vinton and there was no

22  destructive disassembly, but the second inspection

23  was done in Alpharetta at Buckingham Automotive.

24      Q    Right.

25      A    Not Braselton.

Page 19

1      Q    You're correct, I said Braselton, I
2  apologize.  So let me rephrase my question.  Thank
3  you for correcting that.
4           This switch which you called a solenoid
5  in your report did not become of interest to you
6  until the first disassembly of the subject vehicle
7  in Alpharetta, Georgia, when the fascia under the
8  steering column was removed, correct?
9      A    That's correct.
10     Q    And that's when you saw that a connector
11  was not connected, correct?
12     A    Correct.
13     Q    All right.  Until that moment what was
14  your theory of defect?
15     A    I didn't have a specific theory apart
16  from that the key could be removed from the
17  ignition locked in any position other than park.
18     Q    Why?
19     A    Again, that was what the disassembly was
20  for and the destructive disassembly to investigate
21  that kind of thing.
22     Q    Well, but that was long after the suit
23  was filed.
24     A    I don't know when the suit was filed.
25     Q    And by that time you had already acquired

Page 20

1    two steering columns, correct?

2         A    Yes, we had done an '06 and an '07.

3         Q    And by that time you had also removed the

4    ignition cylinder from at least one of those

5    steering columns, correct?

6         A    Yes, I did.

7         Q    Why?

8         A    I was looking to see if there was any --

9    or if there was a mechanical connection that would

10   be allowing the key to turn back when the ignition

11   system is off and the shifter is in a drive gear.

12        Q    All right.  And before you realized that

13   the connector was no longer connected, you had

14   taken detailed photographs as close up as you could

15   of Ms. Whitaker's keys, correct?

16        A    Correct.

17        Q    And you had taken similar photographs of

18   an ignition cylinder, correct?

19        A    Correct.

20        Q    Because your theory up until the moment

21   you saw the connector was disconnected, was that

22   there was something wrong with the ignition

23   cylinder or the key or the combination thereof,

24   correct?

25        A    My theory at that point was, yes, there

Page 21

1     had to have been something that was worn, broken,

2     within the ignition lock assembly.

3          Q     And that turned out to be wrong?

4          A     Well, I would consider the interlock a

5     part of that.  It's a component and it works in

6     conjunction with the ignition lock.

7          Q     Well, but there's -- you're not aware of

8     any defect within the ignition cylinder, are you?

9          A     I am not.

10         Q     The only problem that you're aware of

11    with regard to the ignition system is that the

12    switch that prevents the ignition cylinder from

13    being turned to off lock, unless the gear shift

14    lever is in the park rest position, was no longer

15    connected, true?

16         A     At that time of the inspection that is

17    what we found, yes.

18         Q     Right.

19               And you believe that that condition

20    existed at the time that Ms. Whitaker's incident

21    occurred?

22         A     Correct.

23         Q     When did it become disconnected?

24         A     I could not even quantify when it became

25    disconnected.  It could have been when it was being

Page 22

1    transported during -- after manufacturing to a

2    dealership or an importer, it could have been when

3    it was being driven away from the lot, it could

4    have happened when they had that minor fender

5    bender on the right side.  There's, you know, 70

6    some odd thousand miles of driving where -- and an

7    improperly connected terminal can come apart.

8         Q    Sure.

9              And it could have been disconnected by

10   the people who put in the aftermarket radio?

11        A    I don't disagree with that.  I think

12   there's a possibility that it could have been

13   disconnected, but if it would have been correctly

14   assembled at the point of manufacturing where the

15   tongue had -- the bar that popped up behind the

16   holding mechanism -- a tug on the wire during

17   moving some harnesses to route the speaker

18   microphone it should have never come undone.

19        Q    Well, I don't understand what you're

20   saying there.  What are you trying to tell me?

21        A    Well, if the connector, the female and

22   male portion, the plastic pieces were latched

23   together as they were designed to be somebody just

24   working in the area casually should never have been

25   able to pull them apart.

Page 23

1      Q    Do you know how the technician who put in

2   the aftermarket radio pulled the connector apart?

3      A    I don't believe he did pull the connector

4   apart.

5      Q    Well, how do you know that?

6      A    From the analysis that I was aware of and

7   observed at McSwain Engineering the male portion of

8   the blade, the metal part, that inserts into the

9   female portion that were inside the plastic

10  housings, revealed that it wasn't fully inserted,

11  it was only partially inserted.

12     Q    You're basing that statement upon the two

13  measurements that Mr. Carden, C-A-R-D-E-N, made

14  during his inspection, correct?

15     A    I don't know if he just made two

16  measurements.  I know there was some measurements

17  made and I don't know how many.

18     Q    How many photographs did he take?

19     A    I do not have a clue.

20     Q    How many did you take?

21     A    I may have taken a half a dozen to a

22  dozen of the connector.

23     Q    How many measurements did Mr. Carden make

24  of this?

25     A    I do not know.

Page 24

```
 1        Q    How many measurements did you make of

 2   this?

 3        A    I didn't make any measurements of the

 4   contact marks.

 5        Q    Right.

 6             Did you see the tool marks on the outside

 7   of the male end of the connector?

 8        A    Yes.

 9        Q    And what did you make of those?

10        A    The only thing I can make of that and the

11   only person I've observed working in the area prior

12   to disassembly and analysis was Mr. Cooper when he

13   was back probing it to check for voltage.

14        Q    Well, but he was back probing the female

15   end of the connector, correct?

16        A    I don't know which end.  I wasn't right

17   underneath there when he was back probing.

18        Q    You photographed the connector before any

19   probes were put on it, correct?

20        A    I photographed it as it was in the

21   vehicle, but you couldn't get to the inside

22   cavities, no.

23        Q    Well, but the tool marks I'm referring to

24   are not on the inside cavities of the male

25   connector, are they?
```

Page 25

1          A     They're on the female connector.

2          Q     Well, let's clarify.  When I'm referring

3    to tool marks, I'm not referring to the marks that

4    were left on the blades of the female connector

5    when Mr. Cooper applied the volt -- the two prongs

6    of the voltage meter.

7          A     Okay.

8          Q     I'm referring to the tool marks that are

9    on the black plastic of the male connector.

10         A     I wasn't aware there was any tool marks

11   on that.

12         Q     You didn't see that there were marks that

13   were left on the black plastic of the male

14   connector, specifically that portion of the black

15   plastic that you would have to push down if you

16   were going to release the connector?

17         A     I wasn't aware of that.

18         Q     You weren't there when microscopic images

19   were taken of those at McSwain Engineering?

20         A     I think that we were sort of

21   double-teaming.  Some of us were working on one

22   part and some of us were working on the shifter.

23         Q     Sure, it was a busy day.  Couple of days

24   actually.

25         A     It was, yes.

Page 26

1      Q     Yeah.

2            But you didn't notice that there were

3      tool marks on the pin that you would have to press

4      down to remove the male connector from the female

5      connector?

6      A     I did not.

7      Q     Tool marks exactly of the sort that would

8      be left if somebody putting in an aftermarket radio

9      disconnected the male connector from the female

10     connector?

11           MR. LOWE:  Objection.

12     A     Again, I never saw or observed any of

13     those marks that you're talking about.

14     BY MR. SPENCER:

15     Q     You don't deny they were present, you

16     just don't know one way or the other?

17     A     I never saw them so I don't know.

18     Q     Okay.  Great.  Thanks.  I just wanted to

19     clarify that.

20           You weren't present when the person was

21     doing the work on the aftermarket radio, were you?

22     A     I was not.

23     Q     And whether that person when he or she

24     began his or her work found that the connectors

25     were firmly latched together is something you don't

Page 27

1    know?

2            MR. LOWE:  Objection.

3        A    I do not know.

4    BY MR. SPENCER:

5        Q    Certainly possible?

6            MR. LOWE:  Objection.

7        A    Anything's possible.

8    BY MR. SPENCER:

9        Q    Well, not anything's possible.  I'm not

10   going to give birth to a litter to piglets here,

11   so, and neither is James.  You might.  But maybe

12   not us guys.

13           But it is entirely possible that the

14   person who put in the aftermarket radio found the

15   connection in question to be firmly in place and he

16   parted that connection, true?

17           MR. LOWE:  Objection, calls for

18   speculation.  Not only about piglets, but about

19   the --

20   BY MR. SPENCER:

21       Q    That's true, though, isn't it?

22           MR. LOWE:  -- work on the connector.

23       A    I don't from my experience of working on

24   vehicles and dealing with people who do aftermarket

25   installations, they try to do the quickest way

Page 28

1    possible because they're trying to get the job

2    done.  These kind of people may not even remove the

3    lower bolster.  They may have just gone up from

4    underneath and threaded the wire over.  I don't see

5    any reason why they'd want to disconnect that

6    connector for any reason to connect the radio up.

7    BY MR. SPENCER:

8        Q    Well, and yet, you know from your own

9    experience in life, that people often do things

10   that others find mysterious or puzzling, correct?

11           MR. LOWE:  Objection.

12   BY MR. SPENCER:

13       Q    We have a President who's doing that.

14           MR. LOWE:  No objection to that.

15   BY MR. SPENCER:

16       Q    Don't we?

17       A    Sometimes he says funny things, yeah.

18       Q    Yes, he does.  And sometimes people who

19   are installing aftermarket radios do unfortunate

20   things, don't they?

21           MR. LOWE:  Objection.

22       A    Well, I don't disagree with unfortunate

23   things can happen, but I don't see the relevance

24   why an installer would want to disconnect that

25   particular part of the vehicle harness, because

Page 29

1    he's not making a connection to the radio there.

2    He's making it behind the radio.  So any

3    aftermarket connection should be done there.  I

4    don't see why he would be in the area of it.

5    BY MR. SPENCER:

6         Q    Well --

7         A    I'm not saying he wasn't working in the

8    area.

9         Q    Right.

10        A    But I don't see any reason why he'd want

11   to physically disconnect that connector.  It's not

12   as if it's full-time 12 volts or a ground.  It's

13   not going to help him for the microphone wire and

14   that's what he was running over there.

15        Q    Did you ever run a microphone wire like

16   that in a Santa Fe?

17        A    Not in a Santa Fe, no.

18        Q    Okay.  Great.

19             But just to close out this discussion,

20   you really don't know what the technician did or

21   didn't do with that particular harness, do you?

22        A    I was not there and I do not know.

23        Q    Fair enough.  All right.

24             MR. SPENCER:  One second.  We're talking

25   behind your back.

Page 30

 1  BY MR. SPENCER:

 2      Q    You don't know when in the sequence of

 3  events Ms. Whitaker opened her door, correct?

 4      A    I don't.

 5      Q    And you don't know when in the sequence

 6  of events she put the gear shift lever into park,

 7  if at all, correct?

 8      A    Yeah, I didn't see anything in the

 9  investigation that would indicate that it was ever

10  placed in park.

11      Q    If you want a vehicle not to roll you

12  should put it in park, correct?

13           MR. LOWE:  Objection.

14      A    That's what you should do.

15  BY MR. SPENCER:

16      Q    Okay.  And belt and suspenders, you

17  should also activate the parking brake, correct?

18           MR. LOWE:  Objection.

19      A    I think it's written in the owner's

20  manual when you park it to put it on, but I don't

21  know if everybody uses the park brake, especially

22  when they're in an automatic, when everybody

23  assumes the park is the lock.

24  BY MR. SPENCER:

25      Q    If Ms. Whitaker had put the gear shift

```
                                                  Page 31
```

 1   lever into park and left it in park, this car would

 2   not have rolled, correct?

 3        A    If she put it in park and exited the

 4   vehicle it shouldn't have rolled, that's correct.

 5        Q    It wouldn't have rolled?

 6        A    It shouldn't, no.

 7        Q    And it wouldn't have?

 8        A    If she -- yeah, it wouldn't, if she had

 9   exited the vehicle and walked away from it in park.

10        Q    Right.

11             And if she had put it in park and applied

12   the parking brake, it wouldn't have rolled,

13   correct?

14        A    Correct.

15        Q    And you don't know whether this vehicle

16   rolled under power or not, do you?  Because you

17   don't know when the engine was turned off, correct?

18        A    I don't know when it was switched off,

19   that's correct.

20        Q    Right.

21             Now, you said the key was found either in

22   her hand, in the car, or on the ground, did I hear

23   you correctly?

24        A    No, I think I said it was on the -- in my

25   report I think I put it was on the floor on the

Page 32

1    driver's side.  And I read that in one of the

2    statements or documents I reviewed.  And then in

3    Mr. Brown's, Corporal Brown's deposition, it was

4    indicated in that that it was found on her person

5    somewhere and on the floor by her by a hose pipe.

6         Q    And where was her phone found?

7         A    I do not know where they found the phone.

8         Q    When you take -- when you provided to us

9    your photos, did you rename them?

10        A    No.

11        Q    Because they have a name -- some of your

12   photos have a name now CAC, which stands for Clarke

13   Automotive Consultants, with a four-digit number

14   after them.

15        A    Correct.

16        Q    But that's not the numbering that's

17   placed by your camera as you're taking the

18   pictures, is it?

19        A    Yes, it would be, I'm sure.

20        Q    The reason I'm asking is some of the

21   photos appear to be out of order.

22        A    They're out of order?

23        Q    They appear to be.  I'm just -- and, you

24   know, I'm just trying to find out what your -- what

25   you did, if anything, with the numbering of your

Page 33

1      photographs.  That's all I'm trying to find out.

2            A     Oh, I don't do anything with the

3      numbering.  Whatever is on them is what's put onto

4      the SIM card and when they're downloaded to the CD.

5            Q     That number is put onto them on the SIM

6      card by whom or by what?

7            A     By the camera.

8            Q     Well, did you use only one camera?

9            A     Sometimes I use two.  I use a Nikon what

10     would be like an SLR camera.  And then I have one

11     of those little point and shoot cameras that has

12     the ability to get into a smaller space.

13           Q     I guess, the reason I'm wondering is that

14     some of the pictures you have are designated DSC

15     underscore and then some numbers and other

16     photographs are CAC and then numbers.

17                 Let me show you what I'm talking about,

18     because I'm not trying to be mysterious here, it's

19     just -- I'm just trying to understand what you did.

20                 So let me show you some photographs that

21     I got from you that are in a folder called

22     160823-VI and SI.  Do you see that?

23           A     Yes.

24           Q     And is that your naming convention?

25           A     No.

Page 34

1        Q    Oh, interesting.

2             So if you look under Chip 1 it says

3    CAC1000 -- excuse me -- 10001, right?

4        A    Yes.

5        Q    Did I do that right, I can't see that

6    anymore?

7        A    Yeah, it's 10001.

8        Q    Okay.  Great.  Thanks.

9             And then if you -- but if you look at

10   Chip 2 you see it says DSC_0001, et cetera?

11       A    Correct.

12       Q    Do you see that?

13       A    Correct.

14       Q    I guess, I'm wondering why that is?

15       A    The DSC -- let me look here.  There's

16   some on the log, it will have a DP number, and they

17   were, I believe, maybe Bill Carden's when he was at

18   my facility.  There's the DP number right there.

19   And I used some of those photographs in my report.

20            And then you were looking at -- the other

21   ones should be at the beginning.

22            Yes.  So I have the DSC photographs here,

23   they were at the storage facility in Vinton that I

24   took.  And also I have the CAC ones that were on

25   the same date.

Page 35

```
1              I used two different cameras.  One's a
2    Nikon and one's a Gen 2 camera, it's a little point
3    and shoot camera and it obviously has a DSC number
4    on it.  I don't think you can actually put initials
5    of the company or anything else on it.
6         Q    Yeah.  I'm not aware of how you -- how
7    you can program a camera to put the initials of a
8    company on a photograph.
9         A    The Nikons you can, you do it as a file
10   number.
11        Q    Oh, really?
12        A    Uh-huh.
13        Q    Okay.  Before you do the pictures?
14        A    Yeah, they do them by -- the professional
15   bodies that we use you can -- you can go into the
16   settings and determine -- you can change -- you can
17   have the file number with a date in the right-hand
18   corner, you don't have to have the date.
19        Q    Okay.
20        A    Or you don't have to have the file
21   number, you can -- or use both.
22        Q    Well, I'm a better person now because
23   you've taught me that.  Thank you.
24        A    This little camera that I use is -- has a
25   macro capability.
```

```
                                          Page 36
```

```
 1        Q     Okay.

 2        A     So it has ring flash around it, but it's

 3   only about this -- you know, it's about 5 inches

 4   long.  So you can get up under the steering column

 5   like I did at this inspection and get close ups of

 6   the brake light switch.

 7        Q     All right.  Thank you for explaining all

 8   of that.

 9        A     No problem.

10        Q     The current theory that the connector may

11   not have been seated correctly at the factory is

12   based upon the belief that a mark on the -- on one

13   of the subject connectors is shorter than a mark on

14   the exemplar connector that Mr. Cooper had,

15   correct?

16        A     I know Mr. Cooper brought a connector

17   with him that he was going to be using for testing

18   I think at one of the inspections and he had no

19   idea of where it came from and what the vehicle was

20   or it was the same connector and the same color

21   wires.  But we also had obtained an '07 column that

22   had that connector on it, too.  So I do not know

23   exactly which ones Mr. Carden performed his

24   analysis on and what he's relying on.  That you

25   would have to ask him.
```

Page 37

1      Q    Well, you say which ones.  You really

2  don't even know if it's ones plural, do you?

3      A    I don't know which -- whether I'm meaning

4  ones, I mean, whether it's the Eddie Cooper pair or

5  is it the exemplar pair from our '07.

6      Q    Okay.  You'd defer to Mr. Carden on that

7  correct?

8      A    Correct.

9      Q    So your belief -- well, let me ask you.

10  Do you have an independent belief of your own

11  formed by your own analysis that the connector in

12  question was not firmly seated at the factory?

13      A    From the marks that I could see on the

14  connector and when it's -- when you look at them

15  together there appears to be a lot more of an

16  insertion on the male side to the female when it's

17  fully connected visually when you push them

18  together then what it is when they're not fully

19  latched.

20      Q    Show me how you did that analysis if at

21  all?

22      A    I just -- I did it visually when I was

23  looking at the connector.

24      Q    Can you recreate that analysis with any

25  of your photographs?

Page 38

1      A     No, I don't have -- I didn't take any

2  photographs.  I was just doing a comparison with

3  the exemplar that we had.  And when I left, I

4  think, that was Bill was going to then disassemble

5  that and carry on with that analysis.

6      Q     Whose exemplar?

7      A     That would have been the one that we

8  purchased.

9      Q     When?  Not when you purchased it, but

10  when you did the comparison you described?

11      A     It would have been before I left because

12  I made it aware that we had a steering column -- I

13  don't know if Bill knew it was there or not -- but

14  I brought a spare steering column and an exemplary

15  shift mechanism with the vehicle when I came down.

16      Q     On what date did you do the analysis

17  where you compared the lengths of some marks?

18      A     I wouldn't say it was an analysis.  I

19  walked in there with Bill's assistant and I said,

20  look, here, we've got a column, you can see when

21  it's fully latched how far the two go together.  If

22  you only have a small amount of contact area and

23  there's meant to be more engagement with the pin

24  we're going to have to look at this and determine

25  if fully engaged, is there more contact or if it's

Page 39

1    partially engaged is there less contact, and that's

2    how I left it with him.

3        Q     On what date did you have that

4    conversation?

5        A     It would have been the last day.

6        Q     Of what?

7        A     Of the inspection at McSwain Engineering.

8        Q     So it would have been on January 11th --

9        A     Yes.

10       Q     -- 2018?

11       A     It would have been the second day of our

12   two-day inspection.

13       Q     Which was January 11, 2018, correct?

14       A     Yes.

15       Q     And just to close this out, you cannot

16   using any of your photographs recreate the

17   comparison that you say you did on January 11?

18       A     It was a visual.  We were just looking at

19   it and discussing it and I said this is a -- this

20   is one, we can photograph this when you're ready or

21   you guys can chop the harness out like we did to

22   the subject vehicle and if you have to do CT scans

23   of it together, whatever you want to do, do it.

24   You know, that's the -- that's a known good example

25   of one that was fully latched.

Page 40

1      Q    Okay.  So what you did in this respect

2  was simply to say, Bill, you can see that the male

3  end is supposed to go into the female end, you

4  should look at that and see if there's any

5  indication of how far the male end was inserted

6  into the female end of the subject connectors?

7      A    I don't know if it was Bill was there or

8  it was his assistant, but it's one of the guys I

9  spoke to about it when we went back there.

10      Q    And said essentially what I just

11  described?

12      A    Correct.

13      Q    Got it.

14          And you left it to them to actually do

15  that?

16      A    Because at that point we still weren't a

17  hundred percent sure if that was in fact -- that's

18  what was happening.  You have to perform this

19  analysis and investigate it and determine what's

20  going on.  That's what we were doing.

21      Q    Well, in fact, you didn't do any analysis

22  of those marks, you simply asked either Bill Carden

23  or one of his people to do that analysis, correct?

24      A    Correct.

25      Q    And they reported to you that they did

Page 41

1    that analysis, correct?

2         A    It was, yeah, during a conversation about

3    the time the reports were having to be done they

4    said that they had found the contact marks and that

5    they were pretty sure that the connection wasn't

6    fully latched.

7         Q    Who said that?

8         A    I think it might have been Bill.

9         Q    You think it might have been Bill.  Who

10   else might it have been?

11        A    I don't -- I don't think it was anybody

12   else.  I don't remember from anyone saying, but it

13   mostly was Bill.

14        Q    How sure is pretty sure?

15        A    99.9 percent?

16        Q    Well, you said that with a question mark

17   at the end and that's because you really don't know

18   what he meant by pretty sure, correct?  All you

19   know is he said pretty sure?

20        A    Right.

21        Q    Okay.  Fair enough.

22             So you haven't yourself drawn the

23   conclusion that any marks on the subject connector

24   are shorter than any corresponding marks on any

25   other connector, true?

```
                                        Page 42

 1        A    True.

 2        Q    Now, we talked about Mr. Coopers

 3   exemplar, correct?

 4        A    Yes.

 5        Q    Mr. Cooper was pretty clear that one

 6   shouldn't draw any conclusions from his exemplar,

 7   correct?

 8        A    He was adamant about that, yes, sir.

 9        Q    Right.

10             Because he didn't know the providence of

11   the connectors, correct?

12        A    Correct.

13        Q    He didn't even know if the -- those

14   connectors were -- originally made it in the same

15   vehicle, they may have been from two different

16   vehicles, correct?

17        A    Correct.

18        Q    But what Mr. Cooper also said is that he

19   had cycled those connectors, connected them,

20   disconnected them, connected them, disconnected

21   them, many, many times, correct?

22        A    He did.

23        Q    Right.

24             And that's part of the reason he said,

25   guys, don't draw any conclusions from my connectors
```

Page 43

1   because we don't know their history except that

2   I've been messing with them for a long time,

3   correct?

4        A    Correct.

5        Q    Right.

6             MR. SPENCER:  How is everybody doing?

7             MR. LOWE:  You doing all right?

8             THE WITNESS:  I'm fine.

9             MR. SPENCER:  Great, okay.

10            Let's go ahead and mark your report as

11   Exhibit 1.

12            (Deposition Exhibit 01 marked.)

13   BY MR. SPENCER:

14       Q    And Mr. Clarke, what I want to do here,

15   just so you -- well, first, take a look at that and

16   make sure it's complete, okay?

17       A    Looks complete.

18       Q    Okay, thank you.  That's Exhibit 1.

19            Now, we've exchanged photographs and --

20   but you brought a couple of binders here.  And I

21   want to make sure that I have a complete record of

22   everything that you've done.

23            What do you think is the best way for me

24   to do that?

25       A    Well, these -- these -- the photographs

Page 44

1   are the only photographs that we have.  So you have

2   all of those photographs.

3        Q    All right.  So to the extent that there

4   are any photographs in your binders I've already

5   got those?

6        A    That's correct.  And then there is a

7   thumb drive or a jump drive right here that was

8   from McSwain Engineering and that is Bill Carden's

9   photographs that he took.

10       Q    Is that an extra thumb drive?

11       A    It's a -- yeah, it's just --

12            MR. SPENCER:  I guess what I'm wondering

13  is, can I get that marked and leave it with the

14  court reporter?  Do you care?

15            MR. LOWE:  I have no objection.

16       A    It was given to us by McSwain Engineering

17  or sent to us.

18            MR. LOWE:  And you reviewed them?

19            THE WITNESS:  Yeah, and I had them

20  printed out, too.  They're right here, this

21  (indicating).

22            MR. SPENCER:  Okay.  Well, let's --

23            THE WITNESS:  You can look at them on

24  your computer if you want to.

25            MR. SPENCER:  Let's go off the record

Page 45

1    real quick.

2              (Off the record.)

3              MR. SPENCER:  Let's go back on.

4    BY MR. SPENCER:

5        Q    So Mr. Clarke, you brought with you two

6    binders.  Do these two binders comprise your entire

7    file concerning this matter?

8        A    Yes.

9        Q    All right.  And I notice that the number

10   that you used for this case is R-1128.  Does that

11   mean that this is the 1128th case that you've had?

12       A    No, that is the number of this case, but

13   it doesn't mean that that's all I've ever done.  We

14   had another version of it when I first started that

15   was like an RAC or a CAC number and then we started

16   to do with the R number for my first name initials

17   just to make it easier for tracking.

18       Q    Okay.  But you do number your cases

19   consecutive?

20       A    Yes.

21       Q    So this is the 1128th case that you've

22   had since you've been using the R to designate your

23   cases?

24       A    Correct.

25       Q    Got it.

Page 46

1          Looking at the -- at the first of the two

2     binders.  I see that there is a thumb drive in here

3     and what is that thumb -- it says Whitaker

4     Inspection on it.  And what is that thumb drive?

5          A    That say video taken of me doing four

6     demonstrations of the subject vehicle in Vinton,

7     Virginia.

8          Q    And that -- those are the demonstrations

9     that are mentioned in your notes, correct?

10          A    Correct.

11          Q    Let me just take a moment to -- do you

12     mind if I look at those videos real quick?

13          A    No problem at all.

14          Q    Thank you.

15          MR. SPENCER:  James, if you want to come

16     look at them, that's fine with me.

17          MR. LOWE:  I've seen them.

18          MR. SPENCER:  Okay.

19          MR. LOWE:  I was there.

20          MR. SPENCER:  Oh, you were?

21          MR. LOWE:  Uh-huh.  But I'm not subject

22     to being deposed about it.

23          MR. SPENCER:  Well, we can just chat.

24          MR. LOWE:  Sure we can.

25          THE COURT REPORTER:  Should this be off

Page 47

1    the record?

2                 MR. SPENCER:  No, let's stay on the

3    record while we chat.

4                 (Off the record discussions.)

5                 MR. SPENCER:  All right.  So I'm opening

6    this thumb drive and it says Whitaker Inspection

7    Videos, Date Modified 8/29/2016, 3:46 p.m.  And

8    there are four videos that are entitled P8230001,

9    then 2, and 3, and then 4.

10                So let's look at 1.  Oh, 1 is just a

11   picture of your foot or somebody's foot.

12                THE WITNESS:  Yeah, that was a -- I think

13   that was a boo boo on somebody's part, as they say.

14                MR. SPENCER:  Spielberg you're not, so.

15                THE WITNESS:  That wasn't me.  I wasn't

16   doing the videoing.

17                MR. SPENCER:  Okay.

18   BY MR. SPENCER:

19       Q    So this is Video No. 2.  Let's see.

20                (Whereupon, Video No. 2 began being

21   played, as follows:)

22                "CLARKE:  I'm using the known set of keys

23   as the primary set of keys.  That would be white

24   key Fob logo with Shelor Motor Mile, MM.  I'm going

25   to insert the key into the ignition switch and try

Page 48

1   to attempt to shift out of park.  Unable to.  Press

2   the brake pedal, turn the key to accessory.  Unable

3   to.  Press.  Unable to.  In the run position the

4   PRNDL in the dash indicates P.  We're in P.  Unable

5   to shift from park depressing the brake pedal.

6   Shifting into reverse.  We're in reverse.  PRNDL

7   indicates reverse.  Neutral.  Drive.  And then over

8   for your manual shift.  Back into drive, take it

9   off brake, into neutral.  Unable to shift into

10  neutral.  PRNDL indicates neutral.  Depress brake

11  pedal, put it into reverse, go off brake, you can

12  shift it into reverse.  Turn key off.  Remove key.

13  Unable to remove it from park.  Reinsert key, turn

14  to the run position, depress brake pedal, select

15  drive, attempt to turn the key off, key can be

16  removed in the drive position.  Selected neutral,

17  unable to pass the neutral gate.  Ignition back on.

18  PRNDL indicates neutral.  Depress brake pedal into

19  reverse, into park, key off, unable to come out of

20  park.  Ignition back on" --

21          Let me just pause it right there and I'm

22  pausing at 3 minutes and 22 seconds into the video.

23  And again, the video is P8230002.

24          Am I correct that during your conclusion

25  during this inspection was that the BTSI, the

Page 49

1    B-T-S-I, was working properly?

2         A    Yes.

3         Q    All right.  And the stop latch switch was

4    working properly?

5         A    Yes.

6         Q    We found on January 11, 2018, the second

7    day of our session at McSwain Engineering that a

8    piece of a pawl, P-A-W-L, on the BTSI had been

9    broken off, correct?

10        A    Yeah, there was a piece of that fulcrum

11   arm, the corner was missing.

12        Q    And that piece is what prevents one from

13   moving the gear shift lever out of park to another

14   gear position unless the ignition cylinder is in

15   the run position and the foot is on the brake,

16   correct?

17        A    Correct.

18        Q    When was that piece broken off?

19        A    I have no idea.

20        Q    It was probably while the vehicle was at

21   McSwain Engineering, correct?

22        A    No, because I -- as a formality when I'm

23   doing my analysis whether it's on a shifter on the

24   column or in the center on the floor, I always give

25   it a tug to make sure that it doesn't come out.

Page 50

1    And I think one of the next videos is -- I just

2    pushed it over and it came out and that was the

3    first time it ever happened to me.

4        Q     But that's -- that may not have been the

5    time when the piece actually broke off, correct?

6        A     Yeah, I don't know when it broke off, but

7    I mean if the BTSI, if the angle in the arm is

8    correct and it's not broken, it shouldn't come out

9    of park.

10       Q     Do you know whether anybody was able to

11   force -- forcefully overcome the BTSI before you

12   did it on August 23rd, 2016?

13       A     I don't know if anybody tried that.

14       Q     Do you know how many times people

15   forcefully overcame the BTSI between the time you

16   first did it on August 23, 2016, and the time when

17   we left McSwain -- the time when we found the

18   broken piece on January 11, 2018, at McSwain

19   Engineering?

20       A     I don't know.

21       Q     Do you have an estimate for the minimum

22   number of times that it was forced out of that

23   position?

24       A     The only -- every time I've done it it's

25   been documented.  So it was documented I think

Page 51

1    twice at that inspection.

2          Q     Okay.

3          A     And then when we documented it, whenever

4    the last documentation was done on it.

5          Q     January 11.  As far as I know, anyway.

6          A     Yeah, I mean that -- I don't do any

7    testing without videoing, you know, or not testing

8    as they say, but, you know, documentation.

9          Q     Understand.

10               I'm playing the video again.

11               (Whereupon, Video No. 2 began being

12   played, as follows:)

13               "CLARKE:  Put the PRNDL in reverse,

14   attempt to remove key in reverse.  Can remove the

15   key in reverse.  Move the shifter back and into

16   drive.  Tried to get it out of neutral, the neutral

17   gate is holding it.  Key back on, PRNDL indicates

18   neutral, shift into park, ignition on, unable to

19   remove from park.  Take the key out of ignition,

20   unable to remove from park.  This would be primary

21   set of keys.

22               "I'm now going to use what's been

23   identified as the second set of keys that has the

24   blue key Fob."

25               That has the blue key FOB.  I'm stopping

Page 52

```
 1    it right there at 4 minutes and 22 seconds.

 2            Mr. Clarke, is it fair to say that you

 3    did essentially the same thing with the blue set of

 4    keys that you did with the white set of keys?

 5        A    Yes, sir.

 6        Q    And that would be the rest of this video,

 7    correct?

 8        A    Yes.

 9        Q    All right.  Well, I'm going to not play

10    the rest of this video just in the interest of

11    time.

12            I want to look at -- whoops, hold on one

13    second, I clicked the wrong one.  Stop.

14            Okay.  Let's look at P8230003.

15            Want to look at yours notes?

16        A    I just -- I wrote down exactly what we're

17    doing.

18            (Whereupon, Video No 3 began being

19    played, as follows:)

20        Q    "CLARKE:  All right.  This is the primary

21    set of keys.  And insert the key in the ignition,

22    unable to get it out of park.  Put it into run,

23    depress the brake pedal, put it into neutral, into

24    drive, PRNDL's in drive, in drive in the selector.

25    Put it into park, foot off the brake, PRNDL
```

Page 53

1    indicates park.  Turn the key off, extract the key

2    in drive.  Extract the key, in drive."

3            How do you figure that happened?

4        A    It was a surprise to me.  I didn't

5    anticipate it to do that either.  I don't know what

6    happened.  It just -- it bypassed, all of that

7    piece was already off then, because it didn't take

8    nothing, it didn't crack, it didn't click, it just

9    came out.

10       Q    Well, I'm kind of struck by how casual

11   that movement was.  It wasn't -- and again this is

12   on the Video No. 3, it looks like you kind of

13   expected that to happen?

14       A    No, we didn't.  I didn't.  That's the

15   last thing I expected.

16       Q    Do you have an explanation for why that

17   happened apart from the possibility that the piece

18   of the pawl had broken off?

19       A    That would be from -- I thought, you

20   know, there's something wrong with the mechanism

21   and I'm familiar with them being of a plastic

22   polymer design.

23       Q    Uh-huh.

24       A    And I've had other systems similar to

25   that that have had a similar failure mode.  And I

Page 54

1    believe they were just deformed or distorted in the

2    molding or when they manufacture it.  So that was

3    one theory is maybe it followed one of the other

4    cases that I had had.  And then the other thing is

5    obviously something was broken.

6        Q    Have you ever been able to replicate what

7    we see in the third video from August 23, 2016,

8    since?

9        A    The time we replicated it I think was --

10   would have been -- the next video shows me just

11   assuming that somebody would put their hand between

12   the shifter and the dash and it comes out again

13   with ease.

14            And the next time it was pulled out would

15   have been at McSwain Engineering.

16       Q    And the time at McSwain Engineering was

17   documented upon video with the strain gauge,

18   correct?

19       A    Correct.

20       Q    All right.  Let's look at the next video.

21   And the next video is P8230004.

22            (Whereupon, Video No. 4 began being

23   played, as follows:)

24            "CLARKE:  I insert the primary keys into

25   the ignition switch, unable to shift from park.

Page 55

1   Unable to shift from park.  Key in the run

2   position.  The PRNDL in the dash indicates P or in

3   P.  Press the brake pedal, select neutral, move it

4   back into the park position, brake off, remove key,

5   exit vehicle and reach in as if to grab for

6   something in front of the lever.  As if to grab for

7   something in front of the lever."

8            Do you have any evidence that

9   Ms. Whitaker was somehow trapped by the vehicle as

10  it was rolling toward the point of rest?

11       A    I think the thing that leads me to

12  believe she was interacting with the vehicle was

13  the grass stains on her knees that were on her

14  pants that she was wearing where she might have

15  been dragged with the vehicle.

16       Q    But whether she was dragged because she

17  was holding on to the vehicle and trying to stop it

18  or was somehow trapped by the vehicle on the way to

19  the point of rest, you don't know, correct?

20       A    I don't know, but I think the logical

21  thing for people to do would be to try to stop the

22  vehicle somehow, whether to try and get back in it

23  and put their foot on the brake or try to attempt

24  to put it in park if she realized it was out of

25  park at that time.

Page 56

```
 1       Q    Your conjecture is that she was probably

 2   running with or holding onto the vehicle in an

 3   attempt to stop it, correct?

 4            MR. LOWE:  Objection.

 5       A    That's a theory, yes.

 6   BY MR. SPENCER:

 7       Q    Okay.

 8       A    But again nobody was there, nobody

 9   witnessed it, all we know is how it finished up at

10   rest.

11       Q    All right.  So what I'm going to do is

12   I'm going to save your -- or a copy of Whitaker

13   Inspection Videos on a folder that I'm going to

14   call Clarke Deposition Exhibits.

15            MR. SPENCER:  James, I'm going to try to

16   get through this as quickly as I can.

17            MR. LOWE:  Oh, you're doing fine.

18            MR. SPENCER:  So you can make an earlier

19   flight.  These things just take time, there's no

20   way around it, so.

21            MR. LOWE:  Yeah, of course, take your

22   time.  Are you done?

23            MR. SPENCER:  I'm trying to -- I'm trying

24   to get there.

25            THE WITNESS:  He wants to get back to the
```

                                                              Page 57

1    sun where it's warm.

2              MR. SPENCER:  I've been fighting a cold.

3    It's been --

4              MR. LOWE:  No kidding.

5              THE WITNESS:  Me, too, for two weeks.

6              MR. SPENCER:  Me, too.

7              THE WITNESS:  It's been really bad.

8              MR. SPENCER:  What the heck.  I think you

9    got -- you made me sick when we were --

10             THE WITNESS:  No, you gave it to me.

11             (Off the record discussions.)

12             MR. SPENCER:  Let's go back on.

13             Let's go on and mark this thumb drive

14   that we've been discussing as Clarke Exhibit 2.

15             (Deposition Exhibit 02 marked.)

16   BY MR. SPENCER:

17        Q    You've also given me a thumb drive that

18   says M1390BC/Lowe Photos & Videos, November 8,

19   2017.  And this is from McSwain Engineering because

20   it's got their little logo on it, right?

21        A    Yes.

22        Q    And what is on this thumb drive generally

23   speaking?

24        A    As far as I know there's just the

25   photographs from the analysis on that date, I'm

Page 58

1    assuming.

2              MR. SPENCER:  I'm going to copy that to

3    my little folder.

4              MR. LOWE:  Off the record.

5              (Off the record discussions.)

6              MR. SPENCER:  Let's go back on.

7    BY MR. SPENCER:

8         Q    So I've copied the whole folder over from

9    this thumb drive and it's called -- the folder name

10   is called M1390PHOTO, call caps.  I'm going to

11   remove that thumb drive from my computer and we

12   will mark the thumb drive that we've just been

13   discussing as Clarke Exhibit 3.

14             (Deposition Exhibit 03 marked.)

15   BY MR. SPENCER:

16        Q    And going through your binder there's a

17   folder here called Notes and it contains, I don't

18   know how many pages, but there are notes from

19   March 17, 2016; August 23, 2016; September 22 of

20   2016; October 6th, 2016; July 27, 2017; February

21   11 -- excuse me, sorry.  That was wrong.  August 8,

22   2017 is the next date.  October 4, 2017, is the

23   date after that.  And then October 26, 2017.  And

24   November 8, 2017.  And January 1, 2018.  And

25   January 11, 2018.  Correct?

Page 59

1       A    Correct.

2       Q    All right.  It's exciting stuff, isn't

3    it?

4            MR. SPENCER:  So let's mark your notes as

5    Exhibit 4.

6            (Deposition Exhibit 04 marked.)

7            MR. SPENCER:  And I'm going to put that

8    on the page divider.

9            THE WITNESS:  That's fine.

10           MR. SPENCER:  Can you make those copies?

11           THE WITNESS:  Yes.

12           MR. SPENCER:  All right.  If you would do

13   that that would be great.

14           MR. LOWE:  For both of us, please.

15           THE WITNESS:  Sure.

16   BY MR. SPENCER:

17      Q    And then we have your contract, which I

18   have.  Your list of publications, which I have.

19   Your list of depositions which -- that you've given

20   in the last four years, which I have.  Your list of

21   trial testimony, which I have.

22           Then we have your bills.

23      A    I think that's Miscellaneous right there,

24   isn't it?

25      Q    Yes, it's called Miscellaneous and we'll

Page 60

1    mark that as Exhibit 5.

2              (Deposition Exhibit 05 marked.)

3    BY MR. SPENCER:

4        Q     And Exhibit 5 is all the documentation in

5    the miscellaneous -- after the Miscellaneous tab.

6              And then we have correspondence and we'll

7    mark that as Exhibit 6.

8              (Deposition Exhibit 06 marked.)

9    BY MR. SPENCER:

10       Q     Okay.  Correspondence is Exhibit 6.

11             Hyundai docs is another folder which is

12   Exhibit 7.

13             (Deposition Exhibit 07 marked.)

14   BY MR. SPENCER:

15       Q     Protocol I'm going to skip.

16             And Service Bull/Recalls is Exhibit 7.

17             MR. LOWE:  8.

18             THE WITNESS:  8.

19             MR. SPENCER:  Excuse me, Exhibit 8.  I

20   apologize.  Thank you.  Gosh, y'all, back off.

21   Jumping on me.

22             (Deposition Exhibit 08 marked.)

23   BY MR. SPENCER:

24       Q     CarFax is Exhibit 9.

25             (Deposition Exhibit 09 marked.)

Page 61

1          MR. SPENCER:  Did I get that right?

2          MR. LOWE:  We'll let you know if you mess

3    up.

4          MR. SPENCER:  Y'all are hard-asses.

5    BY MR. SPENCER:

6      Q    Exhibit 10 is Web Search.

7          (Deposition Exhibit 10 marked.)

8    BY MR. SPENCER:

9      Q    And Exhibit 11 is your Invoices file --

10   tab.

11         (Deposition Exhibit 11 marked.)

12         MR. SPENCER:  And we've agreed that

13   Mr. Clarke is going to make copies of those things

14   for us.  And if you would do color to color that

15   would be great.

16         THE WITNESS:  Okay.

17         MR. SPENCER:  And I'm frankly fine if you

18   just want to scan them and send them to us that

19   way, that'd be great.

20         THE WITNESS:  Okay.  Electronically.

21         MR. SPENCER:  Yeah, sure.

22         MR. LOWE:  This isn't a lot to send in an

23   email.

24         MR. SPENCER:  Yeah.  Send them to James,

25   to me, and to the court reporter, please.  Then

Page 62

1   she'll have the -- and she can put the originals

2   with the file.

3            And I'm fine if you just want to give us

4   these things on electronic media, too.

5   BY MR. SPENCER:

6       Q    All right.  So then turning to your

7   photograph folder.  We have something called Photos

8   by Others and there are two photographs.  Do you

9   know who took those?

10      A    I do not.

11           MR. SPENCER:  Well, let's mark them as

12   Exhibit 12 regardless.

13           And if you have these electronically we'd

14   like to receive them in that fashion, please.

15           (Deposition Exhibit 12 marked.)

16           THE WITNESS:  Okay.

17   BY MR. SPENCER:

18      Q    Then the next is entitled Exemplar Photo,

19   that's what the folder name is, and these are

20   photos called DP-E0001 to DP-E0102.  And they were

21   all taken on October 25, 2017, am I correct?

22      A    That's the -- is that what the photos are

23   dated?

24      Q    Yeah.

25      A    Yeah.

Page 63

1      Q    And whose are these?

2      A    I think they're Bill Carden's, I believe,

3    because he reviewed the vehicle with me on 10/25.

4    So there should be some pictures of the exemplar

5    shifter there.

6          MR. SPENCER:  All right.  We'll mark

7    those as Exhibit 13 simply because I don't think I

8    have those yet.  I'm not saying I don't, I'm just

9    saying I don't recognize them.

10          (Deposition Exhibit 13 marked.)

11          MR. SPENCER:  Exhibit 13 are the photos

12    that I just described DP-E0001 through 102 dated

13    October 25, 2017.

14          MR. LOWE:  And you should have those in

15    McSwain's production.

16          MR. SPENCER:  And I may very well, I just

17    don't know.

18    BY MR. SPENCER:

19      Q    The next is a series of photos that are

20    marked DP-0001 to DP-0379.  And those were also

21    taken October 25, 2017.  Who's are these?

22      A    That would be, I think, McSwain's again

23    or Bill Carden's.

24          MR. SPENCER:  Let me see something real

25    quick.  I don't have these yet.  At least according

Page 64

1   to my records.

2          MR. LOWE:  Okay.  You should.

3          MR. SPENCER:  Well, you know, look, these

4   things happen.  And I may in fact have them, I just

5   don't know.

6          MR. LOWE:  Okay.  You want to include

7   those in Exhibit 13 or did you want to mark them

8   separately.

9          MR. SPENCER:  Let's mark them as 14.

10          (Deposition Exhibit 14 marked.)

11          MR. SPENCER:  And if we could have those

12   electronically that would be great.

13   BY MR. SPENCER:

14      Q    The next divider is called Photo dash --

15   excuse me -- Photo/CD and this is a set of

16   photographs from your inspection of August 23,

17   2016, and these are photographs DSC_0001 to

18   DSC_0053.  And these appear to have been done by

19   you while the vehicle was still in Virginia,

20   correct?

21      A    Correct.

22      Q    And I know we have those so I'm not going

23   to mark those.

24          Then there's another series behind the

25   same divider that is marked and these are photos

Page 65

1    that were also taken on August 23, 2016, and these

2    are CAC10001 to CAC10122.  Those are pictures taken

3    by you, again, while the vehicle was in Virginia,

4    correct?

5         A    Correct.

6         Q    And I know I have those so I'm not going

7    to copy those again.

8              The next divider is your photos that were

9    taken -- or excuse me -- yes, photos taken by you

10   on September 22, 2016.  And I don't have those for

11   whatever reason.

12        A    That's the exemplar shifter, was it not,

13   in 2016?

14        Q    It's November 22, 2016.

15             MR. LOWE:  November 22?

16             MR. SPENCER:  I'm sorry, I'm screwing up.

17   I apologize.  Let me start over.

18   BY MR. SPENCER:

19        Q    It's September 22, 2016, okay?  I

20   apologize.  And these are pictures called CAC1002

21   to CAC -- I'm losing my mind.  Let me -- okay.  I'm

22   going to start over again.

23             There are photographs taken September 22,

24   2016, and they're marked CAC10002 -- excuse me --

25   10001 to 10029.  And I don't have those so I'd like

Page 66

1    for these to be marked as Exhibit 15.

2            (Deposition Exhibit 15 marked.)

3    BY MR. SPENCER:

4        Q    The next series of photographs was taken

5    on July 27, 2017.  And these photographs were

6    marked CAC10001 to CAC10037.

7            And then there are after that a series of

8    photographs called Snapshot_170727 - 070041.  And

9    then the next one is 070127.  Then we have 070145,

10   070228, 070247, 070322, 070345, 070418, 070438, and

11   these are all snapshots that were taken by

12   Mr. Webster from his computer when he was doing the

13   download, correct?

14       A    Yeah, they were pictures that were taken

15   during that inspection.

16       Q    Right.

17           I have everything behind that tab so I'm

18   not going to mark it.

19           The next thing we have are photographs

20   that were taken on August 8, 2017, and these are

21   also marked CAC10001 to CAC10030.  We have those so

22   I'm not going to mark those, okay?

23           Next we have photographs that were taken

24   on October 3, 2017, and these are photos that are

25   of the exemplar vehicle and they are P102073 to

Page 67

1    P102082.  And what are these?

2        A    They were -- I think that's the '07 Santa

3    Fe where we removed the '07 steering column and

4    shifter.

5            MR. SPENCER:  We'll mark those as

6    Exhibit 16.

7            (Deposition Exhibit 16 marked.)

8    BY MR. SPENCER:

9        Q    By the way, let me digress for a moment.

10   I saw in your notes that the first steering column

11   that you got from a 2006 model year vehicle was not

12   the same as the one in the subject vehicle.  Do you

13   know why that is?

14       A    It's using a different mechanism is all.

15   I don't think it's got a cable mechanism that

16   controls removing the key when it's in park.  It's

17   a link, mechanical link between the shifter and the

18   column.

19       Q    Okay.  Just a different design?

20       A    It is.

21       Q    To accomplish the same thing, right?

22       A    Yes, sir.

23       Q    Okay.  Great.

24            And then we have a series of photographs

25   that was taken on October 4, 2017, and these are

Page 68

1    marked CAC10001 through 10015.  And I know I have

2    those so I'm not going to mark them.

3              Then we have a series of photographs

4    taken October 26th, 2017, of the subject vehicle

5    and these are marked CAC10001 to CAC10002, and I

6    know I had -- excuse me, let me back up.

7              They're dated October 26th, 2017, they're

8    marked CAC10001 to CAC10117.  And I know I've seen

9    these so I'm not going to mark them.

10             But looking at the last page of this, can

11   you tell from this picture whether the end of the

12   pawl is broken off in these photographs?

13             MR. LOWE:  Can you hand it to him?

14             MR. SPENCER:  Sure.

15        A    Yes, it appears that the corner piece is

16   missing up there.  One of the edges is fractured

17   off for some reason.

18   BY MR. SPENCER:

19        Q    So it looks as though you did a partial

20   disassembly of the center console, correct?

21        A    Yes.

22        Q    And peered in, correct?

23        A    Yes, sir.

24        Q    And documented those things that are seen

25   in the photographs, correct?

1      A     Correct.

2             MR. LOWE:  Would it be all right if we

3    stipulated that that was at a joint inspection?

4             MR. SPENCER:  I know we were there for at

5    least part of it.  I don't know if we were there

6    for the whole thing of that.  I just don't

7    remember.  Because I don't remember ever looking at

8    the locking pawl at that point.

9      A     That was the first time that, you know,

10   we all looked at it with Bill Carden together.

11   That was that day at Buckingham Automotive, October

12   26th.

13            MR. LOWE:  Right.  With Gary Webster and

14   you and Eddie Cooper all there.

15            MR. SPENCER:  And you were there.

16            MR. LOWE:  And I was there.

17            MR. SPENCER:  Yep.

18            MR. LOWE:  That's why I thought we could

19   stipulate because you were also there.

20            MR. SPENCER:  You did this, didn't you?

21            MR. LOWE:  Yes, I, and the A team.

22   BY MR. SPENCER:

23     Q     Okay.  All right.  So the next series of

24   photographs is dated November 8, 2017.  And that is

25   a series of photographs with the markings on them

```
                                                  Page 70
 1    CAC10001 to CAC10038.  And I have those so I'm not
 2    going to mark them.
 3             And the next series of photographs is
 4    marked 1-10, 1-11.  And these are photographs taken
 5    on January 10 and 11, 2018.  And they are numbered
 6    DSC_0001 to DSC_0037.  And then CAC1001 to -- I
 7    said 1001 -- I meant 10001 -- to CAC10117.
 8             And then there's a second set of
 9    photographs that was taken on January 11, 2018, and
10    these are marked CAC10001 through CAC10061.
11             Correct?
12        A    Correct.
13        Q    All right.  And that's your whole file,
14    correct?
15        A    It is.
16        Q    Great.  Thank you.
17             MR. SPENCER:  Let's take just a couple of
18    minutes break and then I'll start trying to wrap
19    up.
20             (Recess taken 10:37 - 10:46 a.m.)
21             MR. SPENCER:  We're going to bounce
22    around here a little bit.  That's because I'm in
23    clean-up mode.
24    BY MR. SPENCER:
25        Q    Were you able to determine whether or not
```

Page 71

1    the fascia under the steering column had ever been

2    removed before our joint inspection on October

3    26th, 2017?

4        A    I was not, no.

5        Q    Okay.  You evaluated the grade of the

6    parking area at Ms. Whitaker's home; is that

7    correct?

8        A    Yeah.  The accident scene?

9        Q    Correct.

10       A    Yes.

11       Q    All right.  And I'm looking at your notes

12   of October 6th, 2016, which were a part of Exhibit

13   4, and you got some measurements there.  Is the

14   point at the far left the point of rest?

15       A    That's the railroad ties I think are

16   right there.

17       Q    Ah, okay.  So basically what you did was

18   you measured to the railroad ties at the downhill

19   end of the parking area up to where the parking

20   area ends and the grass begins; is that correct?

21       A    Correct.

22       Q    And you found that that was 12 feet,

23   what, 5 inches?

24       A    Approximately, yes.

25       Q    And what was the slope there?

Page 72

1      A    I didn't quantify the slope.  We were

2 just looking at the -- the analysis from the width

3 and how far back we were coming.

4      Q    Did you -- so have you ever quantified

5 the slope of the parking area?

6      A    I have not, no.

7      Q    Has anybody to your knowledge?

8      A    I don't know.

9      Q    Do you have an opinion concerning how

10 readily the vehicle, Ms. Whitaker's vehicle would

11 have rolled, had it been powered off and in a gear

12 other than park?

13      A    Well, when we were there Mr. Sylvester, I

14 think, videotaped it, didn't he?  I never got a

15 copy of his video.

16      Q    So you all did an experiment along those

17 lines?

18      A    Yeah, we did.  We did three videos,

19 approximately 9 feet, 7 feet and 5 feet from the --

20 from the parking of the vehicle to see how quickly

21 it would roll.

22      Q    Okay.  And Fred Sylvester videotaped

23 that?

24      A    I believe so, it was Fred, uh-huh.

25           MR. SPENCER:  James, can I get a copy of

Page 73

1    that?

2              MR. LOWE:  I don't think he videotaped

3    it.  I think I might have videotaped it of Fred

4    Sylvester driving.

5              THE WITNESS:  Yeah, okay.

6              MR. LOWE:  But I -- I will have to look

7    and see if I have those videos.  My only way of

8    having made them, if I did it all, would have been

9    on my iPhone so I'm going to -- I'll check.

10             MR. SPENCER:  Well, let me ask you this.

11   I don't like getting stuff that lawyers did, just

12   as a general rule.  I think we ought to have the

13   freedom to --

14             MR. LOWE:  But I think I was the -- I

15   think I was the videographer.

16             MR. SPENCER:  Okay.

17             MR. LOWE:  I'll see.  I don't even know

18   if I have them.

19             MR. SPENCER:  Okay.

20   BY MR. SPENCER:

21       Q    While he's looking for that I'm going to

22   keep going.

23             Looking at Exhibit 2 --

24             MR. LOWE:  I have them and I'll be happy

25   to share them with you.  You can look at them --

Page 74

1          MR. SPENCER:  Do you mind if I look at

2    them?

3          MR. LOWE:  -- right now.

4          MR. SPENCER:  Do you mind if I look at

5    them real quick?

6          MR. LOWE:  Nope, I don't mind.

7          MR. SPENCER:  Thank you.

8          MR. LOWE:  I'm just that nice.  Will you

9    make sure the record reflects that.

10          MR. SPENCER:  I'll stipulate that.

11          (Off the record to view videos.)

12          MR. LOWE:  That's it.  Those are the only

13    two I have.

14          MR. SPENCER:  If you can share those with

15    me that will be great.

16          MR. LOWE:  I can and will.

17          MR. SPENCER:  I appreciate that.

18          If you can email them to me and to --

19    Judi, right?

20          THE COURT REPORTER:  Uh-huh.

21          MR. SPENCER:  Thank you.  I'm sorry, I

22    have a problem with names.

23          THE COURT REPORTER:  That's all right.

24          MR. SPENCER:  And we'll make that our

25    next exhibit, Exhibit 17.

Page 75

1           I've written "Lowe Video" on the envelope

2    and put a sticker on that and we'll put a thumb

3    drive in that and mark it as Exhibit 17.

4           (Deposition Exhibit 17 marked.)

5           (Off the record discussions.)

6           MR. SPENCER:  Let's go back on the

7    record.

8    BY MR. SPENCER:

9       Q    I'm showing you a photograph from the

10   August 23, 2016, set and this is DSC_0044.  That

11   picture was taken at the same time you all were

12   doing the experiments that James videoed and just

13   showed us, right?

14      A    Correct.

15      Q    Okay.  Got it.

16           Who is that guy on the right?

17           THE WITNESS:  I think that's you

18   (indicating).

19           MR. LOWE:  Yeah, that's me.

20           THE WITNESS:  Yeah.

21           MR. LOWE:  I'm better looking now --

22      A    That's Fred right there (indicating).

23           MR. LOWE:  -- then I was at the time?

24           MR. SPENCER:  That's Fred so that -- I

25   thought you -- it doesn't look like you.

Page 76

1              MR. LOWE:  Well...

2              MR. SPENCER:  No offense, but...

3              THE WITNESS:  You got good eyes if you

4     can see that.

5              MR. SPENCER:  No, I zoomed in on the

6     digital version.

7     BY MR. SPENCER:

8         Q    In the same set --

9              MR. LOWE:  Well, I don't know who else it

10    could possibly be.  It was me.

11             MR. SPENCER:  Okay.

12    BY MR. SPENCER:

13        Q    On the same set, DSC_0016, there's a

14    plastic baggy and it's got dates on it of February

15    4, 2016, and then March 4, 2016.  And what happened

16    on those two dates, if you know?

17        A    I'm assuming it's something to do with

18    Fred Sylvester because there's F something S on

19    there.  I'm assuming that's when he took custody of

20    the keys.

21        Q    Okay.

22        A    The second set and put it in that bag.

23        Q    What's this other thing there, the clip?

24        A    I don't know.  That was with him.

25        Q    All right.

Page 77

1     A    And it's with him today at McSwain's.

2     Q    All right.

3     A    Or wherever it is.

4     Q    If you look in the same set of photos,

5   DSC_0019 and 20, you took some pictures of a

6   plastic cover that was next to the aftermarket

7   floor mat.  What is that cover for?

8     A    That's the inboard cover for the seat

9   track mount.

10    Q    Inboard seat track mount?  I see.

11    A    On the driver's seat, yes.

12    Q    Yeah, if we look at DSC_19 we can see the

13  outboard cover is still in place, correct?

14    A    Yes, you can.

15    Q    Do you know when that cover, the inboard

16  cover was displaced?

17    A    I have no idea.

18    Q    You documented it just because it was

19  there; is that right?

20    A    Correct.

21    Q    You haven't drawn any conclusions from

22  that?

23    A    I have not.

24    Q    You don't believe that Ms. Whitaker

25  pulled it off during the incident, do you?

Page 78

1       A    I have no idea when it became dislodged

2   from this location.

3       Q    Is it fair to say if Ms. Whitaker were

4   paying attention and were not distracted, she would

5   have known that the car was rolling as soon as she

6   took the foot off the brake?

7            MR. LOWE:  Objection, calls for

8   speculation.

9   BY MR. SPENCER:

10      Q    If it was in neutral or drive?

11           MR. LOWE:  Objection, calls for

12   speculation.

13      A    Yeah, that's something really I've not

14   been asked to study.  I don't do human factors of

15   what people will do when distracted.

16   BY MR. SPENCER:

17      Q    Yeah.

18      A    It's not my area.

19      Q    All right.  That's fair.  Don't know till

20   you ask.

21           You documented some dirt on the grab

22   handle of the driver door, as we see in the same

23   set of photographs, photograph DSC_0024, correct?

24      A    Yes.

25      Q    Did you draw any conclusions about when

Page 79

1    that dirt was deposited there?

2         A    I have not, no.

3         Q    Do you know if anybody has?

4         A    I don't think anybody has.

5         Q    Okay.  Great.

6              You also documented in the same set of

7    photographs, No. DSC_0036, some wear on the -- and

8    some dirt actually on the gear shift handle,

9    correct?

10        A    Correct.

11        Q    Have you drawn any conclusions about

12   those conditions?

13        A    No.  I was just documenting really the

14   condition, the wear, that kind of thing.

15        Q    Have you drawn any conclusions about the

16   dirt?

17        A    No.

18        Q    Same set of photographs, DSC_0044, that

19   was an attempt to document the slope, correct?

20        A    Yeah, just to give you an overview of the

21   area.

22        Q    Right.

23             And we talked about 44.

24             I'm not going to take the time to take my

25   tabs off unless you want me to.

Page 80

1          Okay.  Thanks.

2          I want to look at your report now which

3    is Exhibit 1.  I just have some questions about

4    this.

5          Are there any areas that Bill Carden is

6    going to cover that you aren't?  I guess what I'm

7    asking is, what's the division of responsibility

8    between you guys?

9       A    The way I understand it, my area is the

10   vehicle itself and its operation to a point where

11   we get the disassembly done.  And then from the

12   disassembly onwards that would be for Bill Carden

13   to opine to what he saw.

14      Q    All right.  So you can talk about the

15   work you did up to which disassembly, the October

16   '17 disassembly or the January '18 disassembly?

17      A    It would be the disassembly at McSwain

18   Engineering, the last one.

19      Q    January 10 and 11 --

20      A    Yeah.

21      Q    -- 2018?

22          Okay.  Great.  Thank you.

23          MR. LOWE:  I can just tell you that I

24   consider Richard Clarke to be a design expert

25   talking about the vehicle design and manufacturing

Page 81

1    and I consider Bill Carden to be a materials

2    expert.

3              MR. SPENCER:  Well, I don't see any

4    opinions in here that are critical of the design of

5    the vehicle.

6              MR. LOWE:  Right.  It's a

7    manufacturing --

8              MR. SPENCER:  Okay.

9              MR. LOWE:  -- issue.

10             MR. SPENCER:  So the only --

11             MR. LOWE:  I think he says specifically

12   in his report that it doesn't meet the design

13   intent.

14             MR. SPENCER:  That's what I saw.  Okay.

15             MR. LOWE:  Yeah.  So I didn't mean to

16   interrupt you --

17             MR. SPENCER:  No, no, you were --

18             MR. LOWE:  -- your depo, but just to

19   clarify what I expect --

20             MR. SPENCER:  Right.

21             MR. LOWE:  -- by way of division.

22   BY MR. SPENCER:

23        Q    The theory at that present is that there

24   is no design defect in this vehicle, but there is a

25   manufacturing defect, specifically a theory that

Page 82

```
 1   the connectors were not firmly seated during

 2   assembly, correct?

 3        A    Correct.

 4        Q    Thank you.  You just saved us a ton of

 5   time.

 6             You say in Paragraph 2 under Findings on

 7   the second page of your report, that the subject

 8   vehicle's gear shift lever can be shifted out of

 9   park, without depressing the foot brake, et cetera.

10   The force that is necessary to shift it out of park

11   is documented in the strain gauge experiments at

12   McSwain, correct?

13        A    Correct.  It's a force gauge, I think is

14   what he used, wasn't it?

15        Q    Right.

16             Would you agree with me that she couldn't

17   have both left the vehicle in drive and left the

18   vehicle in park?

19        A    I would have to agree with you on that,

20   yes.

21        Q    It's one or the other?

22        A    One or the other.

23        Q    Is there any work underway, either by you

24   or on your behalf, or by McSwain or on its behalf,

25   that is not reflected in your report or McSwain's
```

Page 83

1    report?

2         A    I have not reviewed the McSwain report,

3    but there's no work underway from my report.

4    That's everything.

5         Q    Okay.  So there are no projects underway

6    that aren't covered in your report as far as you

7    know?

8         A    Correct.

9         Q    Okay.  And you don't plan on doing any

10   additional work other than perhaps selecting

11   exhibits for trial?

12        A    If we're requested to build some

13   demonstrative exhibit we would, that's correct.

14             MR. LOWE:  And I would expect obviously

15   that they may be responding to whatever the Defense

16   experts have to say.

17             MR. SPENCER:  Sure.

18   BY MR. SPENCER:

19        Q    Are you aware of any documentation of the

20   forces necessary to overcome the BTSI other than

21   what is documented in the photographs and video of

22   the strain gauge experiments?

23        A    I'm not.

24        Q    You refer at the bottom of Page 5,

25   Paragraph 2, to some -- it says "gauges," but you

Page 84

1   you mean gouges from a prior electrical

2   examination.  Are you referring to the gouges on

3   the female connector's blades that were caused by

4   Mr. Cooper's probes?

5        A    Yes.

6        Q    All right.  And you document:  The male

7   portion of the subject vehicle's electrical

8   connector revealed contact marks, this is

9   consistent with engagement with the female portion.

10  Correct?

11       A    Correct.

12       Q    But how much engagement, you leave that

13  to Mr. Carden, correct?

14       A    That is correct.

15       Q    When you say that the subject vehicle

16  violates Federal Motor Vehicle Safety Standards 102

17  and 114 in Paragraph 7 of the Opinion section of

18  your report, Exhibit 1, in what way does it -- does

19  the vehicle in its current condition violate those

20  standards?

21       A    So 102(S3.1.3) is starter interlock.  The

22  engine starter shall be inoperative when the

23  transmission shift lever is in a forward or reverse

24  drive position.  That's basically from 102.

25       Q    Let me just stop you right there.

Page 85

1            And the vehicle as designed complies with

2     that provision and with 102, correct?

3          A    Yes.

4          Q    All right.  Now, let's go to 114.

5          A    114 also specifies requirements to reduce

6     the incidence of crash resulting from a rollaway of

7     a parked vehicle.

8          Q    And that's the BTSI standard?

9          A    Correct.

10         Q    B-T-S-I?

11         A    Correct.

12         Q    And the vehicle as it sits right now does

13    not comply with that standard, but as originally

14    designed and manufactured it did?

15             MR. LOWE:  Objection.

16         A    I'm assuming that this wasn't broke

17    during manufacturing.

18         Q    Right.

19         A    So I'm sure the one vehicle that was

20    tested or how many were tested for that particular

21    standard passed.

22         Q    All right.

23         A    And then same on the 14, the --

24             MR. LOWE:  114.

25         A    114, sorry, it's S4.2, in each vehicle

Page 86

```
 1    which has an automatic transmission with a park
 2    position shall when tested under the procedure
 3    prevent removal of the key unless the transmission
 4    or transmission shift lever is in the park or
 5    becomes locked in park.
 6    BY MR. SPENCER:
 7        Q    But again, the vehicle as designed and
 8    manufactured met the standard?
 9             MR. LOWE:  Objection, you talking about
10    the subject vehicle?
11             MR. SPENCER:  Well, yeah.
12             MR. LOWE:  Well, there's a difference
13    between design and manufacture in this case.  I
14    don't know if that's intended to be misleading or
15    not.
16             MR. SPENCER:  No, no, but for purposes of
17    this case and for purposes of 114, as it was
18    originally designed and manufactured it complied.
19             MR. LOWE:  Are you talking about the
20    subject vehicle or the subject vehicle design --
21             MR. SPENCER:  I'm talking about --
22             MR. LOWE:  -- the model design?
23             MR. SPENCER:  I'm talking about both.
24    And let me be specific.  I'm not trying to be
25    tricky here.
```

Page 87

1          MR. LOWE:  Okay.

2

3    BY MR. SPENCER:

4       Q    It's my understanding that the only

5    manufacturing defect that you all have identified

6    as part of your present theory is the failure to

7    firmly seat the connector in the wiring harness

8    between the parking position switch on the one hand

9    and the ignition cylinder on the other hand?

10       A    Correct.

11       Q    All right.  That covers it.

12          MR. LOWE:  Okay.  Thank you.

13          MR. SPENCER:  Thank you.  I didn't -- I'm

14    sorry if I caused any confusion.

15          MR. LOWE:  It may have just been my own.

16       A    And then I've got, I guess, it's Section

17    S4.2.1.

18    BY MR. SPENCER:

19       Q    Uh-huh.

20       A    Each vehicle specified therein may have a

21    device which when activated permits movement or

22    moving park after the removal of the key.

23          And obviously that's the device where you

24    lift up the cover and push down on the BTSI to

25    remove that part.

Page 88

1       Q    Yeah, it's the BTSI override feature that

2    you document in some of your photographs I think.

3            Okay.  Going through your bills, you have

4    an entry for October 6, 2016, for you performing a

5    video demonstration of the subject vehicle.  Are

6    those the videos that we looked at?

7       A    I think so, yes.

8       Q    And those would be Exhibit 2, I think.

9            Okay.  That's the only video

10   demonstration that you personally performed?

11      A    Correct.

12      Q    On that day?

13      A    Yes.

14      Q    All right.

15      A    That was on the preliminary inspection.

16      Q    Right.

17           Who is Marlo, M-A-R-L-O, Crawl.

18   C-R-A-W-L?

19           MR. LOWE:  It's Milo, M-I-L-O.

20           MR. SPENCER:  Well, it's spelled

21   M-A-R-L-O.

22      A    It's -- I spelled it wrong or Emily did

23   when she entered it into the time section.

24   BY MR. SPENCER:

25      Q    Well, who is Milo Crawl?

Page 89

1          A     He was an employee of McSwain

2     Engineering.

3          Q     It sounds like a heavy metal rocker.  No

4     offense, but...

5               MR. LOWE:  None taken.

6     BY MR. SPENCER:

7          Q     You picked up some exemplar parts from

8     Buckingham Automotive on October 23, 2017,

9     according to your bill.  What were those parts?

10         A     It would be exemplar steering columns.

11         Q     All right.

12         A     Or exemplar column, not S, just one.

13              MR. SPENCER:  All right.  Let's take a

14     break.

15              (Recess taken 11:13 a.m.)

16              MR. SPENCER:  Let's go back on the

17     record.

18              All right.  That's all the questions I

19     have.

20              James, do you have any?

21              MR. LOWE:  Yeah, I have two.  I hope just

22     two.

23

24

25

Page 90

1                    EXAMINATION

2    BY MR. LOWE:

3        Q    Mr. Clarke, I just wanted to ask you

4    about some of the things you've testified to with

5    respect to whether or not you hold certain

6    opinions.

7              First of all, do you have an opinion to a

8    reasonable engineering and scientific certainty

9    that the theory that you discussed with Mr. Spencer

10   regarding the manufacturing defect which was the

11   failure to fully connect the solenoid connector, is

12   it your opinion that that defect existed at the

13   time of the manufacture of the Whitaker vehicle?

14       A    Yes.

15       Q    Do you also have an opinion to a

16   reasonable engineering and scientific certainty,

17   with respect to what would be the effect of a fully

18   engaged -- let me rephrase that.

19             Do you have an opinion to a reasonable

20   engineering and scientific certainty as to whether

21   or not if the solenoid connector had been fully

22   engaged as designed, it would be subject to

23   inadvertent disengagement?

24       A    It would be unable to inadvertently

25   disengage it.

Page 91

1        Q     Okay.  And why is that?

2        A     Because you have to purposely push down

3    on the locking tab at the same time as you're

4    pulling it apart.

5        Q     All right.  So if it were fully engaged

6    at the time of the installation of the aftermarket

7    radio and microphone, unless someone intentionally

8    pushed down on the tab to remove it, to remove the

9    connector, do you have an opinion to a reasonable

10   engineering and scientific certainty as to whether

11   or not it would otherwise be inadvertently

12   disengaged in that process?

13       A     You couldn't inadvertently disengage it.

14       Q     Do you have an opinion to a reasonable

15   engineering and scientific certainty as to whether

16   or not in the installation of an aftermarket radio

17   and microphone, it would be necessary or desirable

18   to disengage that solenoid connector for any reason

19   in order to facilitate the wiring of those

20   aftermarket parts?

21       A     I don't see any reason why it would need

22   to be disconnecting that for any reason.

23            MR. LOWE:  Thank you.  That's all the

24   questions I have.

25

Page 92

1              FURTHER EXAMINATION

2    BY MR. SPENCER:

3        Q    Was the technician who put in the

4    aftermarket radio hung over?  Serious question?

5        A    I have no idea.

6        Q    Was he on drugs?

7             MR. LOWE:  Objection, speculation.

8        A    I have no idea.

9    BY MR. SPENCER:

10       Q    Was he intoxicated?

11       A    I have no idea.

12       Q    How much sleep had he gotten the night

13   before?

14       A    I don't know.

15            MR. LOWE:  Objection.

16   BY MR. SPENCER:

17       Q    Do you know whether it was a him or a

18   her?

19       A    I do not.

20       Q    Do you know what level of experience that

21   person had?

22            MR. LOWE:  Objection.

23       A    No idea.

24   BY MR. SPENCER:

25       Q    Okay.  Great.

Page 93

1            MR. SPENCER:  I have no further
2    questions.
3            MR. LOWE:  Neither do I.
4            MR. SPENCER:  You want to read it.
5            MR. LOWE:  Yes, he'll read it.
6            THE WITNESS:  Yes, read and sign, I did
7    that at the beginning.
8            MR. SPENCER:  All right.  So let's make
9    sure we're good.
10            You're going to take Exhibits 1, 2 and 3.
11            James is going to somehow get the videos,
12    Exhibit 17, to you and to the rest of us.
13            Richard Clarke is going to have the other
14    exhibits either scanned in color or copied in color
15    and sent to all three of us, the court reporter,
16    James and me, right?
17            THE WITNESS:  Correct.
18            MR. SPENCER:  Anything else we need to
19    talk about?
20            I want to order a copy expedited and
21    he'll want the same thing.  And if you can have the
22    exhibits as well that would be great.  And I'd like
23    an e-tran.  I don't need a PDF.  But I do need the
24    original in a sealed envelope as well with the
25    exhibits as well, okay?

Page 94

1          I ordered it expedited and asked for an

2     e-tran and all of that.

3          MR. LOWE:  I would request the same.

4          MR. SPENCER:  I figured you would.  I

5     already told her that.

6               (Deposition concluded at 11:18 a.m.)

7               (Signature requested reserved.)

8

9                    *   *   *   *   *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          The following reporter and firm
disclosures were presented by me at this proceeding
2    for review by counsel:
                 REPORTER DISCLOSURES
3          The following representations and
disclosures are made in compliance with Georgia
4    Law, more specifically:
                 Article 10 (B) of the Rules and
5    Regulations of the Board of Court Reporting
(disclosure forms).
6          OCGA Sections 9-11-28 (c)
(disqualification of reporter for financial
7    interest).
                 OCGA Sections 15-14-37 (a) and (b)
8    (prohibitions against contracts except on a
case-by-case basis).
9    - I am a certified court reporter in the state of
Georgia.
10   - I am a subcontractor for Veritext.
- I have been assigned to make a complete and
11   accurate record of these proceedings.
- I have no relationship of interest in the matter
12   on which I am about to report which would
disqualify me from making a verbatim record or
13   maintaining my obligation of impartiality in
compliance with the Code of Professional Ethics.
14   - I have no direct contract with any party in this
action, and my compensation is determined solely by
15   the terms of my subcontractor agreement.
                 FIRM DISCLOSURES
16   - Veritext was contacted to provide reporting
services by the noticing or taking attorney in this
17   matter.
- There is no agreement in place that is prohibited
18   by OCGA 15-14-37(a) and (b).  Any case-specific
discounts are automatically applied to all parties,
19   at such time as any party receives a discount.
- Transcripts:  The transcript of this proceeding
20   as produced will be a true, correct, and complete
record of the colloquies, questions, and answers as
21   submitted by the certified court reporter.
- Exhibits:  No changes will be made to the
22   exhibits as submitted by the reporter, attorneys,
or witnesses.
23   - Password-Protected Access:  Transcripts and
exhibits relating to this proceeding will be
24   uploaded to a password-protected repository, to
which all ordering parties will have access.
25

1              C E R T I F I C A T E
2          Deposition of: Richard A. Clarke
3        Date of Deposition: February 1, 2018

4    STATE OF GEORGIA:
     COUNTY OF HALL:

5

6           I hereby certify that the foregoing
7    transcript was stenographically recorded by me
8    as stated in the caption.  The deponent was duly
9    sworn to tell the truth, the whole truth, and
10   nothing but the truth.  And the colloquies,
11   statements, questions and answers thereto were
12   reduced to typewriting under my direction and
13   supervision and the deposition is a true and
14   correct record, to the best of my ability, of
15   the testimony/evidence given by the deponent.
16           I further certify that I am not a
17   relative or employee or attorney or counsel to
18   any of the parties in the case, nor am I a
19   relative or employee of such attorney or counsel,
20   nor am I financially interested in the action.
21           This, the 5th day of February 2018.
22

23

24        Judith L. Leitz Moran, CCR-B-2312
          Registered Professional Reporter

25

1              FIRM CERTIFICATE AND DISCLOSURE

2

3     Veritext represents that the foregoing transcript
      as produced by our Production Coordinators, Georgia
4     Certified Notaries, is a true, correct and complete
      transcript of the colloquies, questions and answers
5     as submitted by the certified court reporter in
      this case.  Veritext further represents that the
6     attached exhibits, if any, are a true, correct and
      complete copy as submitted by the certified
7     reporter, attorneys or witness in this case; and
      that the exhibits were handled and produced
8     exclusively through our Production Coordinators,
      Georgia Certified Notaries.  Copies of notarized
9     production certificates related to this proceeding
      are avail- able upon request to
10    production@veritext.com
11    Veritext is not taking this deposition under any
      relationship that is prohibited by OCGA 15-14-37
12    (a) and (b).  Case-specific discounts are
      automatically applied to all parties, at such time
13    as any party receives a discount.  Ancillary
      services such as calendar and financial reports are
14    available to all parties upon request.
15
16
17
18
19
20
21
22
23
24
25

```
 1                      ERRATA SHEET
                 VERITEXT LEGAL SOLUTIONS
 2                      800-567-8658
       ASSIGNMENT NO. CS2797478
 3     CASE NAME: Whitaker, Clarence Edward  v. Hyundai Motor Company
       DATE OF DEPOSITION: 2/1/2018
 4     WITNESS' NAME: Richard A Clarke
 5
       PAGE/LINE(S)/    CHANGE           REASON
 6     ____/_____/_____/_____
       ____/_____/_____/_____
 7     ____/_____/_____/_____
       ____/_____/_____/_____
 8     ____/_____/_____/_____
       ____/_____/_____/_____
 9     ____/_____/_____/_____
       ____/_____/_____/_____
10     ____/_____/_____/_____
       ____/_____/_____/_____
11     ____/_____/_____/_____
       ____/_____/_____/_____
12     ____/_____/_____/_____
       ____/_____/_____/_____
13     ____/_____/_____/_____
       ____/_____/_____/_____
14     ____/_____/_____/_____
       ____/_____/_____/_____
15     ____/_____/_____/_____
       ____/_____/_____/_____
16     ____/_____/_____/_____
       ____/_____/_____/_____
17     ____/_____/_____/_____
       ____/_____/_____/_____
18     ____/_____/_____/_____
       ____/_____/_____/_____
19     ____/_____/_____/_____
20     _____
                  Richard A Clarke
21     (Notary not required in California)
       SUBSCRIBED AND SWORN TO
22     BEFORE ME THIS_____DAY
       OF_____, 2018.
23
       _____
24        NOTARY PUBLIC
25     MY COMMISSION EXPIRES_____
```

```
                                              Page 99

 1                    Veritext Legal Solutions

              290 W. Mt. Pleasant Ave. - Suite 3200

 2                    Livingston, New Jersey 07039

              Toll Free: 800-227-8440  Fax: 973-629-1287

 3

 4      _____, 2018

 5    Richard A. Clarke

 6

      Case Name: Whitaker, Clarence Edward  v. Hyundai Motor Company

 7

      Veritext Reference Number: 2797478

 8

      Witness:  Richard A Clarke         Deposition Date:  2/1/2018

 9

10    Dear Sir/Madam:

11    Enclosed you will find a transcript of your deposition.

      As the reading and signing have not been expressly

12    waived, please review the transcript and note any

      changes or corrections on the jurat/errata sheet

13    included, indicating the page, line number, change and

      reason for the change. Sign at the bottom of the sheet

14    in the presence of a notary except in California where

      you are signing under penalty of perjury and forward

15    the errata sheet back to us at the address shown above.

16

      If the jurat is not returned within thirty days of your receipt of

17    this letter, the reading and signing will be deemed waived.

18

19    Sincerely,

20

21    Production Department

22

23    Encl.

24    cc:  Christina M. Dwyer, Esq.

25         James A. Lowe, Esq.
```

**[& - 5th]**                                                                 Page 1

| & | |
|---|---|
| **&** | 3:15 57:18 |

**0**

**0001** 4:6 34:10
  63:20 64:17 70:6
**0016** 76:13
**0019** 77:5
**0024** 78:23
**0036** 79:7
**0037** 70:6
**0044** 75:10 79:18
**0053** 64:18
**01** 3:10 43:12
**02** 3:12 57:15
**03** 3:14 58:14
**0379** 4:6 63:20
**04** 3:17 59:6
**05** 3:18 60:2
**06** 3:19 20:2 60:8
**07** 3:20 4:12 20:2
  36:21 37:5 60:13
  67:2,3
**070041** 66:8
**070127** 66:9
**070145** 66:9
**070228** 66:10
**070247** 66:10
**070322** 66:10
**070345** 66:10
**07039** 99:2
**070418** 66:10
**070438** 66:10
**08** 3:21 60:22
**09** 3:22 60:25

**1**

**1** 1:15 34:2 43:11
  43:18 47:10,10
  58:24 80:3 84:18
  93:10 96:2

**1-10** 70:4
**1-11** 70:4
**1/25/2018** 3:10
**10** 3:23 61:6,7
  70:5 80:19 95:4
**10/25** 63:3
**10/25/2017** 4:5,7
**10/3/2017** 4:11
**100** 1:18
**10001** 34:3,7 65:25
  70:7
**1001** 70:7
**10015** 68:1
**10029** 65:25
**102** 63:12 84:16,21
  84:24 85:2
**10:37** 70:20
**10:46** 70:20
**11** 3:24 39:13,17
  49:6 50:18 51:5
  58:21,25 61:9,11
  70:5,9 80:19
**11/8/2017** 3:15
**1128** 45:10
**1128th** 45:11,21
**114** 84:17 85:4,5
  85:24,25 86:17
**11:13** 89:15
**11:18** 94:6
**11th** 39:8
**12** 4:3 16:16,23
  29:12 62:12,15
  71:22
**12.7** 16:18
**13** 4:4 63:7,10,11
  64:7
**14** 4:6 64:9,10
  85:23
**15** 4:8 66:1,2
**15-14-37** 4:20 95:7
  95:18 97:11

**16** 4:10 67:6,7
**160823** 33:22
**1660** 2:6
**17** 4:13 58:19
  74:25 75:3,4
  80:16 93:12
**170727** 66:8
**18** 80:16
**19** 77:12

**2**

**2** 4:3 34:10 35:2
  47:9,19,20 51:11
  57:14 73:23 82:6
  83:25 88:8 93:10
**2/1/2018** 98:3 99:8
**20** 77:5
**200** 2:16
**2006** 67:11
**2016** 50:12,16 54:7
  58:19,19,20,20
  64:17 65:1,10,13
  65:14,19,24 71:12
  75:10 76:15,15
  88:4
**2017** 57:19 58:20
  58:22,22,23,24
  62:21 63:13,21
  66:5,20,24 67:25
  68:4,7 69:24 71:3
  89:8
**2018** 1:15 39:10,13
  49:6 50:18 58:24
  58:25 70:5,9
  80:21 96:2,21
  98:22 99:4
**216** 2:9
**22** 48:22 52:1
  58:19 65:10,14,15
  65:19,23
**23** 50:16 54:7
  58:19 64:16 65:1

**75:10 89:8**
**2312** 1:22 96:24
**23230** 2:17
**23rd** 50:12
**25** 62:21 63:13,21
**26** 58:23
**26th** 68:4,7 69:12
  71:3
**27** 58:20 66:5
**2797478** 99:7
**285-5220** 2:18
**290** 99:1
**2nd** 2:6

**3**

**3** 47:9 48:22 52:18
  53:12 58:13 66:24
  93:10
**30517** 1:19
**3200** 99:1
**3:46** 47:7

**4**

**4** 47:9 52:1 54:22
  58:22 59:5 67:25
  71:13 76:15,15
**43** 3:10
**44** 79:23
**44113** 2:8
**4:45** 6:1

**5**

**5** 3:2 36:3 60:1,4
  71:23 72:19 83:24
**55** 1:7
**57** 3:12
**58** 3:14
**59** 3:17
**5:00** 6:1
**5:10** 6:14
**5:15** 6:18
**5th** 96:21

| 6 | a |
|---|---|
| **6** 60:7,10 88:4 | **a.m.** 1:16 70:20 |
| **60** 3:18,19,20,21 | 89:15 94:6 |
| 3:22 | **ability** 33:12 96:14 |
| **61** 3:23,24 | **able** 16:4 18:8 |
| **610** 2:7 | 22:25 50:10 54:6 |
| **62** 4:3 | 70:25 97:9 |
| **63** 4:4 | **access** 95:23,24 |
| **64** 4:6 | **accessory** 48:2 |
| **66** 4:8 | **accident** 8:4 71:8 |
| **67** 4:10 | **accomplish** 67:21 |
| **6806** 2:15 | **accurate** 95:11 |
| **6th** 58:20 71:12 | **acquired** 19:25 |

| 7 | |
|---|---|
| **7** 60:12,16 72:19 | **action** 1:6 95:14 |
| 84:17 | 96:20 |
| **70** 22:5 | **activate** 30:17 |
| **75** 4:13 | **activated** 17:21 |
| **781-2610** 2:9 | 87:21 |
| **7:17** 1:7 | **actual** 18:9 |

| 8 | |
|---|---|
| **8** 57:18 58:21,24 | **adamant** 42:8 |
| 60:17,18,19 66:20 | **additional** 83:10 |
| 69:24 | **address** 99:15 |
| **8/29/2016** 47:7 | **aftermarket** 22:10 |
| **800-227-8440** 99:2 | 23:2 26:8,21 |
| **800-567-8658** 98:2 | 27:14,24 28:19 |
| **804** 2:18 | 29:3 77:6 91:6,16 |
| | 91:20 92:4 |

| 9 | |
|---|---|
| **9** 60:24 72:19 | **agree** 10:10 82:16 |
| **9-11-28** 95:6 | 82:19 |
| **9/22/2016** 4:9 | **agreed** 10:6 61:12 |
| **90** 3:3 | **agreement** 95:15 |
| **92** 3:4 | 95:17 |
| **973-629-1287** 99:2 | **ah** 71:17 |
| **99.9** 41:15 | **ahead** 43:10 |
| **9:00** 1:16 | **al** 1:9 |
| | **allowing** 20:10 |
| | **ally** 6:20,20 |
| | **alpharetta** 18:23 |
| | 19:7 |
| | **america** 2:11 |

| | |
|---|---|
| **amount** 38:22 | 78:18 79:21 80:9 |
| **analysis** 3:11 | **areas** 80:5 |
| 13:10 23:6 24:12 | **arm** 49:11 50:7 |
| 36:24 37:11,20,24 | **article** 95:4 |
| 38:5,16,18 40:19 | **asked** 12:1,3 18:14 |
| 40:21,23 41:1 | 40:22 78:14 94:1 |
| 49:23 57:25 72:2 | **asking** 32:20 80:7 |
| **ancillary** 97:13 | **assembled** 22:14 |
| **angle** 50:7 | **assembly** 21:2 |
| **angled** 7:12 | 82:2 |
| **answers** 95:20 | **asses** 61:4 |
| 96:11 97:4 | **assigned** 95:10 |
| **anticipate** 53:5 | **assignment** 98:2 |
| **anybody** 8:15 | **assistant** 38:19 |
| 12:20 13:19 16:4 | 40:8 |
| 41:11 50:10,13 | **assumes** 30:23 |
| 72:7 79:3,4 | **assuming** 54:11 |
| **anymore** 34:6 | 58:1 76:17,19 |
| **anything's** 27:7,9 | 85:16 |
| **anyway** 51:5 | **attached** 97:6 |
| **apart** 17:7 19:15 | **attempt** 48:1,15 |
| 22:7,25 23:2,4 | 51:14 55:23 56:3 |
| 53:17 91:4 | 79:19 |
| **apologize** 13:5 | **attention** 78:4 |
| 19:2 60:20 65:17 | **attorney** 4:13 |
| 65:20 | 95:16 96:17,19 |
| **appear** 7:24 10:17 | **attorneys** 95:22 |
| 32:21,23 64:18 | 97:7 |
| **appearances** 2:1 | **audible** 8:16 |
| **appears** 37:15 | **august** 50:12,16 |
| 68:15 | 54:7 58:19,21 |
| **applied** 25:5 31:11 | 64:16 65:1 66:20 |
| 95:18 97:12 | 75:10 |
| **appreciate** 74:17 | **automatic** 30:22 |
| **approximately** | 86:1 |
| 6:14,18 71:24 | **automatically** |
| 72:19 | 95:18 97:12 |
| **area** 6:23 9:18 | **automotive** 18:23 |
| 12:1 22:24 24:11 | 32:13 69:11 89:8 |
| 29:4,8 38:22 71:6 | **avail** 97:9 |
| 71:19,20 72:5 | |

**available**  97:14
**ave**  99:1
**aware**  6:5,6,9 16:3
  21:7,10 23:6
  25:10,17 35:6
  38:12 83:19

**b**

**b**  1:22 3:8 4:1,20
  49:1 85:10 95:4,7
  95:18 96:24 97:12
**back**  11:8 14:2
  15:6,19,23 16:5,11
  20:10 24:13,14,17
  29:25 40:9 45:3
  48:8,17,20 51:15
  51:17 55:4,22
  56:25 57:12 58:6
  60:20 68:6 72:3
  75:6 89:16 99:15
**backwards**  14:15
**bad**  57:7
**bag**  76:22
**baggy**  76:14
**bar**  22:15
**based**  7:18 36:12
**basically**  71:17
  84:24
**basing**  23:12
**basis**  95:8
**began**  12:25 13:1
  26:24 47:20 51:11
  52:18 54:22
**beginning**  34:21
  93:7
**begins**  71:20
**behalf**  2:3,11
  82:24,24
**belief**  36:12 37:9
  37:10
**believe**  7:7 8:15
  11:2 21:19 23:3

34:17 54:1 55:12
  63:2 72:24 77:24
**belt**  30:16
**bender**  22:5
**best**  43:23 96:14
**better**  35:22 75:21
**beyond**  16:5
**bill**  15:22 34:17
  38:4,13 40:2,7,22
  41:8,9,13 44:8
  63:2,23 69:10
  80:5,12 81:1 89:9
**bill's**  38:19
**bills**  59:22 88:3
**binder**  58:16
**binders**  43:20 44:4
  45:6,6 46:2
**birth**  27:10
**bit**  7:16 70:22
**black**  25:9,13,14
**blade**  23:8
**blades**  25:4 84:3
**blue**  51:24,25 52:3
**board**  95:5
**bodies**  35:15
**bolster**  28:3
**boo**  47:13,13
**bothered**  18:12
**bottom**  83:24
  99:13
**bounce**  70:21
**brake**  10:15,19
  11:4,7,10 30:17,21
  31:12 36:6 48:2,5
  48:9,10,11,14,18
  49:15 52:23,25
  55:3,4,23 78:6
  82:9
**braselton**  1:19
  18:18,25 19:1

**break**  70:18 89:14
**broke**  50:5,6 85:16
**broken**  21:1 49:9
  49:18 50:8,18
  53:18 54:5 68:12
**brought**  36:16
  38:14 43:20 45:5
**brown's**  32:3,3
**btsi**  48:25 49:8
  50:7,11,15 83:20
  85:8 87:24 88:1
**buckingham**
  18:23 69:11 89:8
**budge**  14:5
**build**  83:12
**building**  7:9
**bull**  60:16
**bulletin**  3:21
**busy**  25:23
**bypassed**  53:6

**c**

**c**  2:13 23:13 88:18
  95:6 96:1,1
**cable**  67:15
**cac**  32:12 33:16
  34:24 45:15 65:21
**cac1000**  34:3
**cac10001**  4:8 65:2
  66:6,21 68:1,5,8
  70:1,10
**cac10002**  65:24
  68:5
**cac1001**  70:6
**cac1002**  65:20
**cac10029**  4:8
**cac10030**  66:21
**cac10037**  66:6
**cac10038**  70:1
**cac10061**  70:10
**cac10117**  68:8
  70:7

**cac10122**  65:2
**calendar**  97:13
**california**  98:21
  99:14
**call**  6:18 56:14
  58:10
**called**  18:4 19:4
  33:21 58:9,10,17
  59:25 62:7,20
  64:14 65:20 66:8
**calls**  18:7 27:17
  78:7,11
**camera**  32:17 33:7
  33:8,10 35:2,3,7
  35:24
**cameras**  33:11
  35:1
**capability**  35:25
**caps**  58:10
**caption**  96:8
**car**  9:11,12,17,25
  10:4 11:23 14:14
  31:1,22 78:5
**card**  33:4,6
**carden**  23:13,23
  36:23 37:6 40:22
  69:10 80:5,12
  81:1 84:13
**carden's**  34:17
  44:8 63:2,23
**care**  44:14
**carfax**  3:22 60:24
**carry**  38:5
**case**  45:10,11,12
  45:21 86:13,17
  95:8,8,18 96:18
  97:5,7,12 98:3
  99:6
**cases**  45:18,23
  54:4

casual  53:10
casually  22:24
caused  12:12 84:3
  87:14
cavities  24:22,24
cc  99:24
ccr  1:22 96:24
cd  33:4 64:15
center  49:24 68:20
certain  90:5
certainly  5:10
  17:4 27:5
certainty  90:8,16
  90:20 91:10,15
certificate  97:1
certificates  97:9
certified  95:9,21
  97:4,5,6,8
certify  96:6,16
cetera  7:24 34:10
  82:9
change  35:16 98:5
  99:13,13
changes  95:21
  99:12
charlemagne  1:18
chat  46:23 47:3
chateau  1:17
check  24:13 73:9
chimes  8:16
chip  34:2,10
chop  39:21
chose  11:7,9
christina  99:24
christopher  2:13
civil  1:6
clarence  1:5 98:3
  99:6
clarify  17:23 25:2
  26:19 81:19

clarke  1:14 5:1,7
  32:12 43:14 45:5
  47:22 51:13 52:2
  52:20 54:24 56:14
  57:14 58:13 61:13
  80:24 90:3 93:13
  96:2 98:4,20 99:5
  99:8
clean  70:23
clear  42:5
cleveland  2:8
click  53:8
clicked  52:13
clip  76:23
close  10:19 20:14
  29:19 36:5 39:15
clue  23:19
code  95:13
cold  57:2
colloquies  95:20
  96:10 97:4
color  36:20 61:14
  61:14 93:14,14
column  4:12 18:19
  19:8 36:4,21
  38:12,14,20 49:24
  67:3,10,18 71:1
  89:12
columns  20:1,5
  89:10
combination
  20:23
come  13:18 22:7
  22:18 46:15 48:19
  49:25 50:8
comes  54:12
coming  72:3
commission  98:25
company  1:8 35:5
  35:8 98:3 99:6

compared  38:17
comparison  38:2
  38:10 39:17
compensation
  95:14
complete  43:16,17
  43:21 95:10,20
  97:4,6
compliance  95:3
  95:13
complied  86:18
complies  85:1
comply  85:13
component  21:5
comprise  45:6
computer  44:24
  58:11 66:12
concerning  45:7
  72:9
concluded  94:6
conclusion  8:3,10
  12:11 41:23 48:24
conclusions  42:6
  42:25 77:21 78:25
  79:11,15
condition  9:1
  21:19 79:14 84:19
conditions  79:12
confirm  9:22
confusion  87:14
conjecture  9:25
  56:1
conjunction  21:6
connect  28:6
  90:11
connected  19:11
  20:13 21:15 22:7
  37:17 42:19,20
connection  20:9
  27:15,16 29:1,3
  41:5

connector  19:10
  20:13,21 22:21
  23:2,3,22 24:7,15
  24:18,25 25:1,4,9
  25:14,16 26:4,5,9
  26:10 27:22 28:6
  29:11 36:10,14,16
  36:20,22 37:11,14
  37:23 41:23,25
  84:8 87:7 90:11
  90:21 91:9,18
connector's  84:3
connectors  26:24
  36:13 40:6 42:11
  42:14,19,25 82:1
consecutive  45:19
consider  12:16
  21:4 80:24 81:1
consideration  9:7
consistent  84:9
console  68:20
consultants  32:13
cont  4:1
contact  7:9,11
  24:4 38:22,25
  39:1 41:4 84:8
contacted  95:16
contains  58:17
contract  59:17
  95:14
contracts  95:8
controls  67:16
convention  33:24
conversation  39:4
  41:2
cooper  24:12 25:5
  36:14,16 37:4
  42:5,18 69:14
cooper's  84:4
coopers  42:2

**coordinators** 97:3
97:8
**copied** 58:8 93:14
**copies** 59:10 61:13
97:8
**copy** 56:12 58:2
65:7 72:15,25
93:20 97:6
**corner** 11:1 35:18
49:11 68:15
**corporal** 32:3
**correct** 8:23,24
10:23,24 11:1,10
12:13,18 13:8,9,14
13:24 14:3,4,6,10
14:11,15 15:4,9,13
17:18,19 18:19
19:1,8,9,11,12
20:1,5,15,16,18,19
20:24 21:22 23:14
24:15,19 28:10
30:3,7,12,17 31:2
31:4,13,14,17,19
32:15 34:11,13
36:15 37:7,8
39:13 40:12,23,24
41:1,18 42:3,7,11
42:12,16,17,21
43:3,4 44:6 45:24
46:9,10 48:24
49:9,16,17,21 50:5
50:8 52:7 54:18
54:19 55:19 56:3
58:25 59:1 62:21
64:20,21 65:4,5
66:13 68:20,22,25
69:1 70:11,12,14
71:7,9,20,21 75:14
77:13,20 78:23
79:9,10,19 82:2,3
82:12,13 83:8,13

84:10,11,13,14
85:2,9,11 87:10
88:11 93:17 95:20
96:14 97:4,6
**correcting** 19:3
**corrections** 99:12
**correctly** 22:13
31:23 36:11
**correspondence**
3:19 60:6,10
**corresponding**
41:24
**counsel** 4:22 95:2
96:17,19
**county** 96:4
**couple** 25:23
43:20 70:17
**course** 56:21
**court** 1:1 4:22
44:14 46:25 61:25
74:20,23 93:15
95:5,9,21 97:5
**cover** 77:6,7,8,13
77:15,16 80:6
87:24
**covered** 83:6
**covers** 87:11
**crack** 53:8
**crash** 85:6
**crawl** 88:17,25
**critical** 81:4
**cs2797478** 1:25
98:2
**ct** 39:22
**current** 36:10
84:19
**custody** 76:19
**cv** 1:7
**cycled** 42:19
**cylinder** 18:1 20:4
20:18,23 21:8,12

49:14 87:9

**d**

**d** 23:13
**dash** 13:17 48:4
54:12 55:2 64:14
**date** 34:25 35:17
35:18 38:16 39:3
47:7 57:25 58:22
58:23 96:2 98:3
99:8
**dated** 4:5,7,9,11
62:23 63:12 68:7
69:24
**dates** 76:14,16
**day** 5:17,18 12:4
12:19 16:19,24
25:23 39:5,11,12
49:7 69:11 88:12
96:21 98:22
**days** 25:23 99:16
**dealership** 22:2
**dealing** 27:24
**dear** 99:10
**death** 8:7
**decedent's** 5:12
**deemed** 99:17
**defect** 19:14 21:8
81:24,25 87:5
90:10,12
**defendant** 2:11
**defendants** 1:10
**defense** 83:15
**defer** 37:6
**deformed** 54:1
**demonstration**
88:5,10
**demonstrations**
46:6,8
**demonstrative**
83:13

**deny** 26:15
**department** 8:8
99:21
**depends** 13:13
**depo** 81:18
**deponent** 96:8,15
**deposed** 46:22
**deposited** 79:1
**deposition** 1:14
4:23 32:3 43:12
56:14 57:15 58:14
59:6 60:2,8,13,22
60:25 61:7,11
62:15 63:10 64:10
66:2 67:7 75:4
94:6 96:2,2,13
97:11 98:3 99:8
99:11
**depositions** 7:1
8:21 59:19
**depress** 48:10,14
48:18 52:23
**depressing** 48:5
82:9
**described** 38:10
40:11 63:12
**design** 53:22 67:19
80:24,25 81:4,12
81:24 86:13,20,22
**designate** 45:22
**designated** 33:14
**designed** 17:15
22:23 85:1,14
86:7,18 90:22
**desirable** 91:17
**destructive** 18:22
19:20
**detailed** 20:14
**detent** 15:5,7
**determine** 12:2
35:16 38:24 40:19

[determine - engine]    Page 6

70:25
**determined** 95:14
**device** 17:25 87:21
  87:23
**difference** 86:12
**different** 35:1
  42:15 67:14,19
**digit** 32:13
**digital** 76:6
**digress** 67:9
**direct** 95:14
**direction** 14:10,12
  96:12
**dirt** 78:21 79:1,8
  79:16
**disagree** 22:11
  28:22
**disassemble** 38:4
**disassembly** 18:17
  18:22 19:6,19,20
  24:12 68:20 80:11
  80:12,15,16,16,17
**disclosure** 4:21
  95:5 97:1
**disclosures** 95:1,2
  95:3,15
**disconnect** 28:5,24
  29:11
**disconnected**
  20:21 21:23,25
  22:9,13 26:9
  42:20,20
**disconnecting**
  91:22
**discount** 95:19
  97:13
**discounts** 95:18
  97:12
**discovery** 18:13
  18:15

**discussed** 90:9
**discussing** 39:19
  57:14 58:13
**discussion** 29:19
**discussions** 47:4
  57:11 58:5 75:5
**disengage** 90:25
  91:13,18
**disengaged** 91:12
**disengagement**
  90:23
**dislodged** 78:1
**displaced** 77:16
**disqualification**
  95:6
**disqualify** 95:12
**distorted** 54:1
**distracted** 78:4,15
**district** 1:1,1
**divider** 59:8 64:14
  64:25 65:8
**division** 1:2 80:7
  81:21
**docs** 60:11
**document** 79:19
  84:6 88:2
**documentation**
  51:4,8 60:4 83:19
**documented** 50:25
  50:25 51:3 54:17
  68:24 77:18 78:21
  79:6 82:11 83:21
**documenting**
  79:13
**documents** 3:17
  3:18,19,20,21,23
  32:2
**doing** 15:23 26:21
  28:13 38:2 40:20
  43:6,7 46:5 47:16
  49:23 52:17 56:17

66:12 75:12 83:9
**door** 8:17 9:5
  14:10 30:3 78:22
**double** 25:21
**downhill** 71:18
**download** 66:13
**downloaded** 33:4
**dozen** 23:21,22
**dp** 4:4,4,6,6 34:16
  34:18 62:20,20
  63:12,20,20
**dragged** 55:15,16
**draw** 12:11 42:6
  42:25 78:25
**drawn** 41:22
  77:21 79:11,15
**drive** 1:18 3:12,14
  4:13 12:23 20:11
  44:7,7,10 46:2,4
  47:6 48:7,8,15,16
  51:16 52:24,24,24
  53:2,2 57:13,17,22
  58:9,11,12 75:3
  78:10 82:17 84:24
**driven** 22:3
**driver** 78:22
**driver's** 32:1
  77:11
**driveway** 7:2,8,25
  8:11
**driving** 22:6 73:4
**drugs** 92:6
**dsc** 33:14 34:10,15
  34:22 35:3 64:17
  64:18 70:6,6
  75:10 76:13 77:5
  77:12 78:23 79:7
  79:18
**duly** 5:2 96:8
**dwyer** 99:24

**e**
**e** 3:8 4:1 23:13
  93:23 94:2 96:1,1
**e0001** 4:4 62:20
  63:12
**e0102** 4:4 62:20
**earlier** 56:18
**ease** 54:13
**easier** 45:17
**easily** 9:16
**eddie** 37:4 69:14
**edges** 68:16
**edward** 1:5 98:3
  99:6
**effect** 90:17
**either** 9:5 11:21
  18:13 31:21 40:22
  53:5 82:23 93:14
**eklund** 2:5
**elan** 1:17
**electrical** 84:1,7
**electronic** 62:4
**electronically**
  61:20 62:13 64:12
**electronics** 8:14
**email** 61:23 74:18
**emily** 88:22
**employee** 89:1
  96:17,19
**encl** 99:23
**enclosed** 99:11
**ends** 71:20
**engage** 11:10
**engaged** 38:25
  39:1 90:18,22
  91:5
**engagement** 38:23
  84:9,12
**engine** 8:13 31:17
  84:22

**engineering** 13:24
23:7 25:19 39:7
44:8,16 49:7,21
50:19 54:15,16
57:19 80:18 89:2
90:8,16,20 91:10
91:15
**enter** 6:20,21
**entered** 88:23
**entire** 45:6
**entirely** 27:13
**entitled** 47:8 62:18
**entry** 88:4
**envelope** 75:1
93:24
**errata** 98:1 99:12
99:15
**especially** 30:21
**esq** 99:24,25
**esquire** 2:4,13
**essentially** 40:10
52:3
**established** 13:4,6
17:9,11
**estimate** 50:21
**et** 1:9 7:24 34:10
82:9
**ethics** 95:13
**evaluated** 71:5
**events** 30:3,6
**everybody** 30:21
30:22 43:6
**evidence** 9:9 11:6
16:19 17:4,6 55:8
96:15
**exactly** 15:22
16:25 26:7 36:23
52:16
**examination** 3:1
5:4 84:2 90:1 92:1

**examined** 5:2
**example** 8:14
39:24
**exceeding** 16:23
**exchanged** 43:19
**exciting** 59:2
**exclusively** 97:8
**excuse** 34:3 58:21
60:19 64:15 65:9
65:24 68:6
**exemplar** 36:14
37:5 38:3,6 42:3,6
62:18 63:4 65:12
66:25 89:7,10,12
**exemplary** 38:14
**exhibit** 3:9,10,12
3:14,17,18,19,20
3:21,22,23,24 4:2
4:3,4,6,8,10,13
43:11,12,18 57:14
57:15 58:13,14
59:5,6 60:1,2,4,7,8
60:10,12,13,16,19
60:22,24,25 61:6,7
61:9,11 62:12,15
63:7,10,11 64:7,10
66:1,2 67:6,7
71:12 73:23 74:25
74:25 75:3,4 80:3
83:13 84:18 88:8
93:12
**exhibits** 56:14
83:11 93:10,14,22
93:25 95:21,22,23
97:6,7
**existed** 21:20
90:12
**exit** 8:1 10:3 55:5
**exited** 13:8 31:3,9
**exiting** 11:24

**expect** 81:19 83:14
**expected** 53:13,15
**expedited** 93:20
94:1
**experience** 27:23
28:9 92:20
**experiment** 14:2,8
15:15 72:16
**experiments** 13:23
75:12 82:11 83:22
**expert** 12:7 80:24
81:2
**experts** 83:16
**expires** 98:25
**explaining** 36:7
**explains** 18:9
**explanation** 53:16
**expressly** 99:11
**extent** 44:3
**extra** 44:10
**extract** 53:1,2
**extracted** 9:7,10
**eyes** 76:3

### f

**f** 76:18 96:1
**facilitate** 91:19
**facility** 18:18
34:18,23
**fact** 10:18 40:17
40:21 64:4
**factions** 12:4
**factors** 12:5,7
78:14
**factory** 36:11
37:12
**failure** 53:25 87:6
90:11
**fair** 29:23 41:21
52:2 78:3,19
**familiar** 53:21

**far** 38:21 40:5
51:5 57:24 71:14
72:3 83:6
**fascia** 18:18 19:7
71:1
**fashion** 62:14
**fax** 99:2
**fe** 29:16,17 67:3
**feature** 88:1
**february** 1:15
58:20 76:14 96:2
96:21
**federal** 84:16
**feet** 71:22 72:19
72:19,19
**female** 22:21 23:9
24:14 25:1,4 26:4
26:9 37:16 40:3,6
84:3,9
**fender** 22:4
**fighting** 57:2
**figure** 53:3
**figured** 94:4
**file** 35:9,17,20
45:7 61:9 62:2
70:13
**filed** 19:23,24
**financial** 95:6
97:13
**financially** 96:20
**find** 18:8 28:10
32:24 33:1 99:11
**findings** 82:6
**fine** 43:8 46:16
56:17 59:9 61:17
62:3
**finished** 56:9
**firm** 95:1,15 97:1
**firmly** 26:25 27:15
37:12 82:1 87:7

**first** 5:2 7:3 14:25
17:10 18:17,20,20
19:6 43:15 45:14
45:16 46:1 50:3
50:16 67:10 69:9
90:7
**flash** 36:2
**flight** 56:19
**floor** 9:6 31:25
32:5 49:24 77:7
**fob** 47:24 51:24,25
**folder** 3:16 33:21
56:13 58:3,8,9,17
60:11 62:7,19
**followed** 54:3
**following** 95:1,3
**follows** 5:2 47:21
51:12 52:19 54:23
**foot** 47:11,11
49:15 52:25 55:23
78:6 82:9
**force** 14:23,25
15:3 16:6,15,22
50:11 82:10,13
**forced** 16:21 50:22
**forcefully** 50:11
50:15
**forces** 83:20
**forcing** 16:9
**foregoing** 96:6
97:3
**formality** 49:22
**formed** 37:11
**forms** 95:5
**forward** 84:23
99:14
**found** 8:12 9:5
13:10 21:17 26:24
27:14 31:21 32:4
32:6,7 41:4 49:6
50:17 71:22

**four** 32:13 46:5
47:8 59:20
**fractured** 68:16
**frankly** 61:17
**fred** 72:22,24 73:3
75:22,24 76:18
**free** 99:2
**freedom** 73:13
**front** 7:3 55:6,7
**fulcrum** 49:10
**full** 29:12
**fully** 23:10 37:17
37:18 38:21,25
39:25 41:6 90:11
90:17,21 91:5
**funny** 28:17
**further** 92:1 93:1
96:16 97:5

**g**

**gary** 69:13
**gate** 48:17 51:17
**gauge** 14:9 16:14
54:17 82:11,13
83:22
**gauges** 83:25
**gear** 12:23 13:7
14:3,8,19,24,25
15:1,8,11,15,19
16:4,6,22 17:17,21
18:2 20:11 21:13
30:6,25 49:13,14
72:11 79:8 82:8
**gec** 1:7
**gen** 35:2
**general** 73:12
**generally** 57:22
**georgia** 1:19 19:7
95:3,9 96:4 97:3,8
**getting** 73:11
**give** 27:10 49:24
62:3 79:20

**given** 44:16 57:17
59:19 96:15
**go** 5:17 6:2 16:5
35:15 38:21 40:3
43:10 44:25 45:3
48:11 57:12,13
58:6 75:6 85:4
89:16
**going** 6:14 10:2
12:21 25:16 27:10
29:13 36:17 38:4
38:24 40:20 47:24
51:22 52:9 56:11
56:12,13,15 58:2
58:10,16 59:7
60:15 61:13 64:22
65:6,22 66:18,22
68:2,9 70:2,21
73:9,21,22 79:24
80:6 88:3 93:10
93:11,13
**good** 10:18 39:24
76:3 93:9
**gosh** 60:20
**gotten** 92:12
**gouges** 84:1,2
**grab** 13:13 55:5,6
78:21
**grabbed** 14:8
**grade** 71:5
**grass** 55:13 71:20
**great** 26:18 29:18
34:8 43:9 59:13
61:15,19 64:12
67:23 70:16 74:15
79:5 80:22 92:25
93:22
**ground** 29:12
31:22
**guess** 7:10 8:7
33:13 34:14 44:12

80:6 87:16
**guy** 75:16
**guys** 27:12 39:21
40:8 42:25 80:8

**h**

**h** 3:8 4:1
**half** 23:21
**hall** 96:4
**hand** 31:22 35:17
54:11 68:13 87:8
87:9
**handle** 78:22 79:8
**handled** 97:7
**happen** 28:23
53:13 64:4
**happened** 16:25
22:4 50:3 53:3,6
53:17 76:15
**happening** 40:18
**happy** 73:24
**hard** 15:3 61:4
**harness** 28:25
29:21 39:21 87:7
**harnesses** 22:17
**he'll** 93:5,21
**hear** 31:22
**heavy** 89:3
**heck** 57:8
**help** 29:13
**high** 13:16,22
**hired** 11:25 12:10
**history** 43:1
**hold** 52:12 90:5
**holding** 22:16
51:17 55:17 56:2
**home** 6:3,13,19
7:12,15 71:6
**hope** 89:21
**hose** 32:5
**hospital** 5:15,16

**house**  6:24 7:4,13
   9:18 16:21
**housings**  23:10
**huh**  35:12 46:21
   53:23 72:24 74:20
   87:19
**human**  12:5,7
   78:14
**hundred**  40:17
**hung**  92:4
**hyundai**  1:8 2:11
   3:20 18:6,12
   60:11 98:3 99:6

**i**

**idea**  36:19 49:19
   77:17 78:1 92:5,8
   92:11,23
**identified**  8:15
   51:23 87:5
**ignition**  8:13,17
   9:4,8,10 13:11
   17:10 18:1,5
   19:17 20:4,10,18
   20:22 21:2,6,8,11
   21:12 47:25 48:17
   48:20 49:14 51:18
   51:19 52:21 54:25
   87:9
**images**  25:18
**impartiality**  95:13
**importer**  22:2
**improperly**  22:7
**inadvertent**  90:23
**inadvertently**
   90:24 91:11,13
**inboard**  11:1 77:8
   77:10,15
**inches**  36:3 71:23
**incidence**  85:6
**incident**  5:17
   12:13 16:20 21:20

77:25
**include**  64:6
**included**  99:13
**independent**  37:10
**index**  3:1
**indicate**  8:16 30:9
**indicated**  32:4
**indicates**  48:4,7,10
   48:18 51:17 53:1
   55:2
**indicating**  11:3
   44:21 75:18,22
   99:13
**indication**  40:5
**information**  10:8
**initials**  35:4,7
   45:16
**inn**  1:17
**inoperative**  84:22
**insert**  47:25 52:21
   54:24
**inserted**  23:10,11
   40:5
**insertion**  37:16
**inserts**  23:8
**inside**  23:9 24:21
   24:24
**inspection**  3:13
   18:20,22 21:16
   23:14 36:5 39:7
   39:12 46:4 47:6
   48:25 51:1 56:13
   64:16 66:15 69:3
   71:2 88:15
**inspections**  36:18
**installation**  91:6
   91:16
**installations**  27:25
**installer**  28:24
**installing**  28:19

**intended**  86:14
**intent**  81:13
**intentionally**  91:7
**interacting**  55:12
**interest**  18:16 19:5
   52:10 95:7,11
**interested**  96:20
**interesting**  34:1
**interlock**  18:5
   21:4 84:21
**interrupt**  81:16
**intoxicated**  92:10
**investigate**  19:20
   40:19
**investigation**  3:11
   8:4,19 30:9
**invoices**  3:24 61:9
**iphone**  73:9
**issue**  81:9

**j**

**james**  2:4 27:11
   46:15 56:15 61:24
   72:25 75:12 89:20
   93:11,16 99:25
**january**  39:8,13
   39:17 49:6 50:18
   51:5 58:24,25
   70:5,9 80:16,19
**jersey**  99:2
**job**  1:25 28:1
**joint**  69:3 71:2
**judi**  74:19
**judith**  1:22 96:24
**july**  58:20 66:5
**jump**  44:7
**jumping**  60:21
**jurat**  99:12,16

**k**

**keep**  17:8 73:22

**key**  8:17 9:7,10,17
   9:24 13:11 17:16
   19:16 20:10,23
   31:21 47:24,25
   48:2,12,12,13,15
   48:15,19 51:14,15
   51:17,19,24,25
   52:21 53:1,1,2
   55:1,4 67:16 86:3
   87:22
**keys**  8:12 9:4
   20:15 47:22,23
   51:21,23 52:4,4,21
   54:24 76:20
**kidding**  57:4
**kind**  12:2,5 19:21
   28:2 53:10,12
   79:14
**knees**  55:13
**knew**  38:13
**knock**  13:17
**know**  5:8 6:10,16
   6:22 10:11,14
   11:9,9,15,19,21
   12:19,20,21 13:1,6
   14:17 16:9,24
   17:1,9 18:14
   19:24 22:5 23:1,5
   23:15,16,17,25
   24:16 26:16,17
   27:1,3 28:8 29:20
   29:22 30:2,5,21
   31:15,17,18 32:7
   32:24 36:3,16,22
   37:2,3 38:13
   39:24 40:7 41:17
   41:19 42:10,13
   43:1 50:6,10,13,14
   50:20 51:5,7,8
   53:5,20 55:19,20
   56:9 57:24 58:18

61:2 62:9 63:17
64:3,5,22 65:6
67:13 68:1,6,8
69:4,5,9 72:8
73:17 76:9,16,24
77:15 78:19 79:3
83:7 86:14 92:14
92:17,20
**knowledge** 72:7
**known** 39:24
47:22 78:5
**knows** 8:25 12:20

**l**

**l** 1:22 49:8 88:17
88:18,19,21 96:24
**latch** 49:3
**latched** 22:22
26:25 37:19 38:21
39:25 41:6
**law** 95:4
**lawyers** 73:11
**lead** 7:6
**leads** 55:11
**leave** 5:16,20
44:13 84:12
**left** 25:4,13 26:8
31:1 38:3,11 39:2
40:14 50:17 71:14
82:17,17
**legal** 98:1 99:1
**leitz** 1:22 96:24
**lengths** 38:17
**letter** 99:17
**level** 92:20
**lever** 13:7,17 14:3
14:8,19,25 15:1,8
15:11,16,19 16:4,6
16:22 17:17,21
18:3 21:14 30:6
31:1 49:13 55:6,7
82:8 84:23 86:4

**life** 28:9
**lift** 87:24
**light** 36:6
**line** 98:5 99:13
**lines** 72:17
**link** 67:17,17
**list** 59:18,19,20
**literature** 18:9
**litter** 27:10
**little** 7:16 33:11
35:2,24 57:20
58:3 70:22
**livingston** 99:2
**llp** 2:14
**location** 78:2
**lock** 17:16 18:2
21:2,6,13 30:23
**locked** 19:17 86:5
**locking** 69:8 91:3
**log** 34:16
**logical** 55:20
**logo** 47:24 57:20
**long** 11:23 19:22
36:4 43:2
**longer** 20:13 21:14
**look** 12:1 13:9
34:2,9,15 37:14
38:20,24 40:4
43:15 44:23 46:12
46:16 47:10 52:12
52:14,15 54:20
64:3 73:6,25 74:1
74:4 75:25 77:4
77:12 80:2
**looked** 69:10 88:6
**looking** 5:21,22
7:2 11:20 20:8
34:20 37:23 39:18
46:1 68:10 69:7
71:11 72:2 73:21
73:23 75:21

**looks** 43:17 53:12
68:19
**losing** 65:21
**lot** 22:3 37:15
61:22
**lowe** 2:4,5 3:3,14
11:14 14:16 15:21
16:8 26:11 27:2,6
27:17,22 28:11,14
28:21 30:13,18
43:7 44:15,18
46:17,19,21,24
56:4,17,21 57:4,18
58:4 59:14 60:17
61:2,22 63:14
64:2,6 65:15
68:13 69:2,13,16
69:18,21 73:2,6,14
73:17,24 74:3,6,8
74:12,16 75:1,19
75:21,23 76:1,9
78:7,11 80:23
81:6,9,11,15,18,21
83:14 85:15,24
86:9,12,19,22 87:1
87:12,15 88:19
89:5,21 90:2
91:23 92:7,15,22
93:3,5 94:3 99:25
**lowe's** 4:13
**lower** 11:1 28:3
**lpa** 2:5

**m**

**m** 88:17,19,21
99:24
**m1390bc** 3:14
57:18
**m1390photo** 3:16
58:10
**macro** 35:25

**madam** 99:10
**maintaining** 95:13
**making** 29:1,2
95:12
**male** 22:22 23:7
24:7,24 25:9,13
26:4,9 37:16 40:2
40:5 84:6
**manual** 30:20 48:8
**manufacture** 54:2
86:13 90:13
**manufactured**
85:14 86:8,18
**manufacturing**
22:1,14 80:25
81:7,25 85:17
87:5 90:10
**march** 58:19
76:15
**mark** 7:9,11 36:12
36:13 41:16 43:10
57:13 58:12 59:4
60:1,7 62:11 63:6
64:7,9,23 66:18,22
67:5 68:2,9 70:2
75:3
**marked** 43:12
44:13 57:15 58:14
59:6 60:2,8,13,22
60:25 61:7,11
62:15 63:10,20
64:10,25 65:24
66:1,2,6,21 67:7
68:1,5,8 70:4,10
75:4
**markings** 69:25
**marks** 24:4,6,23
25:3,3,8,10,12
26:3,7,13 37:13
38:17 40:22 41:4
41:23,24 84:8

marlo  88:17
mat  77:7
material  7:23 8:2
materials  10:9
   81:1
matter  45:7 95:11
   95:17
mcswain  13:24
   23:7 25:19 39:7
   44:8,16 49:7,21
   50:17,18 54:15,16
   57:19 80:17 82:12
   82:24 83:2 89:1
mcswain's  63:15
   63:22 77:1 82:25
mean  10:8 14:18
   15:23 17:23 37:4
   45:11,13 50:7
   51:6 81:15 84:1
meaning  37:3
meant  38:23 41:18
   70:7
measured  16:14
   71:18
measurements
   23:13,16,16,23
   24:1,3 71:13
mechanical  20:9
   67:17
mechanism  22:16
   38:15 53:20 67:14
   67:15
media  62:4
meet  81:12
mentioned  46:9
mess  61:2
messing  43:2
met  15:12,17 86:8
metal  23:8 89:3
meter  25:6

microphone  22:18
   29:13,15 91:7,17
microscopic  25:18
mile  47:24
miles  22:6
milo  88:19,25
mind  46:12 65:21
   74:1,4,6
minimal  14:23
minimum  50:21
minor  22:4
minutes  48:22
   52:1 70:18
miscellaneous
   3:18 59:23,25
   60:5,5
misleading  86:14
missing  49:11
   68:16
mm  47:24
mode  53:25 70:23
model  67:11 86:22
modified  47:7
molding  54:2
moment  19:13
   20:20 46:11 67:9
moran  1:22 96:24
motions  12:4
motor  1:8 2:11
   47:24 84:16 98:3
   99:6
mount  77:9,10
move  14:19 15:1
   16:21 51:15 55:3
moved  13:12
movement  14:18
   53:11 87:21
moving  22:17
   49:13 87:22
mt  99:1

mysterious  28:10
   33:18

**n**

n  23:13
name  5:6,11,12
   17:20 18:10 32:11
   32:12 45:16 58:9
   62:19 98:3,4 99:6
names  74:22
naming  33:24
near  6:24
necessary  82:10
   83:20 91:17
need  91:21 93:18
   93:23,23
neither  27:11 93:3
neutral  48:7,9,10
   48:10,16,17,18
   51:16,16,18 52:23
   55:3 78:10
never  10:14 22:18
   22:24 26:12,17
   72:14
new  7:9 99:2
nice  74:8
night  92:12
nikon  33:9 35:2
nikons  35:9
nope  74:6
normally  15:2
notaries  97:4,8
notarized  97:8
notary  98:21,24
   99:14
note  99:12
notes  3:17 46:9
   52:15 58:17,18
   59:4 67:10 71:11
notice  26:2 45:9
noticed  9:21

noticing  95:16
november  57:18
   58:24 65:14,15
   69:24
number  32:13
   33:5 34:16,18
   35:3,10,17,21 45:9
   45:12,15,16,18
   50:22 99:7,13
numbered  70:5
numbering  32:16
   32:25 33:3
numbers  33:15,16

**o**

o  88:17,19,21
objection  11:14
   14:16 15:21 16:8
   26:11 27:2,6,17
   28:11,14,21 30:13
   30:18 44:15 56:4
   78:7,11 85:15
   86:9 92:7,15,22
obligation  95:13
observed  8:22
   23:7 24:11 26:12
obtained  36:21
obviously  35:3
   54:5 83:14 87:23
occupant  14:18
occurred  21:21
ocga  4:20 95:6,7
   95:18 97:11
october  58:20,22
   58:23 62:21 63:13
   63:21 66:24 67:25
   68:4,7 69:11 71:2
   71:12 80:15 88:4
   89:8
odd  22:6
offense  76:2 89:4

**oh** 33:2 34:1 35:11
46:20 47:10 56:17
**ohio** 2:8
**okay** 5:24 6:9,11
9:9 17:14 25:7
26:18 29:18 30:16
34:8 35:13,19
36:1 37:6 40:1
41:21 43:9,16,18
44:22 45:18 46:18
47:17 51:2 52:14
56:7 60:10 61:16
61:20 62:16 64:2
64:6 65:19,21
66:22 67:19,23
69:23 71:5,17
72:22 73:5,16,19
75:15 76:11,21
79:5 80:1,22 81:8
81:14 83:5,9 87:1
87:12 88:3,9 91:1
92:25 93:25
**one's** 35:1,2
**ones** 34:21,24
36:23 37:1,2,4
**onwards** 80:12
**open** 8:18 14:10
**opened** 30:3
**opening** 47:5
**operation** 80:10
**opine** 80:13
**opinion** 72:9 84:17
90:7,12,15,19 91:9
91:14
**opinions** 81:4 90:6
**opposed** 9:11
**order** 32:21,22
91:19 93:20
**ordered** 94:1
**ordering** 95:24

**original** 93:24
**originally** 42:14
85:13 86:18
**originals** 62:1
**ought** 73:12
**outboard** 77:13
**outside** 14:14 24:6
**overcame** 50:15
**overcome** 50:11
83:20
**override** 88:1
**overview** 79:20
**owner's** 30:19

**p**

**p** 48:4,4 49:8 55:2
55:3
**p.m.** 47:7
**p102073** 4:10
66:25
**p102082** 4:10 67:1
**p8230001** 47:8
**p8230002** 48:23
**p8230003** 52:14
**p8230004** 54:21
**page** 3:1,9 4:2
59:8 68:10 82:7
83:24 98:5 99:13
**pages** 58:18
**pair** 37:4,5
**pants** 55:14
**paragon** 2:15
**paragraph** 82:6
83:25 84:17
**park** 10:5,10,12
13:8,12 14:20,25
15:1,11 16:5
17:17,21 18:3
19:17 21:14 30:6
30:10,12,20,21,23
31:1,1,3,9,11 48:1
48:5,13,19,20

49:13 50:9 51:18
51:19,20 52:22,25
53:1 54:25 55:1,4
55:24,25 67:16
72:12 82:9,10,18
86:1,4,5 87:22
**parked** 85:7
**parking** 6:23 7:14
9:18,24 10:14,19
11:4,7,10,13,22
30:17 31:12 71:6
71:19,19 72:5,20
87:8
**part** 7:17 10:1
21:5 23:8 25:22
28:25 42:24 47:13
69:5 71:12 87:6
87:25
**parted** 27:16
**partial** 68:19
**partially** 23:11
39:1
**particular** 28:25
29:21 85:20
**parties** 95:18,24
96:18 97:12,14
**parts** 89:7,9 91:20
**party** 95:14,19
97:13
**pass** 48:17
**passed** 85:21
**password** 95:23
95:24
**pause** 48:21
**pausing** 5:21
48:22
**pawl** 49:8 53:18
68:12 69:8
**paying** 78:4
**pdf** 93:23

**pedal** 10:19 11:1
48:2,5,11,14,18
52:23 55:3
**peered** 68:22
**penalty** 99:14
**people** 10:2,4
22:10 27:24 28:2
28:9,18 40:23
50:14 55:21 78:15
**percent** 40:17
41:15
**perform** 40:18
**performed** 8:20
36:23 88:10
**performing** 88:4
**perjury** 99:14
**permits** 87:21
**person** 24:11
26:20,23 27:14
32:4 35:22 92:21
**personally** 88:10
**phone** 6:17 11:18
11:20 32:6,7
**photo** 62:18 64:14
64:15
**photograph** 35:8
39:20 62:7 75:9
78:23
**photographed**
24:18,20
**photographing**
15:24
**photographs**
10:19 20:14,17
23:18 33:1,16,20
34:19,22 37:25
38:2 39:16 43:19
43:25 44:1,2,4,9
57:25 62:8 64:16
64:17 65:23 66:4
66:5,8,19,23 67:24

[photographs - put]                                                    Page 13

68:3,12,25 69:24
69:25 70:3,4,9
78:23 79:7,18
83:21 88:2
**photos**  3:15 4:3,3
4:4,6,8,10 32:9,12
32:21 57:18 62:7
62:20,22 63:11,19
64:25 65:8,9
66:24 77:4
**phylicia**  2:21
**physically**  29:11
**picked**  89:7
**picture**  47:11
68:11 75:11
**pictures**  32:18
33:14 35:13 63:4
65:2,20 66:14
77:5
**piece**  49:8,10,12
49:18 50:5,18
53:7,17 68:15
**pieces**  22:22
**piglets**  27:10,18
**pin**  26:3 38:23
**pipe**  32:5
**place**  2:15 27:15
77:13 95:17
**placed**  30:10
32:17
**plaintiff**  1:6
**plaintiff's**  5:11
**plaintiffs**  2:3
**plan**  83:9
**plastic**  22:22 23:9
25:9,13,15 53:21
76:14 77:6
**play**  52:9
**played**  47:21
51:12 52:19 54:23

**playing**  8:15 51:10
**pleasant**  99:1
**please**  5:6 59:14
61:25 62:14 99:12
**plural**  37:2
**point**  9:11,12,13
11:4 16:5 20:25
22:14 33:11 35:2
40:16 55:10,19
69:8 71:14,14
80:10
**police**  7:1 8:5,6,8,9
8:20,21
**polymer**  53:22
**popped**  22:15
**portion**  22:22 23:7
23:9 25:14 84:7,9
**position**  7:3 15:2
15:16,18 17:18
18:3 19:17 21:14
48:3,14,16 49:14
49:15 50:23 55:2
55:4 84:24 86:2
87:8
**possibility**  12:16
22:12 53:17
**possible**  10:10
15:18 27:5,7,9,13
28:1
**possibly**  9:19
76:10
**pounds**  16:16,18
16:23
**power**  31:16
**powered**  72:11
**preliminary**  88:15
**presence**  99:14
**present**  2:20 4:22
13:23 14:1,7
26:15,20 81:23
87:6

**presented**  95:1
**president**  28:13
**press**  26:3 48:1,3
55:3
**preston**  2:21
**pretty**  10:18 41:5
41:14,18,19 42:5
**prevent**  86:3
**prevents**  18:1
21:12 49:12
**primary**  47:23
51:20 52:20 54:24
**printed**  44:20
**prior**  24:11 84:1
**prndl**  48:4,6,10,18
51:13,17 52:25
55:2
**prndl's**  52:24
**probability**  13:16
13:22
**probably**  49:20
56:1
**probes**  24:19 84:4
**probing**  24:13,14
24:17
**problem**  12:3
21:10 36:9 46:13
74:22
**procedure**  86:2
**proceeding**  9:17
95:1,19,23 97:9
**proceedings**  95:11
**process**  11:24
91:12
**produced**  95:20
97:3,7
**production**  63:15
97:3,8,9,10 99:21
**professional**  35:14
95:13 96:24

**program**  35:7
**prohibited**  95:17
97:11
**prohibitions**  95:8
**projects**  83:5
**prongs**  25:5
**properly**  49:1,4
**protected**  95:23
95:24
**protocol**  60:15
**provide**  95:16
**provided**  32:8
**providence**  42:10
**provision**  85:2
**public**  98:24
**publications**  59:18
**pulaski**  8:8,9
**pull**  6:24 14:12
15:5,19 16:4
22:25 23:3
**pulled**  6:23 7:21
7:24 8:10 9:16,23
11:13,22 14:2,9
15:11,16 23:2
54:14 77:25
**pulling**  14:14
16:10 91:4
**purchased**  38:8,9
**purposely**  91:2
**purposes**  86:16,17
**pursuant**  4:20
**push**  25:15 37:17
87:24 91:2
**pushed**  50:2 91:8
**pushing**  16:10
**put**  5:25 10:4,12
10:14 13:7 22:10
23:1 24:19 27:14
30:6,12,20,25 31:3
31:11,25 33:3,5
35:4,7 48:11

51:13 52:22,23,25
54:11 55:23,24
59:7 62:1 75:2,2
76:22 92:3
**putting**  26:8
**puzzling**  28:10

**q**

**quantified**  72:4
**quantify**  21:24
72:1
**question**  12:6 19:2
27:15 37:12 41:16
92:4
**questions**  5:9 80:3
89:18 91:24 93:2
95:20 96:11 97:4
**quick**  45:1 46:12
63:25 74:5
**quickest**  27:25
**quickly**  56:16
72:20
**quite**  10:10

**r**

**r**  23:13 45:10,16
45:22 88:17,18,21
96:1
**rac**  45:15
**radio**  8:14 22:10
23:2 26:8,21
27:14 28:6 29:1,2
91:7,16 92:4
**radios**  28:19
**railroad**  71:15,18
**reach**  55:5
**reaching**  13:15
14:13
**read**  10:16 32:1
93:4,5,6
**readily**  72:10

**reading**  99:11,17
**ready**  39:20
**real**  45:1 46:12
63:24 74:5
**realized**  20:12
55:24
**really**  8:25 11:25
17:6,9 29:20
35:11 37:1 41:17
57:7 78:13 79:13
**reason**  28:5,6
29:10 32:20 33:13
42:24 65:11 68:17
91:18,21,22 98:5
99:13
**reasonable**  90:8
90:16,19 91:9,14
**recall**  3:21
**recalls**  60:16
**receipt**  99:16
**receive**  62:14
**received**  6:17
**receives**  95:19
97:13
**recess**  70:20 89:15
**recognize**  63:9
**record**  43:21
44:25 45:2 47:1,3
47:4 57:11 58:4,5
74:9,11 75:5,7
89:17 95:11,12,20
96:14
**recorded**  96:7
**records**  64:1
**recreate**  37:24
39:16
**reduce**  85:5
**reduced**  96:12
**refer**  83:24
**reference**  99:7

**referring**  8:19
24:23 25:2,3,8
84:2
**reflected**  82:25
**reflects**  74:9
**regard**  21:11
**regarding**  90:10
**regardless**  62:12
**registered**  96:24
**regulations**  95:5
**reinsert**  48:13
**related**  97:9
**relating**  95:23
**relationship**  95:11
97:11
**relative**  96:17,19
**release**  25:16
**relevance**  28:23
**relying**  36:24
**remember**  15:22
41:12 69:7,7
**removal**  86:3
87:22
**remove**  26:4 28:2
48:12,13 51:14,14
51:19,20 55:4
58:11 87:25 91:8
91:8
**removed**  18:19
19:8,16 20:3
48:16 67:3 71:2
**removing**  67:16
**rename**  32:9
**repeating**  13:5
**rephrase**  5:9 19:2
90:18
**replaced**  7:10
**replicate**  54:6
**replicated**  54:9
**report**  3:10 5:23
8:4,5,6,7,9 19:5

**referring**  31:25 34:19 43:10
80:2 81:12 82:7
82:25 83:1,2,3,6
84:18 95:12
**reported**  40:25
**reporter**  4:22
44:14 46:25 61:25
74:20,23 93:15
95:1,2,6,9,21,22
96:24 97:5,7
**reporting**  95:5,16
**reports**  7:1 41:3
97:13
**repository**  95:24
**representations**
95:3
**represents**  97:3,5
**request**  94:3 97:9
97:14
**requested**  83:12
94:7
**required**  98:21
**requirements**  85:5
**requires**  12:15
**reserved**  94:7
**resistance**  15:12
15:18 16:6
**respect**  40:1 90:5
90:17
**responding**  83:15
**responsibility**
80:7
**responsible**  12:17
**rest**  8:22 9:13 15:1
15:11 17:17,22
18:3 21:14 52:6
52:10 55:10,19
56:10 71:14 93:12
**resulting**  85:6
**returned**  99:16

[revealed - shift]                                          Page 15

revealed 23:10
  84:8
reverse 48:6,6,7
  48:11,12,19 51:13
  51:14,15 84:23
review 95:2 99:12
reviewed 7:2,23
  8:2 10:9 32:2
  44:18 63:3 83:2
richard 1:14 5:1,7
  80:24 93:13 96:2
  98:4,20 99:5,8
richmond 2:17
right 6:12,19 7:4,7
  7:12,15,18,21 9:15
  10:5 11:17 12:9
  13:3,21 14:22
  15:3,5,10,12,17,25
  16:7,10,10,22 17:1
  17:13 18:24 19:13
  20:12 21:18 22:5
  24:5,16 29:9,23
  31:10,20 34:3,5,18
  35:17 36:7 41:20
  42:9,23 43:5,7
  44:3,7,20 45:9
  47:5 48:21 49:3
  52:1,9,20 54:20
  56:11 57:20 59:2
  59:12,23 61:1
  62:6 63:6 66:16
  67:21 69:2,13,23
  70:13 71:11,16
  74:3,19,23 75:13
  75:16,22 76:25
  77:2,19 78:19
  79:22 80:14 81:6
  81:20 82:15 84:6
  84:25 85:4,12,18
  85:22 87:11 88:14
  88:16 89:11,13,18

91:5 93:8,16
ring 36:2
roanoke 1:2
rocker 89:3
roll 12:25 13:1
  30:11 72:21
rollaway 85:6
rolled 12:23 17:7
  31:2,4,5,12,16
  72:11
rolling 17:10
  55:10 78:5
route 22:17
rpr 1:22
rsa 1:22
rue 1:18
rule 12:16 73:12
rules 95:4
run 17:16 29:15
  48:3,14 49:15
  52:22 55:1
running 8:13
  29:14 56:2

                s

s 3:8 4:1 49:1
  76:18 85:10 89:12
  98:5
s3.1.3 84:21
s4.2 85:25
s4.2.1. 87:17
safety 84:16
salvage 4:12
santa 29:16,17
  67:2
save 56:12
saved 82:4
saw 7:19 19:10
  20:21 26:12,17
  67:10 80:13 81:14
saying 6:10 9:22
  17:8 22:20 29:7

41:12 63:8,9
says 28:17 34:2,10
  46:3 47:6 57:18
  81:11 83:25
scan 61:18
scanned 93:14
scans 39:22
scene 7:6,19 8:4
  9:4 71:8
scientific 90:8,16
  90:20 91:10,15
screwing 65:16
sealed 93:24
search 3:23 61:6
seat 77:8,10,11
  87:7
seated 36:11 37:12
  82:1
second 7:3 18:22
  29:24 39:11 49:6
  51:23 52:13 70:8
  76:22 82:7
seconds 48:22
  52:1
section 84:17
  87:16 88:23
sections 95:6,7
see 7:5,5 9:3 10:22
  12:21 20:8 24:6
  25:12 28:4,23
  29:4,10 30:8
  33:22 34:5,10,12
  37:13 38:20 40:2
  40:4 46:2 47:19
  54:7 63:24 72:20
  73:7,17 76:4
  77:10,12 78:22
  81:3 91:21
seen 10:9 13:19
  46:17 68:8,24

select 48:14 55:3
selected 48:16
selecting 83:10
selector 52:24
send 61:18,22,24
sent 44:17 93:15
separately 64:8
september 58:19
  65:10,19,23
sequence 30:2,5
series 63:19 64:24
  66:4,7 67:24 68:3
  69:23,25 70:3
serious 92:4
service 60:16
services 95:16
  97:13
session 49:7
set 47:22,23 51:21
  51:23 52:3,4,21
  64:15 70:8 75:10
  76:8,13,22 77:4
  78:23 79:6,18
settings 35:16
shannon 5:13
share 73:25 74:14
she'll 62:1
sheet 98:1 99:12
  99:13,15
shelor 47:24
shift 13:7 14:3,8
  14:24,25 15:1,8,11
  15:16,19 16:4,6,22
  17:17,21 18:2
  21:13 30:6,25
  38:15 48:1,5,8,9
  48:12 49:13 51:18
  54:25 55:1 79:8
  82:8,10 84:23
  86:4

**shifted** 82:8
**shifter** 4:12 13:12
  13:14 20:11 25:22
  49:23 51:15 54:12
  63:5 65:12 67:4
  67:17
**shifting** 48:6
**shoot** 33:11 35:3
**shorter** 36:13
  41:24
**show** 33:17,20
  37:20
**showed** 75:13
**showing** 7:10 75:9
**shown** 99:15
**shows** 54:10
**shuford** 2:14
**si** 33:22
**sick** 57:9
**side** 22:5 32:1
  37:16
**siding** 7:9,10
**sign** 93:6 99:13
**signature** 94:7
  96:23
**signing** 99:11,14
  99:17
**signs** 10:22,25
**sim** 33:4,5
**similar** 20:17
  53:24,25
**simply** 40:2,22
  63:7
**sincerely** 99:19
**sir** 42:8 52:5 67:22
  68:23 99:10
**sit** 11:23
**sits** 15:2 85:12
**skip** 60:15
**sleep** 92:12

**slightly** 7:13
**slope** 71:25 72:1,5
  79:19
**slopes** 7:8
**slr** 33:10
**small** 38:22
**smaller** 33:12
**snapshot** 66:8
**snapshots** 66:11
**solely** 95:14
**solenoid** 18:5 19:4
  90:11,21 91:18
**solutions** 98:1
  99:1
**somebody** 11:3
  14:12 22:23 26:8
  54:11
**somebody's** 47:11
  47:13
**sons** 6:18
**soon** 78:5
**sorry** 58:21 65:16
  74:21 85:25 87:14
**sort** 7:11 12:5
  17:23 25:20 26:7
**sounds** 89:3
**space** 6:24 7:7,18
  7:22 9:24 11:13
  11:23 33:12
**spaces** 7:14
**spare** 38:14
**speaker** 22:17
**speaking** 57:23
**specific** 19:15
  86:24 95:18 97:12
**specifically** 25:14
  81:11,25 95:4
**specified** 87:20
**specifies** 85:5
**speculation** 27:18
  78:8,12 92:7

**spelled** 88:20,22
**spencer** 2:13,14
  3:2,4 5:5 11:16
  14:21 16:12 26:14
  27:4,8,20 28:7,12
  28:15 29:5,24
  30:1,15,24 43:6,9
  43:13 44:12,22,25
  45:3,4 46:15,18,20
  46:23 47:2,5,14,17
  47:18 56:6,15,18
  56:23 57:2,6,8,12
  57:16 58:2,6,7,15
  59:4,7,10,12,16
  60:3,9,14,19,23
  61:1,4,5,8,12,17
  61:21,24 62:5,11
  62:17 63:6,11,16
  63:18,24 64:3,9,11
  64:13 65:16,18
  66:3 67:5,8 68:14
  68:18 69:4,15,17
  69:20,22 70:17,21
  70:24 72:25 73:10
  73:16,19,20 74:1,4
  74:7,10,14,17,21
  74:24 75:6,8,24
  76:2,5,7,11,12
  78:9,16 81:3,8,10
  81:14,17,20,22
  83:17,18 86:6,11
  86:16,21,23 87:3
  87:13,18 88:20,24
  89:6,13,16 90:9
  92:2,9,16,24 93:1
  93:4,8,18 94:4
**spielberg** 47:14
**spoke** 40:9
**spring** 15:3
**stains** 55:13

**standard** 85:8,13
  85:21 86:8
**standards** 84:16
  84:20
**standing** 14:14
**stands** 32:12
**start** 65:17,22
  70:18
**started** 11:24
  16:21 45:14,15
**starter** 84:21,22
**state** 95:9 96:4
**stated** 96:8
**statement** 4:21
  23:12
**statements** 7:24
  8:20 32:2 96:11
**states** 1:1
**stay** 47:2
**steering** 18:19
  19:8 20:1,5 36:4
  38:12,14 67:3,10
  71:1 89:10
**stenographically**
  96:7
**sticker** 75:2
**stipulate** 69:19
  74:10
**stipulated** 69:3
**stop** 49:3 52:13
  55:17,21 56:3
  84:25
**stopped** 15:17
**stopping** 51:25
**stops** 6:4,7
**storage** 34:23
**straight** 14:2
**strain** 16:14 54:17
  82:11 83:22
**street** 2:6

**string**  14:9
**struck**  53:10
**study**  12:3 14:18
 78:14
**stuff**  59:2 73:11
**subcontractor**
 95:10,15
**subject**  19:6 36:13
 39:22 40:6 41:23
 46:6,21 67:12
 68:4 82:7 84:7,15
 86:10,20,20 88:5
 90:22
**submitted**  4:21
 95:21,22 97:5,6
**subscribed**  98:21
**suit**  19:22,24
**suite**  2:7,16 99:1
**sun**  57:1
**supervision**  96:13
**supports**  8:3,10
**supposed**  40:3
**sure**  9:20 16:13
 22:8 25:23 32:19
 40:17 41:5,14,14
 41:18,19 43:16,21
 46:24 49:25 59:15
 61:21 68:14 74:9
 83:17 85:19 93:9
**surmise**  7:17
**surprise**  53:4
**suspenders**  30:16
**switch**  10:3 17:7
 17:20,24 18:16
 19:4 21:12 36:6
 47:25 49:3 54:25
 87:8
**switched**  7:25 8:11
 12:22,24,25 31:18
**sworn**  5:2 96:9
 98:21

**sylvester**  72:13,22
 73:4 76:18
**system**  20:11
 21:11
**systems**  53:24

**t**

**t**  3:8 4:1 49:1
 85:10 96:1,1
**tab**  60:5 61:10
 66:17 91:3,8
**tabs**  79:25
**take**  9:6 23:18,20
 32:8 38:1 43:15
 46:11 48:8 51:19
 53:7 56:19,21
 70:17 79:24,24
 89:13 93:10
**taken**  20:14,17
 23:21 25:19 46:5
 62:21 63:21 65:1
 65:2,9,9,23 66:4
 66:11,14,20,23
 67:25 68:4 70:4,9
 70:20 75:11 89:5
 89:15
**talk**  80:14 93:19
**talked**  42:2 79:23
**talking**  15:7 26:13
 29:24 33:17 80:25
 86:9,19,21,23
**taught**  35:23
**team**  69:21
**teaming**  25:21
**technician**  23:1
 29:20 92:3
**tell**  5:6 22:20
 68:11 80:23 96:9
**tells**  11:6
**terminal**  22:7
**terminology**  18:4
 18:6

**terms**  95:15
**tested**  85:20,20
 86:2
**testified**  90:4
**testimony**  59:21
 96:15
**testing**  36:17 51:7
 51:7
**thank**  19:2 35:23
 36:7 43:18 46:14
 60:20 70:16 74:7
 74:21 80:22 82:4
 87:12,13 91:23
**thanks**  26:18 34:8
 80:1
**that'd**  61:19
**theory**  19:14,15
 20:20,25 36:10
 54:3 56:5 81:23
 81:25 87:6 90:9
**thereof**  20:23
**thereto**  96:11
**thing**  10:4 19:21
 24:10 52:3 53:15
 54:4 55:11,21
 66:19 67:21 69:6
 76:23 79:14 93:21
**things**  28:9,17,20
 28:23 56:19 61:13
 62:4 64:4 68:24
 90:4
**think**  6:1 9:3 13:4
 13:5,15 15:23
 22:11 25:20 30:19
 31:24,25 35:4
 36:18 38:4 41:8,9
 41:11 43:23 47:12
 50:1,25 54:9
 55:11,20 57:8
 59:23 63:2,7,22
 67:2,15 71:15

 72:14 73:2,3,12,14
 73:15 75:17 79:4
 81:11 82:13 88:2
 88:7,8
**thinking**  11:12,15
**third**  54:7
**thirty**  99:16
**thought**  53:19
 69:18 75:25
**thousand**  22:6
**threaded**  28:4
**three**  72:18 93:15
**thumb**  3:12,14
 4:13 44:7,10 46:2
 46:3,4 47:6 57:13
 57:17,22 58:9,11
 58:12 75:2
**ties**  71:15,18
**till**  78:19
**time**  5:16,20 6:1
 6:12,15 16:3
 19:25 20:3 21:16
 21:20 29:12 41:3
 43:2 50:3,5,15,16
 50:17,24 52:11
 54:9,14,16 55:25
 56:19,22 69:9
 75:11,23 79:24
 82:5 88:23 90:13
 91:3,6 95:19
 97:12
**times**  5:25 42:21
 50:14,22
**today**  77:1
**told**  13:1 94:5
**toll**  99:2
**ton**  82:4
**tongue**  22:15
**tool**  24:6,23 25:3,8
 25:10 26:3,7

**town**  5:15
**track**  77:9,10
**tracking**  45:17
**tran**  93:23 94:2
**transcript**  95:19
  96:7 97:3,4 99:11
  99:12
**transcripts**  95:19
  95:23
**transmission**
  84:23 86:1,3,4
**transported**  22:1
**trapped**  55:9,18
**trial**  59:21 83:11
**tricky**  86:25
**tried**  8:1 50:13
  51:16
**true**  9:2,18 10:17
  21:15 27:16,21
  41:25 42:1 95:20
  96:13 97:4,6
**truth**  96:9,9,10
**try**  27:25 47:25
  55:21,22,23 56:15
**trying**  22:20 28:1
  32:24 33:1,18,19
  55:17 56:23,23
  70:18 86:24
**tug**  22:16 49:25
**turn**  17:16 20:10
  48:2,12,13,15 53:1
**turned**  9:24 17:11
  18:2 21:3,13
  31:17
**turning**  62:6
**twice**  51:1
**two**  20:1 23:12,15
  25:5 33:9 35:1
  38:21 39:12 42:15
  45:5,6 46:1 57:5
  62:8 74:13 76:16

89:21,22
**typewriting**  96:12

**u**

**uh**  35:12 46:21
  53:23 72:24 74:20
  87:19
**unable**  48:1,2,3,4
  48:9,13,17,19
  51:18,20 52:22
  54:25 55:1 90:24
**underneath**  24:17
  28:4
**underscore**  33:15
**understand**  5:9
  22:19 33:19 51:9
  80:9
**understanding**
  87:4
**underway**  82:23
  83:3,5
**undone**  22:18
**unfortunate**  28:19
  28:22
**united**  1:1
**uploaded**  95:24
**ups**  36:5
**use**  11:7 33:8,9,9
  35:15,21,24 51:22
**uses**  30:21

**v**

**v**  98:3 99:6
**vehicle**  7:25 8:1,11
  8:22 9:1 10:3,3
  12:2,3,12,22 13:8
  13:11 16:20 17:7
  17:15 18:1,17
  19:6 24:21 28:25
  30:11 31:4,9,15
  36:19 38:15 39:22
  42:15 46:6 49:20

55:5,9,12,15,17,18
55:22 56:2 63:3
64:19 65:3 66:25
67:11,12 68:4
72:10,10,20 80:10
80:25 81:5,24
82:17,18 84:15,16
84:19 85:1,7,12,19
85:25 86:7,10,20
86:20 87:20 88:5
90:13
**vehicle's**  82:8 84:7
**vehicles**  27:24
  42:16
**verbatim**  95:12
**veritext**  95:10,16
  97:3,5,11 98:1
  99:1,7
**veritext.com**
  97:10
**version**  45:14 76:6
**vi**  33:22
**video**  46:5 47:19
  47:20 48:22,23
  51:10,11 52:6,10
  52:18 53:12 54:7
  54:10,17,20,21,22
  72:15 75:1 83:21
  88:5,9
**videoed**  75:12
**videographer**
  73:15
**videoing**  47:16
  51:7
**videos**  3:13,15
  4:14 46:12 47:7,8
  50:1 56:13 57:18
  72:18 73:7 74:11
  88:6 93:11
**videotaped**  72:14
  72:22 73:2,3

**view**  74:11
**vinton**  18:21 34:23
  46:6
**violate**  84:19
**violates**  84:16
**virginia**  1:1 2:17
  46:7 64:19 65:3
**visit**  7:6
**visual**  39:18
**visually**  37:17,22
**volt**  25:5
**voltage**  24:13 25:6
**volts**  29:12
**vs**  1:7

**w**

**w**  49:8 88:18 99:1
**waived**  99:12,17
**wakefield**  2:5
**walked**  31:9 38:19
**want**  28:5,24
  29:10 30:11 39:23
  43:14,21 44:24
  46:15 52:12,15
  61:18 62:3 64:6,7
  79:25 80:2 93:4
  93:20,21
**wanted**  26:18 90:3
**wants**  56:25
**warm**  57:1
**watching**  16:1
**way**  6:4,6,10 7:8
  10:11 13:10 14:20
  14:24 15:19 16:7
  17:1 26:16 27:25
  43:23 55:18 56:20
  61:19 67:9 73:7
  80:9 81:21 84:18
**we've**  13:6 17:9,11
  38:20 43:19 57:14
  58:12 61:12

[wear - zoomed]

**wear** 10:22,25
79:7,14
**wearing** 55:14
**web** 3:23 61:6
**webster** 66:12
69:13
**weeks** 57:5
**went** 6:3 40:9
**west** 2:6
**western** 1:1
**whitaker** 1:5 3:12
5:13 6:17,19 9:1
11:7,12,22 12:17
13:7 30:3,25 46:3
47:6 55:9 56:12
77:24 78:3 90:13
98:3 99:6
**whitaker's** 12:4
16:20 20:15 21:20
71:6 72:10
**white** 47:23 52:4
**whoops** 52:12
**width** 72:2
**wire** 22:16 28:4
29:13,15
**wires** 36:21
**wiring** 87:7 91:19
**witness** 5:3 43:8
44:19,23 47:12,15
56:25 57:5,7,10
59:9,11,15 60:18
61:16,20 62:16
73:5 75:17,20
76:3 93:6,17 97:7
98:4 99:8
**witnessed** 56:9
**witnesses** 12:21
95:22
**wondering** 33:13
34:14 44:12

**work** 5:14,18
26:21,24 27:22
80:15 82:23 83:3
83:10
**working** 22:24
24:11 25:21,22
27:23 29:7 49:1,4
**works** 21:5
**worn** 21:1
**wrap** 70:18
**written** 4:21 30:19
75:1
**wrong** 20:22 21:3
52:13 53:20 58:21
88:22
**wrote** 52:16

**x**

**x** 3:8 4:1

**y**

**y'all** 60:20 61:4
**yeah** 7:16 15:5
16:17 17:14 18:11
26:1 28:17 30:8
31:8 34:7 35:6,14
41:2 44:11,19
47:12 49:10 50:6
51:6 56:21 61:21
61:24 62:24,25
66:14 71:8 72:18
73:5 75:19,20
77:12 78:13,17
79:20 80:20 81:15
86:11 88:1 89:21
**year** 67:11
**years** 59:20
**yep** 69:17

**z**

**zoomed** 76:5

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.